# EXHIBIT A

To view this email as a web page, go here.



State Auto Connect  |  Connect Marketing



Hello, Agency Partner:

A Dwelling Fire policy is designed for customers with rental properties and/or seasonal, vacation, or secondary homes, as it provides coverage for damage from wind, lightning, hail, fire, explosion, and vandalism.*

But, did you know our base **Dwelling Fire** policy automatically includes:

- **Coverage for other structures** *(10% of Coverage A)*
- **Coverage for fair rental value and additional living expense** *(20% of Coverage A)***

To ensure you have access to this information when making the best decision for your customers' coverage needs, **we've enhanced how Coverage B and Coverage D & E are displayed on the quote screen in State Auto Connect®**.

Beginning today, when quoting a DP2 or DP3, you'll be able to view the Schedule of F - Other Coverages, which are included at no additional cost. When quoting DP1, Connect will present Schedule of E - Other Coverages *(no additional premium)*.



We've also added "helper text" for Coverage B - Other Structures and Coverage D - Fair Rental Value to clarify what is included in our base Dwelling Fire policy. Just click

the question mark icon next to the coverage.



In the coming weeks, we'll begin rolling out revised Declaration Pages to clearly display what's included in our base Dwelling Fire policy.

You can learn more about how to quote Dwelling Fire on State Auto Connect **here**.

*These perils are covered on DP2 & DP3, DP1 only covers fire and explosion.
** In Virginia, Other Coverage provides 10% of Coverage A for Rental Value and Additional Living Expense and does not provide ordinance or law coverage.

## Have questions?

Visit **SAHelps.com** or the **Connect Marketing Site**.



Sent date: 12/8/2021

To ensure you receive future communications from State Auto Insurance Companies, please add email@intouch.stateauto.com to your address book. View instructions.

This email was sent by:
**State Auto Insurance Companies**
518 E. Broad St.
Columbus, OH 43215
United States

Manage Communications  |  Privacy Policy

© 2021 State Auto Insurance Companies