# EXHIBIT B

# STATE AUTO
## Insurance Companies

# New Declaration
### Dwelling Fire Policy

*Issue Date: 07/01/2019*

**Daubert Shannon & Associates, LLC**
700 Evans St
Bethlehem, PA 18015

## *Total* **Policy Premium**
## $440.57

**Named Insured**

Kristina Travis
703 E GREEN ST
ALLENTOWN, PA 18109

| Policy Number | Policy Period | Coverage is provided by the following State Auto Company |
|---|---|---|
| 1000549199 | 07/01/19 - 07/01/20 | Milbank Insurance Company |

*Policy Period begins and ends at 12:01 a.m. standard time at the residence premises.*

**Insured Location:**

703 E GREEN ST
ALLENTOWN, PA 18109



**StateAuto.com**

*Questions?*

Visit us at **StateAuto.com**
or call **(800) 288-4425**
customer service.

**Contact your independent
agent at (610) 440-1524.**

## Your *Coverages*

| Property Coverages | Limit | Premium |
|---|---|---|
| A. Dwelling | $177,200 | $316.38 |
| B. Other Structures | $17,720 | $16.18 |
| C. Personal Property | $1,000 | $8.20 |
| D & E. Fair Rental and Additional Living Expense | | $37.79 |
| **Liability Coverages** | **Limit** | **Premium** |
| L. Liability | $300,000 | Included |
| M. Medical Payments | $1,000 | Included |
| | **Annual Premium** | **$440.57** |

*Coverage at the above described location is provided only where a limit of liability or a premium is stated.*

## Additional *Coverages*

| Coverages | Limit | Premium |
|---|---|---|
| Sinkhole Collapse | | $62.02 |

## Your *Deductibles*

| Deductibles | Amount |
|---|---|
| All-Peril | $2,500 |
| Windstorm or Hail | $2,500 |

## Your *Policy Information*

Policy type: *DP2*
Construction type:
*Concreteblockpainted*
Year built: *1954*

Program: *Standard*
Protection class: *3*
Territory: *18109*

Feet from hydrant: *500*
Miles from fire station: *5*
Residence Type: *Single Family Dwelling*

# STATE AUTO
## Insurance Companies

**New Declaration**
Dwelling Fire Policy

*Issue Date: 07/01/2019*

*Daubert Shannon & Associates, LLC*
700 Evans St
Bethlehem, PA 18015

## *Total* Policy Premium
### $440.57

**Named Insured**

Kristina Travis
703 E GREEN ST
ALLENTOWN, PA 18109

| Policy Number | Policy Period | Coverage is provided by the following State Auto Company |
|---|---|---|
| 1000549199 | 07/01/19 - 07/01/20 | Milbank Insurance Company |

*Policy Period begins and ends at 12:01 a.m. standard time at the residence premises.*

**Insured Location:**

703 E GREEN ST
ALLENTOWN, PA 18109



**StateAuto.com**

*Questions?*

Visit us at **StateAuto.com**
or call **(800) 288-4425**
customer service.

**Contact your independent
agent at (610) 440-1524.**

## Your *Forms and Endorsements*

| | | |
|---|---|---|
| • DF2073 | (09/07) | **Amendment of Cancellation Provision** |
| • DL2401 | (07/14) | **Personal Liability** |
| • DL2410 | (12/02) | **Additional Insured** |
| • DL2411 | (07/14) | **Premises Liability (Non-Owner Occupied Dwelling)** |
| • DL2471 | (12/02) | **Limited Fungi, Wet or Dry Rot, or Bacteria Coverage** |
| • DL2489 | (01/15) | **Cap on Losses From Certified Acts of Terrorism, Disclosure Pursuant To Terrorism Risk Insurance Act** |
| • DL2537 | (12/14) | **Special Provisions - Pennsylvania** |
| • DP0002 | (07/14) | **Dwelling Property 2-broad form** |
| • DP0137 | (06/07) | **Special Provisions - Pennsylvania** |
| • DP0204 | (12/03) | **Cancellation and Non-Renewal** |
| • DP0422 | (07/14) | **Limited Fungi Wet or Dry Rot or Bacteria Coverage** |
| • DP0441 | (12/02) | **Additional Insured - Described Location** |
| • DP0470 | (12/02) | **Premises Alarm or Fire Protection System** |
| • DP0499 | (07/14) | **Sinkhole Collapse** |
| • DP0538 | (01/15) | **Cap on Losses From Certified Acts of Terrorism, Disclosure Pursuant To Terrorism Risk Insurance Act** |

**STATE AUTO**
Insurance Companies

**New Declaration**
Dwelling Fire Policy

*Issue Date: 07/01/2019*

*Daubert Shannon & Associates, LLC*
700 Evans St
Bethlehem, PA 18015

## *Total* **Policy Premium**
## **$440.57**

**Named Insured**

Kristina Travis
703 E GREEN ST
ALLENTOWN, PA 18109

| Policy Number | Policy Period | Coverage is provided by the following State Auto Company |
|---|---|---|
| *1000549199* | *07/01/19 - 07/01/20* | *Milbank Insurance Company* |

*Policy Period begins and ends at 12:01 a.m. standard time at the residence premises.*

**Insured Location:**

703 E GREEN ST
ALLENTOWN, PA 18109



**StateAuto.com**

*Questions?*

Visit us at **StateAuto.com**
or call **(800) 288-4425**
customer service.

**Contact your independent
agent at (610) 440-1524.**

## Your *Forms and Endorsements*

- *FI36*        *(01/16)*        **Dwelling Policy Cover Page**

- *FI36A*       *(01/16)*        **Your Dwelling Quick Reference**

- *FI189*       *(10/00)*        **Lead Contamination Liability Exclusion Endorsement**

## Mortgagee, its successors and/or assigns:

DT Capital Investments LLC
26 W Broad Street
Bethlehem, PA 18018

## Schedule *Information*

### *Additional Insured - Described Location*

DT Capital Investments LLC, 26 W Broad Street, Bethlehem, PA 18018

*This declaration page with policy forms and endorsements completes the policy. This policy will continue in force for the period indicated upon valid payment of the premium, when due.*

# STATE AUTO
## Insurance Companies

**New Declaration**
Dwelling Fire Policy

*Issue Date: 07/01/2019*

*Daubert Shannon & Associates, LLC*
*700 Evans St*
*Bethlehem, PA 18015*

### *Total* **Policy Premium**
## $440.57

**Named Insured**

Kristina Travis
706 E GREEN ST
ALLENTOWN, PA 18109

| Policy Number | Policy Period | Coverage is provided by the following State Auto Company |
|---|---|---|
| 1000549208 | 07/01/19 - 07/01/20 | Milbank Insurance Company |

*Policy Period begins and ends at 12:01 a.m. standard time at the residence premises.*

**Insured Location:**

706 E GREEN ST
ALLENTOWN, PA 18109



**StateAuto.com**

*Questions?*

Visit us at **StateAuto.com**
or call **(800) 288-4425**
customer service.

**Contact your independent
agent at (610) 440-1524.**

## Your *Coverages*

| Property Coverages | Limit | Premium |
|---|---|---|
| A. Dwelling | $177,200 | $316.38 |
| B. Other Structures | $17,720 | $16.18 |
| C. Personal Property | $1,000 | $8.20 |
| D & E. Fair Rental and Additional Living Expense | | $37.79 |
| **Liability Coverages** | **Limit** | **Premium** |
| L. Liability | $300,000 | Included |
| M. Medical Payments | $1,000 | Included |
| | **Annual Premium** | **$440.57** |

*Coverage at the above described location is provided only where a limit of liability or a premium is stated.*

## Additional *Coverages*

| Coverages | Limit | Premium |
|---|---|---|
| Sinkhole Collapse | | $62.02 |

## Your *Deductibles*

| Deductibles | Amount |
|---|---|
| *All-Peril* | $2,500 |
| *Windstorm or Hail* | $2,500 |

## Your *Policy Information*

*Policy type:* DP2
*Construction type:*
*Concreteblockpainted*
*Year built:* 1954

*Program:* Standard
*Protection class:* 3
*Territory:* 18109

*Feet from hydrant:* 500
*Miles from fire station:* 5
*Residence Type:* Single Family Dwelling

DECOV-DF (01/16)

Agency 0017727

# STATE AUTO
## Insurance Companies

**New Declaration**
Dwelling Fire Policy

*Issue Date: 07/01/2019*

*Daubert Shannon & Associates, LLC*
700 Evans St
Bethlehem, PA 18015

## *Total* Policy Premium
### $440.57

**Named Insured**

Kristina Travis
706 E GREEN ST
ALLENTOWN, PA 18109

| Policy Number | Policy Period | Coverage is provided by the following State Auto Company |
|---|---|---|
| 1000549208 | 07/01/19 - 07/01/20 | Milbank Insurance Company |

*Policy Period begins and ends at 12:01 a.m. standard time at the residence premises.*

**Insured Location:**

706 E GREEN ST
ALLENTOWN, PA 18109



**StateAuto.com**

*Questions?*

Visit us at **StateAuto.com**
or call **(800) 288-4425**
customer service.

**Contact your independent
agent at (610) 440-1524.**

## Your *Forms and Endorsements*

| | | |
|---|---|---|
| • DF2073 | *(09/07)* | **Amendment of Cancellation Provision** |
| • DL2401 | *(07/14)* | **Personal Liability** |
| • DL2410 | *(12/02)* | **Additional Insured** |
| • DL2411 | *(07/14)* | **Premises Liability (Non-Owner Occupied Dwelling)** |
| • DL2471 | *(12/02)* | **Limited Fungi, Wet or Dry Rot, or Bacteria Coverage** |
| • DL2489 | *(01/15)* | **Cap on Losses From Certified Acts of Terrorism, Disclosure Pursuant To Terrorism Risk Insurance Act** |
| • DL2537 | *(12/14)* | **Special Provisions - Pennsylvania** |
| • DP0002 | *(07/14)* | **Dwelling Property 2-broad form** |
| • DP0137 | *(06/07)* | **Special Provisions - Pennsylvania** |
| • DP0204 | *(12/03)* | **Cancellation and Non-Renewal** |
| • DP0422 | *(07/14)* | **Limited Fungi Wet or Dry Rot or Bacteria Coverage** |
| • DP0441 | *(12/02)* | **Additional Insured - Described Location** |
| • DP0470 | *(12/02)* | **Premises Alarm or Fire Protection System** |
| • DP0499 | *(07/14)* | **Sinkhole Collapse** |
| • DP0538 | *(01/15)* | **Cap on Losses From Certified Acts of Terrorism, Disclosure Pursuant To Terrorism Risk Insurance Act** |

# STATE AUTO
Insurance Companies

**New Declaration**
Dwelling Fire Policy

*Issue Date: 07/01/2019*

*Daubert Shannon & Associates, LLC*
700 Evans St
Bethlehem, PA 18015

## *Total* Policy Premium
### $440.57

**Named Insured**

Kristina Travis
706 E GREEN ST
ALLENTOWN, PA 18109

| Policy Number | Policy Period | Coverage is provided by the following State Auto Company |
|---|---|---|
| 1000549208 | 07/01/19 - 07/01/20 | Milbank Insurance Company |

*Policy Period begins and ends at 12:01 a.m. standard time at the residence premises.*

**Insured Location:**

706 E GREEN ST
ALLENTOWN, PA 18109



**StateAuto.com**

*Questions?*

Visit us at **StateAuto.com**
or call **(800) 288-4425**
customer service.

**Contact your independent
agent at (610) 440-1524.**

## Your *Forms and Endorsements*

- • *FI36*      (01/16)     **Dwelling Policy Cover Page**

- • *FI36A*    (01/16)     **Your Dwelling Quick Reference**

- • *FI189*    (10/00)     **Lead Contamination Liability Exclusion Endorsement**

## Mortgagee, its successors and/or assigns:

DT Capital Investments LLC
26 W Broad Street
Bethlehem, PA 18018

## Schedule *Information*

### *Additional Insured - Described Location*

DT Capital Investments LLC, 26 W Broad Street, Bethlehem, PA 18018

*This declaration page with policy forms and endorsements completes the policy. This policy will continue in force for the period indicated upon valid payment of the premium, when due.*

# STATE AUTO
## Insurance Companies

## New Declaration
### Dwelling Fire Policy

*Issue Date: 07/01/2019*

**Daubert Shannon & Associates, LLC**
*700 Evans St*
*Bethlehem, PA 18015*

## *Total* Policy Premium
## $440.57

**Named Insured**

Kristina Travis
712 E GREEN ST
ALLENTOWN, PA 18109

| Policy Number | Policy Period | Coverage is provided by the following State Auto Company |
|---|---|---|
| 1000549242 | 07/01/19 - 07/01/20 | Milbank Insurance Company |

*Policy Period begins and ends at 12:01 a.m. standard time at the residence premises.*

**Insured Location:**

712 E GREEN ST
ALLENTOWN, PA 18109



**StateAuto.com**

*Questions?*

*Visit us at* **StateAuto.com**
*or call* **(800) 288-4425**
*customer service.*

**Contact your independent
agent at (610) 440-1524.**

## Your *Coverages*

| Property Coverages | Limit | Premium |
|---|---|---|
| A. Dwelling | $177,200 | $316.38 |
| B. Other Structures | $17,720 | $16.18 |
| C. Personal Property | $1,000 | $8.20 |
| D & E. Fair Rental and Additional Living Expense | | $37.79 |

| Liability Coverages | Limit | Premium |
|---|---|---|
| L. Liability | $300,000 | Included |
| M. Medical Payments | $1,000 | Included |
| **Annual Premium** | | **$440.57** |

*Coverage at the above described location is provided only where a limit of liability or a premium is stated.*

## Additional *Coverages*

| Coverages | Limit | Premium |
|---|---|---|
| Sinkhole Collapse | | $62.02 |

## Your *Deductibles*

| Deductibles | Amount |
|---|---|
| All-Peril | $2,500 |
| Windstorm or Hail | $2,500 |

## Your *Policy Information*

Policy type: *DP2*
Construction type:
*Concreteblockpainted*
Year built: *1954*

Program: *Standard*
Protection class: *3*
Territory: *18109*

Feet from hydrant: *500*
Miles from fire station: *5*
Residence Type: *Single Family Dwelling*

# STATE AUTO
Insurance Companies

## New Declaration
Dwelling Fire Policy

*Issue Date: 07/01/2019*

*Daubert Shannon & Associates, LLC*
700 Evans St
Bethlehem, PA 18015

## Total Policy Premium
## $440.57

**Named Insured**

Kristina Travis
712 E GREEN ST
ALLENTOWN, PA 18109

| Policy Number | Policy Period | Coverage is provided by the following State Auto Company |
|---|---|---|
| 1000549242 | 07/01/19 - 07/01/20 | Milbank Insurance Company |

*Policy Period begins and ends at 12:01 a.m. standard time at the residence premises.*

**Insured Location:**

712 E GREEN ST
ALLENTOWN, PA 18109



**StateAuto.com**

*Questions?*

Visit us at **StateAuto.com**
or call **(800) 288-4425**
customer service.

**Contact your independent
agent at (610) 440-1524.**

## Your *Forms and Endorsements*

| | | |
|---|---|---|
| • DF2073 | *(09/07)* | **Amendment of Cancellation Provision** |
| • DL2401 | *(07/14)* | **Personal Liability** |
| • DL2410 | *(12/02)* | **Additional Insured** |
| • DL2411 | *(07/14)* | **Premises Liability (Non-Owner Occupied Dwelling)** |
| • DL2471 | *(12/02)* | **Limited Fungi, Wet or Dry Rot, or Bacteria Coverage** |
| • DL2489 | *(01/15)* | **Cap on Losses From Certified Acts of Terrorism, Disclosure Pursuant To Terrorism Risk Insurance Act** |
| • DL2537 | *(12/14)* | **Special Provisions - Pennsylvania** |
| • DP0002 | *(07/14)* | **Dwelling Property 2-broad form** |
| • DP0137 | *(06/07)* | **Special Provisions - Pennsylvania** |
| • DP0204 | *(12/03)* | **Cancellation and Non-Renewal** |
| • DP0422 | *(07/14)* | **Limited Fungi Wet or Dry Rot or Bacteria Coverage** |
| • DP0441 | *(12/02)* | **Additional Insured - Described Location** |
| • DP0470 | *(12/02)* | **Premises Alarm or Fire Protection System** |
| • DP0499 | *(07/14)* | **Sinkhole Collapse** |
| • DP0538 | *(01/15)* | **Cap on Losses From Certified Acts of Terrorism, Disclosure Pursuant To Terrorism Risk Insurance Act** |

# STATE AUTO
## Insurance Companies

### New Declaration
#### Dwelling Fire Policy

**Issue Date: 07/01/2019**

**Daubert Shannon & Associates, LLC**
700 Evans St
Bethlehem, PA 18015

## Total Policy Premium
### $440.57

**Named Insured**

Kristina Travis
712 E GREEN ST
ALLENTOWN, PA 18109

| Policy Number | Policy Period | Coverage is provided by the following State Auto Company |
|---|---|---|
| 1000549242 | 07/01/19 - 07/01/20 | Milbank Insurance Company |

*Policy Period begins and ends at 12:01 a.m. standard time at the residence premises.*

**Insured Location:**

712 E GREEN ST
ALLENTOWN, PA 18109



**StateAuto.com**

*Questions?*

Visit us at **StateAuto.com**
or call **(800) 288-4425**
customer service.

**Contact your independent
agent at (610) 440-1524.**

## Your *Forms and Endorsements*

- • *FI36*       (01/16)       **Dwelling Policy Cover Page**

- • *FI36A*     (01/16)       **Your Dwelling Quick Reference**

- • *FI189*     (10/00)       **Lead Contamination Liability Exclusion Endorsement**

## Mortgagee, its successors and/or assigns:

DT Capital Investments LLC
26 W Broad Street
Bethlehem, PA 18018

## Schedule *Information*

### Additional Insured - Described Location

DT Capital Investments LLC, 26 W Broad Street, Bethlehem, PA 18018

*This declaration page with policy forms and endorsements completes the policy. This policy will continue in force for the period indicated upon valid payment of the premium, when due.*

# STATE AUTO
Insurance Companies

## New Declaration
Dwelling Fire Policy

*Issue Date: 07/01/2019*

**Daubert Shannon & Associates, LLC**
700 Evans St
Bethlehem, PA 18015

## Total Policy Premium
## $435.01

**Named Insured**

Kristina Travis
708 E GREEN ST
ALLENTOWN, PA 18109

| Policy Number | Policy Period | Coverage is provided by the following State Auto Company |
|---|---|---|
| 1000549250 | 07/01/19 - 07/01/20 | Milbank Insurance Company |

*Policy Period begins and ends at 12:01 a.m. standard time at the residence premises.*

**Insured Location:**

708 E GREEN ST
ALLENTOWN, PA 18109



**StateAuto.com**

*Questions?*

Visit us at **StateAuto.com**
or call **(800) 288-4425**
customer service.

**Contact your independent
agent at (610) 440-1524.**

## Your Coverages

| Property Coverages | Limit | Premium |
|---|---|---|
| A. Dwelling | $170,200 | $315.29 |
| B. Other Structures | $17,020 | $15.48 |
| C. Personal Property | $1,000 | $8.37 |
| D & E. Fair Rental and Additional Living Expense | | $36.30 |
| **Liability Coverages** | **Limit** | **Premium** |
| L. Liability | $300,000 | Included |
| M. Medical Payments | $1,000 | Included |
| | **Annual Premium** | **$435.01** |

*Coverage at the above described location is provided only where a limit of liability or a premium is stated.*

## Additional Coverages

| Coverages | Limit | Premium |
|---|---|---|
| Sinkhole Collapse | | $59.57 |

## Your Deductibles

| Deductibles | Amount |
|---|---|
| All-Peril | $2,500 |
| Windstorm or Hail | $2,500 |

## Your Policy Information

Policy type: *DP2*
Construction type:
*Concreteblockpainted*
Year built: *1954*

Program: *Standard*
Protection class: *3*
Territory: *18109*

Feet from hydrant: *500*
Miles from fire station: *5*
Residence Type: *Single Family Dwelling*

# STATE AUTO
## Insurance Companies

**New Declaration**
Dwelling Fire Policy

*Issue Date: 07/01/2019*

*Daubert Shannon & Associates, LLC*
700 Evans St
Bethlehem, PA 18015

## *Total* Policy Premium
### $435.01

**Named Insured**

Kristina Travis
708 E GREEN ST
ALLENTOWN, PA 18109

| Policy Number | Policy Period | Coverage is provided by the following State Auto Company |
|---|---|---|
| 1000549250 | 07/01/19 - 07/01/20 | Milbank Insurance Company |

*Policy Period begins and ends at 12:01 a.m. standard time at the residence premises.*

**Insured Location:**

708 E GREEN ST
ALLENTOWN, PA 18109


**StateAuto.com**

**Questions?**

*Visit us at* **StateAuto.com**
*or call* **(800) 288-4425**
*customer service.*

**Contact your independent
agent at (610) 440-1524.**

## Your *Forms and Endorsements*

- *DF2073*    *(09/07)*    **Amendment of Cancellation Provision**

- *DL2401*    *(07/14)*    **Personal Liability**

- *DL2410*    *(12/02)*    **Additional Insured**

- *DL2411*    *(07/14)*    **Premises Liability (Non-Owner Occupied Dwelling)**

- *DL2471*    *(12/02)*    **Limited Fungi, Wet or Dry Rot, or Bacteria Coverage**

- *DL2489*    *(01/15)*    **Cap on Losses From Certified Acts of Terrorism, Disclosure Pursuant To Terrorism Risk Insurance Act**

- *DL2537*    *(12/14)*    **Special Provisions - Pennsylvania**

- *DP0002*    *(07/14)*    **Dwelling Property 2-broad form**

- *DP0137*    *(06/07)*    **Special Provisions - Pennsylvania**

- *DP0204*    *(12/03)*    **Cancellation and Non-Renewal**

- *DP0422*    *(07/14)*    **Limited Fungi Wet or Dry Rot or Bacteria Coverage**

- *DP0441*    *(12/02)*    **Additional Insured - Described Location**

- *DP0470*    *(12/02)*    **Premises Alarm or Fire Protection System**

- *DP0499*    *(07/14)*    **Sinkhole Collapse**

- *DP0538*    *(01/15)*    **Cap on Losses From Certified Acts of Terrorism, Disclosure Pursuant To Terrorism Risk Insurance Act**

# STATE AUTO
## Insurance Companies

**New Declaration**
Dwelling Fire Policy

*Issue Date: 07/01/2019*

**Daubert Shannon & Associates, LLC**
700 Evans St
Bethlehem, PA 18015

## *Total* Policy Premium
## $435.01

**Named Insured**

Kristina Travis
708 E GREEN ST
ALLENTOWN, PA 18109

| Policy Number | Policy Period | Coverage is provided by the following State Auto Company |
|---|---|---|
| 1000549250 | 07/01/19 - 07/01/20 | Milbank Insurance Company |

*Policy Period begins and ends at 12:01 a.m. standard time at the residence premises.*

**Insured Location:**

708 E GREEN ST
ALLENTOWN, PA 18109



**StateAuto.com**

*Questions?*

Visit us at **StateAuto.com**
or call **(800) 288-4425**
customer service.

**Contact your independent
agent at (610) 440-1524.**

## Your *Forms and Endorsements*

• *FI36*          (01/16)        **Dwelling Policy Cover Page**

• *FI36A*        (01/16)        **Your Dwelling Quick Reference**

• *FI189*        (10/00)        **Lead Contamination Liability Exclusion Endorsement**

## Mortgagee, its successors and/or assigns:

DT Capital Investments LLC
26 W Broad Street
Bethlehem, PA 18018

## Schedule *Information*

### *Additional Insured - Described Location*

DT Capital Investments LLC, 26 W Broad Street, Bethlehem, PA 18018

*This declaration page with policy forms and endorsements completes the policy. This policy will continue in force for the period indicated upon valid payment of the premium, when due.*

# STATE AUTO
Insurance Companies

## New Declaration
Dwelling Fire Policy

*Issue Date: 07/01/2019*

**Daubert Shannon & Associates, LLC**
*700 Evans St*
*Bethlehem, PA 18015*

### *Total* Policy Premium
### $435.01

**Named Insured**

Kristina Travis
713 E GREEN ST
ALLENTOWN, PA 18109

| Policy Number | Policy Period | Coverage is provided by the following State Auto Company |
|---|---|---|
| 1000549264 | 07/01/19 - 07/01/20 | Milbank Insurance Company |

*Policy Period begins and ends at 12:01 a.m. standard time at the residence premises.*

**Insured Location:**

713 E GREEN ST
ALLENTOWN, PA 18109



**StateAuto.com**

*Questions?*

Visit us at **StateAuto.com**
or call **(800) 288-4425**
customer service.

**Contact your independent
agent at (610) 440-1524.**

## Your *Coverages*

| Property Coverages | Limit | Premium |
|---|---|---|
| A. Dwelling | $170,200 | $315.29 |
| B. Other Structures | $17,020 | $15.48 |
| C. Personal Property | $1,000 | $8.37 |
| D & E. Fair Rental and Additional Living Expense | | $36.30 |

| Liability Coverages | Limit | Premium |
|---|---|---|
| L. Liability | $300,000 | Included |
| M. Medical Payments | $1,000 | Included |
| **Annual Premium** | | **$435.01** |

*Coverage at the above described location is provided only where a limit of liability or a premium is stated.*

## Additional Coverages

| Coverages | Limit | Premium |
|---|---|---|
| Sinkhole Collapse | | $59.57 |

## Your *Deductibles*

| Deductibles | Amount |
|---|---|
| All-Peril | $2,500 |
| Windstorm or Hail | $2,500 |

## Your *Policy Information*

Policy type: *DP2*
Construction type:
*Concreteblockpainted*
Year built: *1954*

Program: *Standard*
Protection class: *3*
Territory: *18109*

Feet from hydrant: *500*
Miles from fire station: *5*
Residence Type: *Townhouse or Rowhouse*

DECOV-DF (01/16)

Agency 0017727

**STATE AUTO**
Insurance Companies

*Daubert Shannon & Associates, LLC*
*700 Evans St*
*Bethlehem, PA 18015*

**New Declaration**
Dwelling Fire Policy

*Issue Date: 07/01/2019*

**Named Insured**

Kristina Travis
713 E GREEN ST
ALLENTOWN, PA 18109

*Total* **Policy Premium**

**$435.01**

| Policy Number | Policy Period | Coverage is provided by the following State Auto Company |
|---|---|---|
| 1000549264 | 07/01/19 - 07/01/20 | Milbank Insurance Company |

*Policy Period begins and ends at 12:01 a.m. standard time at the residence premises.*

**Insured Location:**

713 E GREEN ST
ALLENTOWN, PA 18109



**StateAuto.com**

*Questions?*

*Visit us at* **StateAuto.com**
*or call* **(800) 288-4425**
*customer service.*

**Contact your independent
agent at (610) 440-1524.**

## Your *Forms and Endorsements*

- DF2073      (09/07)      **Amendment of Cancellation Provision**

- DL2401      (07/14)      **Personal Liability**

- DL2410      (12/02)      **Additional Insured**

- DL2411      (07/14)      **Premises Liability (Non-Owner Occupied Dwelling)**

- DL2471      (12/02)      **Limited Fungi, Wet or Dry Rot, or Bacteria Coverage**

- DL2489      (01/15)      **Cap on Losses From Certified Acts of Terrorism, Disclosure Pursuant To Terrorism Risk Insurance Act**

- DL2537      (12/14)      **Special Provisions - Pennsylvania**

- DP0002      (07/14)      **Dwelling Property 2-broad form**

- DP0137      (06/07)      **Special Provisions - Pennsylvania**

- DP0204      (12/03)      **Cancellation and Non-Renewal**

- DP0422      (07/14)      **Limited Fungi Wet or Dry Rot or Bacteria Coverage**

- DP0441      (12/02)      **Additional Insured - Described Location**

- DP0470      (12/02)      **Premises Alarm or Fire Protection System**

- DP0499      (07/14)      **Sinkhole Collapse**

- DP0538      (01/15)      **Cap on Losses From Certified Acts of Terrorism, Disclosure Pursuant To Terrorism Risk Insurance Act**

**STATE AUTO**
Insurance Companies

**New Declaration**
Dwelling Fire Policy

*Issue Date: 07/01/2019*

*Daubert Shannon & Associates, LLC*
*700 Evans St*
*Bethlehem, PA 18015*

**Total Policy Premium**
**$435.01**

**Named Insured**

Kristina Travis
713 E GREEN ST
ALLENTOWN, PA 18109

| Policy Number | Policy Period | Coverage is provided by the following State Auto Company |
|---|---|---|
| 1000549264 | 07/01/19 - 07/01/20 | Milbank Insurance Company |

*Policy Period begins and ends at 12:01 a.m. standard time at the residence premises.*

**Insured Location:**

713 E GREEN ST
ALLENTOWN, PA 18109



**StateAuto.com**

*Questions?*

*Visit us at* **StateAuto.com**
*or call* **(800) 288-4425**
**customer service.**

**Contact your independent**
**agent at (610) 440-1524.**

## Your *Forms and Endorsements*

- *FI36*     *(01/16)*     **Dwelling Policy Cover Page**

- *FI36A*     *(01/16)*     **Your Dwelling Quick Reference**

- *FI189*     *(10/00)*     **Lead Contamination Liability Exclusion Endorsement**

## Mortgagee, its successors and/or assigns:

DT Capital Investments LLC
26 W Broad Street
Bethlehem, PA 18018

## Schedule *Information*

### *Additional Insured - Described Location*

*DT Capital Investments LLC, 26 W Broad Street, Bethlehem, PA 18018*

*This declaration page with policy forms and endorsements completes the policy. This policy will continue in force for the period indicated upon valid payment of the premium, when due.*

# STATE AUTO
Insurance Companies

## New Declaration
### Dwelling Fire Policy
*Issue Date: 07/01/2019*

**Daubert Shannon & Associates, LLC**
*700 Evans St*
*Bethlehem, PA 18015*

## *Total* Policy Premium
### $440.57

**Named Insured**

Kristina Travis
715 E GREEN ST
ALLENTOWN, PA 18109

| Policy Number | Policy Period | Coverage is provided by the following State Auto Company |
|---|---|---|
| 1000549274 | 07/01/19 - 07/01/20 | Milbank Insurance Company |

*Policy Period begins and ends at 12:01 a.m. standard time at the residence premises.*

**Insured Location:**

715 E GREEN ST
ALLENTOWN, PA 18109



**StateAuto.com**

*Questions?*

Visit us at **StateAuto.com**
or call **(800) 288-4425**
customer service.

**Contact your independent
agent at (610) 440-1524.**

## Your *Coverages*

| Property Coverages | Limit | Premium |
|---|---|---|
| A. Dwelling | $177,200 | $316.38 |
| B. Other Structures | $17,720 | $16.18 |
| C. Personal Property | $1,000 | $8.20 |
| D & E. Fair Rental and Additional Living Expense | | $37.79 |

| Liability Coverages | Limit | Premium |
|---|---|---|
| L. Liability | $300,000 | Included |
| M. Medical Payments | $1,000 | Included |
| **Annual Premium** | | **$440.57** |

*Coverage at the above described location is provided only where a limit of liability or a premium is stated.*

## Additional Coverages

| Coverages | Limit | Premium |
|---|---|---|
| Sinkhole Collapse | | $62.02 |

## Your *Deductibles*

| Deductibles | Amount |
|---|---|
| All-Peril | $2,500 |
| Windstorm or Hail | $2,500 |

## Your *Policy Information*

*Policy type: DP2*
*Construction type: Concreteblockpainted*
*Year built: 1954*

*Program: Standard*
*Protection class: 3*
*Territory: 18109*

*Feet from hydrant: 500*
*Miles from fire station: 5*
*Residence Type: Townhouse or Rowhouse*

# STATE AUTO
## Insurance Companies

*Daubert Shannon & Associates, LLC*
700 Evans St
Bethlehem, PA 18015

## *Total* Policy Premium
## $440.57

**Named Insured**

Kristina Travis
715 E GREEN ST
ALLENTOWN, PA 18109

| Policy Number | Policy Period | Coverage is provided by the following State Auto Company |
|---|---|---|
| 1000549274 | 07/01/19 - 07/01/20 | Milbank Insurance Company |

*Policy Period begins and ends at 12:01 a.m. standard time at the residence premises.*

**Insured Location:**

715 E GREEN ST
ALLENTOWN, PA 18109



**StateAuto.com**

*Questions?*

*Visit us at StateAuto.com
or call (800) 288-4425
customer service.*

**Contact your independent
agent at (610) 440-1524.**

## Your *Forms and Endorsements*

- DF2073    (09/07)    **Amendment of Cancellation Provision**

- DL2401    (07/14)    **Personal Liability**

- DL2410    (12/02)    **Additional Insured**

- DL2411    (07/14)    **Premises Liability (Non-Owner Occupied Dwelling)**

- DL2471    (12/02)    **Limited Fungi, Wet or Dry Rot, or Bacteria Coverage**

- DL2489    (01/15)    **Cap on Losses From Certified Acts of Terrorism, Disclosure Pursuant To Terrorism Risk Insurance Act**

- DL2537    (12/14)    **Special Provisions - Pennsylvania**

- DP0002    (07/14)    **Dwelling Property 2-broad form**

- DP0137    (06/07)    **Special Provisions - Pennsylvania**

- DP0204    (12/03)    **Cancellation and Non-Renewal**

- DP0422    (07/14)    **Limited Fungi Wet or Dry Rot or Bacteria Coverage**

- DP0441    (12/02)    **Additional Insured - Described Location**

- DP0470    (12/02)    **Premises Alarm or Fire Protection System**

- DP0499    (07/14)    **Sinkhole Collapse**

- DP0538    (01/15)    **Cap on Losses From Certified Acts of Terrorism, Disclosure Pursuant To Terrorism Risk Insurance Act**

**STATE AUTO**
Insurance Companies

**New Declaration**
Dwelling Fire Policy

*Issue Date: 07/01/2019*

*Daubert Shannon & Associates, LLC*
*700 Evans St*
*Bethlehem, PA 18015*

**Named Insured**

Kristina Travis
715 E GREEN ST
ALLENTOWN, PA 18109

*Total* **Policy Premium**

**$440.57**

| Policy Number | Policy Period | Coverage is provided by the following State Auto Company |
|---|---|---|
| 1000549274 | 07/01/19 - 07/01/20 | Milbank Insurance Company |

*Policy Period begins and ends at 12:01 a.m. standard time at the residence premises.*

**Insured Location:**

715 E GREEN ST
ALLENTOWN, PA 18109



*StateAuto.com*

*Questions?*

Visit us at **StateAuto.com**
or call **(800) 288-4425**
customer service.

**Contact your independent**
**agent at (610) 440-1524.**

## Your *Forms and Endorsements*

- *FI36*     *(01/16)*     **Dwelling Policy Cover Page**

- *FI36A*     *(01/16)*     **Your Dwelling Quick Reference**

- *FI189*     *(10/00)*     **Lead Contamination Liability Exclusion Endorsement**

## Mortgagee, its successors and/or assigns:

DT Capital Investments LLC
26 W Broad Street
Bethlehem, PA 18018

## Schedule *Information*

### <u>Additional Insured - Described Location</u>

*DT Capital Investments LLC, 26 W Broad Street, Bethlehem, PA 18018*

*This declaration page with policy forms and endorsements completes the policy. This policy will continue in force for the period indicated upon valid payment of the premium, when due.*

# STATE AUTO
Insurance Companies

## New Declaration
### Dwelling Fire Policy
*Issue Date: 07/01/2019*

**Daubert Shannon & Associates, LLC**
700 Evans St
Bethlehem, PA 18015

## *Total* Policy Premium
### $435.01

**Named Insured**

Kristina Travis
720 E GREEN ST
ALLENTOWN, PA 18109

| Policy Number | Policy Period | Coverage is provided by the following State Auto Company |
|---|---|---|
| 1000549282 | 07/01/19 - 07/01/20 | Milbank Insurance Company |

*Policy Period begins and ends at 12:01 a.m. standard time at the residence premises.*

**Insured Location:**

720 E GREEN ST
ALLENTOWN, PA 18109



**StateAuto.com**

*Questions?*

Visit us at **StateAuto.com**
or call **(800) 288-4425**
customer service.

**Contact your independent
agent at (610) 440-1524.**

## Your *Coverages*

| Property Coverages | Limit | Premium |
|---|---|---|
| A. Dwelling | $170,200 | $315.29 |
| B. Other Structures | $17,020 | $15.48 |
| C. Personal Property | $1,000 | $8.37 |
| D & E. Fair Rental and Additional Living Expense | | $36.30 |

| Liability Coverages | Limit | Premium |
|---|---|---|
| L. Liability | $300,000 | Included |
| M. Medical Payments | $1,000 | Included |
| **Annual Premium** | | **$435.01** |

*Coverage at the above described location is provided only where a limit of liability or a premium is stated.*

## Additional Coverages

| Coverages | Limit | Premium |
|---|---|---|
| Sinkhole Collapse | | $59.57 |

## Your *Deductibles*

| Deductibles | Amount |
|---|---|
| All-Peril | $2,500 |
| Windstorm or Hail | $2,500 |

## Your Policy Information

Policy type: *DP2*
Construction type:
*Concreteblockpainted*
Year built: *1954*

Program: *Standard*
Protection class: *3*
Territory: *18109*

Feet from hydrant: *500*
Miles from fire station: *5*
Residence Type: *Townhouse or Rowhouse*

# STATE AUTO
## Insurance Companies

**New Declaration**
Dwelling Fire Policy

*Issue Date: 07/01/2019*

**Daubert Shannon & Associates, LLC**
700 Evans St
Bethlehem, PA 18015

## Total Policy Premium
### $435.01

**Named Insured**

Kristina Travis
720 E GREEN ST
ALLENTOWN, PA 18109

| Policy Number | Policy Period | Coverage is provided by the following State Auto Company |
|---|---|---|
| 1000549282 | 07/01/19 - 07/01/20 | Milbank Insurance Company |

*Policy Period begins and ends at 12:01 a.m. standard time at the residence premises.*

**Insured Location:**

720 E GREEN ST
ALLENTOWN, PA 18109



**StateAuto.com**

*Questions?*

Visit us at **StateAuto.com**
or call **(800) 288-4425**
customer service.

**Contact your independent
agent at (610) 440-1524.**

## Your *Forms and Endorsements*

- DF2073    (09/07)    **Amendment of Cancellation Provision**

- DL2401    (07/14)    **Personal Liability**

- DL2410    (12/02)    **Additional Insured**

- DL2411    (07/14)    **Premises Liability (Non-Owner Occupied Dwelling)**

- DL2471    (12/02)    **Limited Fungi, Wet or Dry Rot, or Bacteria Coverage**

- DL2489    (01/15)    **Cap on Losses From Certified Acts of Terrorism, Disclosure Pursuant To Terrorism Risk Insurance Act**

- DL2537    (12/14)    **Special Provisions - Pennsylvania**

- DP0002    (07/14)    **Dwelling Property 2-broad form**

- DP0137    (06/07)    **Special Provisions - Pennsylvania**

- DP0204    (12/03)    **Cancellation and Non-Renewal**

- DP0422    (07/14)    **Limited Fungi Wet or Dry Rot or Bacteria Coverage**

- DP0441    (12/02)    **Additional Insured - Described Location**

- DP0470    (12/02)    **Premises Alarm or Fire Protection System**

- DP0499    (07/14)    **Sinkhole Collapse**

- DP0538    (01/15)    **Cap on Losses From Certified Acts of Terrorism, Disclosure Pursuant To Terrorism Risk Insurance Act**

# STATE AUTO
## Insurance Companies

**New Declaration**
Dwelling Fire Policy

*Issue Date: 07/01/2019*

**Daubert Shannon & Associates, LLC**
700 Evans St
Bethlehem, PA 18015

## *Total* Policy Premium
### $435.01

**Named Insured**

Kristina Travis
720 E GREEN ST
ALLENTOWN, PA 18109

| Policy Number | Policy Period | Coverage is provided by the following State Auto Company |
|---|---|---|
| 1000549282 | 07/01/19 - 07/01/20 | Milbank Insurance Company |

*Policy Period begins and ends at 12:01 a.m. standard time at the residence premises.*

**Insured Location:**

720 E GREEN ST
ALLENTOWN, PA 18109



**StateAuto.com**

*Questions?*

Visit us at **StateAuto.com**
or call **(800) 288-4425**
customer service.

**Contact your independent
agent at (610) 440-1524.**

## Your *Forms and Endorsements*

- *FI36*   (01/16)   **Dwelling Policy Cover Page**

- *FI36A*   (01/16)   **Your Dwelling Quick Reference**

- *FI189*   (10/00)   **Lead Contamination Liability Exclusion Endorsement**

## Mortgagee, its successors and/or assigns:

DT Capital Investments LLC
26 W Broad Street
Bethlehem, PA 18018

## Schedule *Information*

### Additional Insured - Described Location

DT Capital Investments LLC, 26 W Broad Street, Bethlehem, PA 18018

*This declaration page with policy forms and endorsements completes the policy. This policy will continue in force for the period indicated upon valid payment of the premium, when due.*

# STATE AUTO
## Insurance Companies

# New Declaration
## Dwelling Fire Policy

*Issue Date: 07/01/2019*

**Daubert Shannon & Associates, LLC**
*700 Evans St*
*Bethlehem, PA 18015*

## *Total* Policy Premium
## $440.57

**Named Insured**

Kristina Travis
750 E GREEN ST
ALLENTOWN, PA 18109

| Policy Number | Policy Period | Coverage is provided by the following State Auto Company |
|---|---|---|
| 1000549289 | 07/01/19 - 07/01/20 | Milbank Insurance Company |

*Policy Period begins and ends at 12:01 a.m. standard time at the residence premises.*

**Insured Location:**

750 E GREEN ST
ALLENTOWN, PA 18109



**StateAuto.com**

*Questions?*

Visit us at **StateAuto.com**
or call **(800) 288-4425**
customer service.

**Contact your independent
agent at (610) 440-1524.**

## Your *Coverages*

| Property Coverages | Limit | Premium |
|---|---|---|
| A. Dwelling | $177,200 | $316.38 |
| B. Other Structures | $17,720 | $16.18 |
| C. Personal Property | $1,000 | $8.20 |
| D & E. Fair Rental and Additional Living Expense | | $37.79 |

| Liability Coverages | Limit | Premium |
|---|---|---|
| L. Liability | $300,000 | Included |
| M. Medical Payments | $1,000 | Included |
| **Annual Premium** | | **$440.57** |

*Coverage at the above described location is provided only where a limit of liability or a premium is stated.*

## Additional *Coverages*

| Coverages | Limit | Premium |
|---|---|---|
| Sinkhole Collapse | | $62.02 |

## Your *Deductibles*

| Deductibles | Amount |
|---|---|
| All-Peril | $2,500 |
| Windstorm or Hail | $2,500 |

## Your *Policy Information*

*Policy type: DP2*
*Construction type:*
*Concreteblockpainted*
*Year built: 1954*

*Program: Standard*
*Protection class: 3*
*Territory: 18109*

*Feet from hydrant: 500*
*Miles from fire station: 5*
*Residence Type: Townhouse or Rowhouse*

DECOV-DF (01/16)

Agency 0017727

**STATE AUTO**
Insurance Companies

**New Declaration**
Dwelling Fire Policy

*Issue Date: 07/01/2019*

*Daubert Shannon & Associates, LLC*
*700 Evans St*
*Bethlehem, PA 18015*

## Total Policy Premium

### $440.57

**Named Insured**

Kristina Travis
750 E GREEN ST
ALLENTOWN, PA 18109

| Policy Number | Policy Period | Coverage is provided by the following State Auto Company |
|---|---|---|
| 1000549289 | 07/01/19 - 07/01/20 | Milbank Insurance Company |

*Policy Period begins and ends at 12:01 a.m. standard time at the residence premises.*

**Insured Location:**

750 E GREEN ST
ALLENTOWN, PA 18109



**StateAuto.com**

*Questions?*

Visit us at **StateAuto.com**
or call **(800) 288-4425**
customer service.

**Contact your independent
agent at (610) 440-1524.**

## Your *Forms and Endorsements*

| | | |
|---|---|---|
| • DF2073 | (09/07) | **Amendment of Cancellation Provision** |
| • DL2401 | (07/14) | **Personal Liability** |
| • DL2410 | (12/02) | **Additional Insured** |
| • DL2411 | (07/14) | **Premises Liability (Non-Owner Occupied Dwelling)** |
| • DL2471 | (12/02) | **Limited Fungi, Wet or Dry Rot, or Bacteria Coverage** |
| • DL2489 | (01/15) | **Cap on Losses From Certified Acts of Terrorism, Disclosure Pursuant To Terrorism Risk Insurance Act** |
| • DL2537 | (12/14) | **Special Provisions - Pennsylvania** |
| • DP0002 | (07/14) | **Dwelling Property 2-broad form** |
| • DP0137 | (06/07) | **Special Provisions - Pennsylvania** |
| • DP0204 | (12/03) | **Cancellation and Non-Renewal** |
| • DP0422 | (07/14) | **Limited Fungi Wet or Dry Rot or Bacteria Coverage** |
| • DP0441 | (12/02) | **Additional Insured - Described Location** |
| • DP0470 | (12/02) | **Premises Alarm or Fire Protection System** |
| • DP0499 | (07/14) | **Sinkhole Collapse** |
| • DP0538 | (01/15) | **Cap on Losses From Certified Acts of Terrorism, Disclosure Pursuant To Terrorism Risk Insurance Act** |

**STATE AUTO**
Insurance Companies

# New Declaration
## Dwelling Fire Policy

*Issue Date: 07/01/2019*

**Daubert Shannon & Associates, LLC**
700 Evans St
Bethlehem, PA 18015

## *Total* Policy Premium
## $440.57

**Named Insured**

Kristina Travis
750 E GREEN ST
ALLENTOWN, PA 18109

| Policy Number | Policy Period | Coverage is provided by the following State Auto Company |
|---|---|---|
| 1000549289 | 07/01/19 - 07/01/20 | Milbank Insurance Company |

*Policy Period begins and ends at 12:01 a.m. standard time at the residence premises.*

**Insured Location:**

750 E GREEN ST
ALLENTOWN, PA 18109



**StateAuto.com**

*Questions?*

Visit us at **StateAuto.com**
or call **(800) 288-4425**
**customer service.**

**Contact your independent**
**agent at (610) 440-1524.**

## Your *Forms and Endorsements*

- *FI36*          (01/16)      **Dwelling Policy Cover Page**

- *FI36A*        (01/16)      **Your Dwelling Quick Reference**

- *FI189*        (10/00)      **Lead Contamination Liability Exclusion Endorsement**

## Mortgagee, its successors and/or assigns:

DT Capital Investments LLC
26 W Broad Street
Bethlehem, PA 18018

## Schedule *Information*

### *Additional Insured - Described Location*

DT Capital Investments LLC, 26 W Broad Street, Bethlehem, PA 18018

*This declaration page with policy forms and endorsements completes the policy. This policy will continue in force for the period indicated upon valid payment of the premium, when due.*

# STATE AUTO
Insurance Companies

## New Declaration
Dwelling Fire Policy

*Issue Date: 07/01/2019*

**Daubert Shannon & Associates, LLC**
700 Evans St
Bethlehem, PA 18015

## *Total* Policy Premium
### $435.01

**Named Insured**

Kristina Travis
751 N HALSTEAD ST
ALLENTOWN, PA 18109

| Policy Number | Policy Period | Coverage is provided by the following State Auto Company |
|---|---|---|
| 1000549302 | 07/01/19 - 07/01/20 | Milbank Insurance Company |

*Policy Period begins and ends at 12:01 a.m. standard time at the residence premises.*

**Insured Location:**

751 N HALSTEAD ST
ALLENTOWN, PA 18109



**StateAuto.com**

*Questions?*

Visit us at **StateAuto.com**
or call **(800) 288-4425**
customer service.

**Contact your independent
agent at (610) 440-1524.**

## Your *Coverages*

| Property Coverages | Limit | Premium |
|---|---|---|
| A. Dwelling | $170,200 | $315.29 |
| B. Other Structures | $17,020 | $15.48 |
| C. Personal Property | $1,000 | $8.37 |
| D & E. Fair Rental and Additional Living Expense | | $36.30 |

| Liability Coverages | Limit | Premium |
|---|---|---|
| L. Liability | $300,000 | Included |
| M. Medical Payments | $1,000 | Included |
| **Annual Premium** | | **$435.01** |

*Coverage at the above described location is provided only where a limit of liability or a premium is stated.*

## Additional *Coverages*

| Coverages | Limit | Premium |
|---|---|---|
| Sinkhole Collapse | | $59.57 |

## Your *Deductibles*

| Deductibles | Amount |
|---|---|
| All-Peril | $2,500 |
| Windstorm or Hail | $2,500 |

## Your *Policy Information*

Policy type: *DP2*
Construction type:
*Concreteblockpainted*
Year built: *1954*

Program: *Standard*
Protection class: *3*
Territory: *18109*

Feet from hydrant: *500*
Miles from fire station: *5*
Residence Type: *Single Family Dwelling*

# STATE AUTO
Insurance Companies

### New Declaration
Dwelling Fire Policy

*Issue Date: 07/01/2019*

*Daubert Shannon & Associates, LLC*
700 Evans St
Bethlehem, PA 18015

## *Total* **Policy Premium**

### $435.01

**Named Insured**

Kristina Travis
751 N HALSTEAD ST
ALLENTOWN, PA 18109

| Policy Number | Policy Period | Coverage is provided by the following State Auto Company |
|---|---|---|
| 1000549302 | 07/01/19 - 07/01/20 | Milbank Insurance Company |

*Policy Period begins and ends at 12:01 a.m. standard time at the residence premises.*

**Insured Location:**

751 N HALSTEAD ST
ALLENTOWN, PA 18109


**StateAuto.com**

*Questions?*

Visit us at **StateAuto.com**
or call **(800) 288-4425**
customer service.

**Contact your independent
agent at (610) 440-1524.**

## *Your* **Forms and Endorsements**

| | | |
|---|---|---|
| • DF2073 | (09/07) | **Amendment of Cancellation Provision** |
| • DL2401 | (07/14) | **Personal Liability** |
| • DL2410 | (12/02) | **Additional Insured** |
| • DL2411 | (07/14) | **Premises Liability (Non-Owner Occupied Dwelling)** |
| • DL2471 | (12/02) | **Limited Fungi, Wet or Dry Rot, or Bacteria Coverage** |
| • DL2489 | (01/15) | **Cap on Losses From Certified Acts of Terrorism, Disclosure Pursuant To Terrorism Risk Insurance Act** |
| • DL2537 | (12/14) | **Special Provisions - Pennsylvania** |
| • DP0002 | (07/14) | **Dwelling Property 2-broad form** |
| • DP0137 | (06/07) | **Special Provisions - Pennsylvania** |
| • DP0204 | (12/03) | **Cancellation and Non-Renewal** |
| • DP0422 | (07/14) | **Limited Fungi Wet or Dry Rot or Bacteria Coverage** |
| • DP0441 | (12/02) | **Additional Insured - Described Location** |
| • DP0470 | (12/02) | **Premises Alarm or Fire Protection System** |
| • DP0499 | (07/14) | **Sinkhole Collapse** |
| • DP0538 | (01/15) | **Cap on Losses From Certified Acts of Terrorism, Disclosure Pursuant To Terrorism Risk Insurance Act** |

**STATE AUTO**
Insurance Companies

### New Declaration
Dwelling Fire Policy

*Issue Date: 07/01/2019*

**Daubert Shannon & Associates, LLC**
700 Evans St
Bethlehem, PA 18015

## *Total* Policy Premium
### $435.01

**Named Insured**

Kristina Travis
751 N HALSTEAD ST
ALLENTOWN, PA 18109

| Policy Number | Policy Period | Coverage is provided by the following State Auto Company |
|---|---|---|
| 1000549302 | 07/01/19 - 07/01/20 | Milbank Insurance Company |

*Policy Period begins and ends at 12:01 a.m. standard time at the residence premises.*

**Insured Location:**

751 N HALSTEAD ST
ALLENTOWN, PA 18109



**StateAuto.com**

*Questions?*

Visit us at **StateAuto.com**
or call **(800) 288-4425**
customer service.

**Contact your independent
agent at (610) 440-1524.**

## *Your* Forms and Endorsements

- *FI36*        (01/16)      **Dwelling Policy Cover Page**

- *FI36A*      (01/16)      **Your Dwelling Quick Reference**

- *FI189*      (10/00)      **Lead Contamination Liability Exclusion Endorsement**

## Mortgagee, its successors and/or assigns:

DT Capital Investments LLC
26 W Broad Street
Bethlehem, PA 18018

## Schedule Information

### Additional Insured - Described Location

DT Capital Investments LLC, 26 W Broad Street, Bethlehem, PA 18018

*This declaration page with policy forms and endorsements completes the policy. This policy will continue in force for the period indicated upon valid payment of the premium, when due.*

# STATE AUTO
Insurance Companies

## New Declaration
Dwelling Fire Policy

*Issue Date: 07/01/2019*

*Daubert Shannon & Associates, LLC*
700 Evans St
Bethlehem, PA 18015

## Total Policy Premium
### $435.01

**Named Insured**

Kristina Travis
752 E GREEN ST
ALLENTOWN, PA 18109

| Policy Number | Policy Period | Coverage is provided by the following State Auto Company |
|---|---|---|
| 1000549312 | 07/01/19 - 07/01/20 | Milbank Insurance Company |

*Policy Period begins and ends at 12:01 a.m. standard time at the residence premises.*

**Insured Location:**

752 E GREEN ST
ALLENTOWN, PA 18109



**StateAuto.com**

*Questions?*

Visit us at **StateAuto.com**
or call **(800) 288-4425**
customer service.

**Contact your independent
agent at (610) 440-1524.**

## Your Coverages

| Property Coverages | Limit | Premium |
|---|---|---|
| A. Dwelling | $170,200 | $315.29 |
| B. Other Structures | $17,020 | $15.48 |
| C. Personal Property | $1,000 | $8.37 |
| D & E. Fair Rental and Additional Living Expense | | $36.30 |
| **Liability Coverages** | **Limit** | **Premium** |
| L. Liability | $300,000 | Included |
| M. Medical Payments | $1,000 | Included |
| **Annual Premium** | | **$435.01** |

*Coverage at the above described location is provided only where a limit of liability or a premium is stated.*

## Additional Coverages

| Coverages | Limit | Premium |
|---|---|---|
| Sinkhole Collapse | | $59.57 |

## Your Deductibles

| Deductibles | Amount |
|---|---|
| All-Peril | $2,500 |
| Windstorm or Hail | $2,500 |

## Your Policy Information

Policy type: *DP2*
Construction type:
*Concreteblockpainted*
Year built: *1954*

Program: *Standard*
Protection class: *3*
Territory: *18109*

Feet from hydrant: *500*
Miles from fire station: *5*
Residence Type: *Single Family Dwelling*

DECOV-DF (01/16)

Agency 0017727

# STATE AUTO
Insurance Companies

**New Declaration**
Dwelling Fire Policy

*Issue Date: 07/01/2019*

*Daubert Shannon & Associates, LLC*
700 Evans St
Bethlehem, PA 18015

## *Total* **Policy Premium**

### $435.01

**Named Insured**

Kristina Travis
752 E GREEN ST
ALLENTOWN, PA 18109

| Policy Number | Policy Period | Coverage is provided by the following State Auto Company |
|---|---|---|
| 1000549312 | 07/01/19 - 07/01/20 | Milbank Insurance Company |

*Policy Period begins and ends at 12:01 a.m. standard time at the residence premises.*

**Insured Location:**

752 E GREEN ST
ALLENTOWN, PA 18109



**StateAuto.com**

*Questions?*

Visit us at **StateAuto.com**
or call **(800) 288-4425**
customer service.

**Contact your independent
agent at (610) 440-1524.**

## *Your* **Forms and Endorsements**

| | | |
|---|---|---|
| • DF2073 | (09/07) | **Amendment of Cancellation Provision** |
| • DL2401 | (07/14) | **Personal Liability** |
| • DL2410 | (12/02) | **Additional Insured** |
| • DL2411 | (07/14) | **Premises Liability (Non-Owner Occupied Dwelling)** |
| • DL2471 | (12/02) | **Limited Fungi, Wet or Dry Rot, or Bacteria Coverage** |
| • DL2489 | (01/15) | **Cap on Losses From Certified Acts of Terrorism, Disclosure Pursuant To Terrorism Risk Insurance Act** |
| • DL2537 | (12/14) | **Special Provisions - Pennsylvania** |
| • DP0002 | (07/14) | **Dwelling Property 2-broad form** |
| • DP0137 | (06/07) | **Special Provisions - Pennsylvania** |
| • DP0204 | (12/03) | **Cancellation and Non-Renewal** |
| • DP0422 | (07/14) | **Limited Fungi Wet or Dry Rot or Bacteria Coverage** |
| • DP0441 | (12/02) | **Additional Insured - Described Location** |
| • DP0470 | (12/02) | **Premises Alarm or Fire Protection System** |
| • DP0499 | (07/14) | **Sinkhole Collapse** |
| • DP0538 | (01/15) | **Cap on Losses From Certified Acts of Terrorism, Disclosure Pursuant To Terrorism Risk Insurance Act** |

**STATE AUTO**
Insurance Companies

# New Declaration
Dwelling Fire Policy

*Issue Date: 07/01/2019*

*Daubert Shannon & Associates, LLC*
700 Evans St
Bethlehem, PA 18015

## Total Policy Premium
### $435.01

**Named Insured**

Kristina Travis
752 E GREEN ST
ALLENTOWN, PA 18109

| Policy Number | Policy Period | Coverage is provided by the following State Auto Company |
|---|---|---|
| 1000549312 | 07/01/19 - 07/01/20 | Milbank Insurance Company |

*Policy Period begins and ends at 12:01 a.m. standard time at the residence premises.*

**Insured Location:**

752 E GREEN ST
ALLENTOWN, PA 18109



**StateAuto.com**

*Questions?*

Visit us at **StateAuto.com**
or call **(800) 288-4425**
**customer service.**

**Contact your independent
agent at (610) 440-1524.**

## Your *Forms and Endorsements*

- FI36          (01/16)          **Dwelling Policy Cover Page**

- FI36A        (01/16)          **Your Dwelling Quick Reference**

- FI189        (10/00)          **Lead Contamination Liability Exclusion Endorsement**

## Mortgagee, its successors and/or assigns:

DT Capital Investments LLC
26 W Broad Street
Bethlehem, PA 18018

## Schedule *Information*

### Additional Insured - Described Location

DT Capital Investments LLC, 26 W Broad Street, Bethlehem, PA 18018

*This declaration page with policy forms and endorsements completes the policy. This policy will continue in force for the period indicated upon valid payment of the premium, when due.*

# STATE AUTO
### Insurance Companies

# New Declaration
## Dwelling Fire Policy

*Issue Date: 07/01/2019*

*Daubert Shannon & Associates, LLC*
*700 Evans St*
*Bethlehem, PA 18015*

## Total Policy Premium
# $435.01

**Named Insured**

Kristina Travis
753 N HALSTEAD ST
ALLENTOWN, PA 18109

| Policy Number | Policy Period | Coverage is provided by the following State Auto Company |
|---|---|---|
| 1000549326 | 07/01/19 - 07/01/20 | Milbank Insurance Company |

*Policy Period begins and ends at 12:01 a.m. standard time at the residence premises.*

**Insured Location:**

753 N HALSTEAD ST
ALLENTOWN, PA 18109



**StateAuto.com**

*Questions?*

Visit us at **StateAuto.com**
or call **(800) 288-4425**
customer service.

**Contact your independent
agent at (610) 440-1524.**

## Your Coverages

| Property Coverages | Limit | Premium |
|---|---|---|
| A. Dwelling | $170,200 | $315.29 |
| B. Other Structures | $17,020 | $15.48 |
| C. Personal Property | $1,000 | $8.37 |
| D & E. Fair Rental and Additional Living Expense | | $36.30 |

| Liability Coverages | Limit | Premium |
|---|---|---|
| L. Liability | $300,000 | Included |
| M. Medical Payments | $1,000 | Included |
| **Annual Premium** | | **$435.01** |

*Coverage at the above described location is provided only where a limit of liability or a premium is stated.*

## Additional Coverages

| Coverages | Limit | Premium |
|---|---|---|
| Sinkhole Collapse | | $59.57 |

## Your Deductibles

| Deductibles | Amount |
|---|---|
| All-Peril | $2,500 |
| Windstorm or Hail | $2,500 |

## Your Policy Information

Policy type: *DP2*
Construction type:
*Concreteblockpainted*
Year built: *1954*

Program: *Standard*
Protection class: *3*
Territory: *18109*

Feet from hydrant: *500*
Miles from fire station: *5*
Residence Type: *Single Family Dwelling*

DECOV-DF (01/16)

Agency 0017727

**STATE AUTO**
Insurance Companies

**New Declaration**
Dwelling Fire Policy

*Issue Date: 07/01/2019*

*Daubert Shannon & Associates, LLC*
700 Evans St
Bethlehem, PA 18015

## *Total* Policy Premium

### $435.01

**Named Insured**

Kristina Travis
753 N HALSTEAD ST
ALLENTOWN, PA 18109

| Policy Number | Policy Period | Coverage is provided by the following State Auto Company |
|---|---|---|
| 1000549326 | 07/01/19 - 07/01/20 | Milbank Insurance Company |

*Policy Period begins and ends at 12:01 a.m. standard time at the residence premises.*

**Insured Location:**

753 N HALSTEAD ST
ALLENTOWN, PA 18109



**StateAuto.com**

*Questions?*

Visit us at **StateAuto.com**
or call **(800) 288-4425**
customer service.

**Contact your independent
agent at (610) 440-1524.**

## Your *Forms and Endorsements*

- *DF2073*     *(09/07)*     **Amendment of Cancellation Provision**

- *DL2401*     *(07/14)*     **Personal Liability**

- *DL2410*     *(12/02)*     **Additional Insured**

- *DL2411*     *(07/14)*     **Premises Liability (Non-Owner Occupied Dwelling)**

- *DL2471*     *(12/02)*     **Limited Fungi, Wet or Dry Rot, or Bacteria Coverage**

- *DL2489*     *(01/15)*     **Cap on Losses From Certified Acts of Terrorism, Disclosure Pursuant To Terrorism Risk Insurance Act**

- *DL2537*     *(12/14)*     **Special Provisions - Pennsylvania**

- *DP0002*     *(07/14)*     **Dwelling Property 2-broad form**

- *DP0137*     *(06/07)*     **Special Provisions - Pennsylvania**

- *DP0204*     *(12/03)*     **Cancellation and Non-Renewal**

- *DP0422*     *(07/14)*     **Limited Fungi Wet or Dry Rot or Bacteria Coverage**

- *DP0441*     *(12/02)*     **Additional Insured - Described Location**

- *DP0470*     *(12/02)*     **Premises Alarm or Fire Protection System**

- *DP0499*     *(07/14)*     **Sinkhole Collapse**

- *DP0538*     *(01/15)*     **Cap on Losses From Certified Acts of Terrorism, Disclosure Pursuant To Terrorism Risk Insurance Act**

**STATE AUTO**
Insurance Companies

**New Declaration**
Dwelling Fire Policy

*Issue Date: 07/01/2019*

*Daubert Shannon & Associates, LLC*
700 Evans St
Bethlehem, PA 18015

## *Total* Policy Premium

### $435.01

**Named Insured**

Kristina Travis
753 N HALSTEAD ST
ALLENTOWN, PA 18109

| Policy Number | Policy Period | Coverage is provided by the following State Auto Company |
|---|---|---|
| 1000549326 | 07/01/19 - 07/01/20 | Milbank Insurance Company |

*Policy Period begins and ends at 12:01 a.m. standard time at the residence premises.*

**Insured Location:**

753 N HALSTEAD ST
ALLENTOWN, PA 18109



**StateAuto.com**

*Questions?*

Visit us at **StateAuto.com**
or call **(800) 288-4425**
customer service.

**Contact your independent
agent at (610) 440-1524.**

## *Your* Forms and Endorsements

- *FI36*      (01/16)      **Dwelling Policy Cover Page**

- *FI36A*     (01/16)      **Your Dwelling Quick Reference**

- *FI189*     (10/00)      **Lead Contamination Liability Exclusion Endorsement**

## Mortgagee, its successors and/or assigns:

DT Capital Investments LLC
26 W Broad Street
Bethlehem, PA 18018

## Schedule Information

<u>Additional Insured - Described Location</u>

*DT Capital Investments LLC, 26 W Broad Street, Bethlehem, PA 18018*

*This declaration page with policy forms and endorsements completes the policy. This policy will continue in force for the period indicated upon valid payment of the premium, when due.*

# STATE AUTO
## Insurance Companies

### New Declaration
Dwelling Fire Policy

*Issue Date: 07/01/2019*

**Daubert Shannon & Associates, LLC**
700 Evans St
Bethlehem, PA 18015

## *Total* Policy Premium
### $440.57

**Named Insured**

Kristina Travis
754 E GREEN ST
ALLENTOWN, PA 18109

| Policy Number | Policy Period | Coverage is provided by the following State Auto Company |
|---|---|---|
| 1000549337 | 07/01/19 - 07/01/20 | Milbank Insurance Company |

*Policy Period begins and ends at 12:01 a.m. standard time at the residence premises.*

**Insured Location:**

754 E GREEN ST
ALLENTOWN, PA 18109



**StateAuto.com**

*Questions?*

Visit us at **StateAuto.com**
or call **(800) 288-4425**
customer service.

**Contact your independent
agent at (610) 440-1524.**

## Your *Coverages*

| Property Coverages | Limit | Premium |
|---|---|---|
| A. Dwelling | $177,200 | $316.38 |
| B. Other Structures | $17,720 | $16.18 |
| C. Personal Property | $1,000 | $8.20 |
| D & E. Fair Rental and Additional Living Expense | | $37.79 |
| **Liability Coverages** | **Limit** | **Premium** |
| L. Liability | $300,000 | Included |
| M. Medical Payments | $1,000 | Included |
| | **Annual Premium** | **$440.57** |

*Coverage at the above described location is provided only where a limit of liability or a premium is stated.*

## Additional *Coverages*

| Coverages | Limit | Premium |
|---|---|---|
| Sinkhole Collapse | | $62.02 |

## Your *Deductibles*

| Deductibles | Amount |
|---|---|
| All-Peril | $2,500 |
| Windstorm or Hail | $2,500 |

## Your *Policy Information*

Policy type: *DP2*
Construction type:
*Concreteblockpainted*
Year built: *1954*

Program: *Standard*
Protection class: *3*
Territory: *18109*

Feet from hydrant: *500*
Miles from fire station: *5*
Residence Type: *Single Family Dwelling*

# STATE AUTO
## Insurance Companies

### New Declaration
Dwelling Fire Policy

*Issue Date: 07/01/2019*

**Daubert Shannon & Associates, LLC**
*700 Evans St*
*Bethlehem, PA 18015*

## *Total* Policy Premium
## $440.57

**Named Insured**

Kristina Travis
754 E GREEN ST
ALLENTOWN, PA 18109

| Policy Number | Policy Period | Coverage is provided by the following State Auto Company |
|---|---|---|
| 1000549337 | 07/01/19 - 07/01/20 | Milbank Insurance Company |

*Policy Period begins and ends at 12:01 a.m. standard time at the residence premises.*

**Insured Location:**

754 E GREEN ST
ALLENTOWN, PA 18109



**StateAuto.com**

*Questions?*

Visit us at **StateAuto.com**
or call **(800) 288-4425**
customer service.

**Contact your independent
agent at (610) 440-1524.**

## Your *Forms and Endorsements*

| | | |
|---|---|---|
| • DF2073 | *(09/07)* | **Amendment of Cancellation Provision** |
| • DL2401 | *(07/14)* | **Personal Liability** |
| • DL2410 | *(12/02)* | **Additional Insured** |
| • DL2411 | *(07/14)* | **Premises Liability (Non-Owner Occupied Dwelling)** |
| • DL2471 | *(12/02)* | **Limited Fungi, Wet or Dry Rot, or Bacteria Coverage** |
| • DL2489 | *(01/15)* | **Cap on Losses From Certified Acts of Terrorism, Disclosure Pursuant To Terrorism Risk Insurance Act** |
| • DL2537 | *(12/14)* | **Special Provisions - Pennsylvania** |
| • DP0002 | *(07/14)* | **Dwelling Property 2-broad form** |
| • DP0137 | *(06/07)* | **Special Provisions - Pennsylvania** |
| • DP0204 | *(12/03)* | **Cancellation and Non-Renewal** |
| • DP0422 | *(07/14)* | **Limited Fungi Wet or Dry Rot or Bacteria Coverage** |
| • DP0441 | *(12/02)* | **Additional Insured - Described Location** |
| • DP0470 | *(12/02)* | **Premises Alarm or Fire Protection System** |
| • DP0499 | *(07/14)* | **Sinkhole Collapse** |
| • DP0538 | *(01/15)* | **Cap on Losses From Certified Acts of Terrorism, Disclosure Pursuant To Terrorism Risk Insurance Act** |

**STATE AUTO**
Insurance Companies

*Daubert Shannon & Associates, LLC*
700 Evans St
Bethlehem, PA 18015

### *Total* **Policy Premium**

### **$440.57**

**Named Insured**

Kristina Travis
754 E GREEN ST
ALLENTOWN, PA 18109

| Policy Number | Policy Period | Coverage is provided by the following State Auto Company |
|---|---|---|
| 1000549337 | 07/01/19 - 07/01/20 | Milbank Insurance Company |

*Policy Period begins and ends at 12:01 a.m. standard time at the residence premises.*

**Insured Location:**

754 E GREEN ST
ALLENTOWN, PA 18109



**StateAuto.com**

*Questions?*

Visit us at **StateAuto.com**
or call **(800) 288-4425**
customer service.

**Contact your independent
agent at (610) 440-1524.**

## *Your* Forms and Endorsements

- *FI36*      (01/16)      **Dwelling Policy Cover Page**

- *FI36A*      (01/16)      **Your Dwelling Quick Reference**

- *FI189*      (10/00)      **Lead Contamination Liability Exclusion Endorsement**

## Mortgagee, its successors and/or assigns:

DT Capital Investments LLC
26 W Broad Street
Bethlehem, PA 18018

## Schedule Information

### *Additional Insured - Described Location*

DT Capital Investments LLC, 26 W Broad Street, Bethlehem, PA 18018

*This declaration page with policy forms and endorsements completes the policy. This policy will continue in force for the period indicated upon valid payment of the premium, when due.*

# STATE AUTO
## Insurance Companies

**Daubert Shannon & Associates, LLC**
700 Evans St
Bethlehem, PA 18015

# New Declaration
Dwelling Fire Policy

*Issue Date: 07/01/2019*

## Total Policy Premium
## $440.57

**Named Insured**

Kristina Travis
764 E GREEN ST
ALLENTOWN, PA 18109

| Policy Number | Policy Period | Coverage is provided by the following State Auto Company |
|---|---|---|
| 1000549345 | 07/01/19 - 07/01/20 | Milbank Insurance Company |

*Policy Period begins and ends at 12:01 a.m. standard time at the residence premises.*

**Insured Location:**

764 E GREEN ST
ALLENTOWN, PA 18109



**StateAuto.com**

*Questions?*

*Visit us at StateAuto.com or call (800) 288-4425 customer service.*

**Contact your independent agent at (610) 440-1524.**

## Your Coverages

| Property Coverages | Limit | Premium |
|---|---|---|
| A. Dwelling | $177,200 | $316.38 |
| B. Other Structures | $17,720 | $16.18 |
| C. Personal Property | $1,000 | $8.20 |
| D & E. Fair Rental and Additional Living Expense | | $37.79 |
| **Liability Coverages** | **Limit** | **Premium** |
| L. Liability | $300,000 | Included |
| M. Medical Payments | $1,000 | Included |
| **Annual Premium** | | **$440.57** |

*Coverage at the above described location is provided only where a limit of liability or a premium is stated.*

## Additional Coverages

| Coverages | Limit | Premium |
|---|---|---|
| Sinkhole Collapse | | $62.02 |

## Your Deductibles

| Deductibles | Amount |
|---|---|
| All-Peril | $2,500 |
| Windstorm or Hail | $2,500 |

## Your Policy Information

*Policy type: DP2*
*Construction type: Concreteblockpainted*
*Year built: 1954*

*Program: Standard*
*Protection class: 3*
*Territory: 18109*

*Feet from hydrant: 500*
*Miles from fire station: 5*
*Residence Type: Single Family Dwelling*

**STATE AUTO**
Insurance Companies

# New Declaration
Dwelling Fire Policy

*Issue Date: 07/01/2019*

*Daubert Shannon & Associates, LLC*
700 Evans St
Bethlehem, PA 18015

## *Total* Policy Premium
### $440.57

**Named Insured**

Kristina Travis
764 E GREEN ST
ALLENTOWN, PA 18109

| Policy Number | Policy Period | Coverage is provided by the following State Auto Company |
|---|---|---|
| 1000549345 | 07/01/19 - 07/01/20 | Milbank Insurance Company |

*Policy Period begins and ends at 12:01 a.m. standard time at the residence premises.*

**Insured Location:**

764 E GREEN ST
ALLENTOWN, PA 18109


**StateAuto.com**

*Questions?*

Visit us at **StateAuto.com**
or call **(800) 288-4425**
customer service.

**Contact your independent
agent at (610) 440-1524.**

## Your *Forms and Endorsements*

- *DF2073*    *(09/07)*    **Amendment of Cancellation Provision**

- *DL2401*    *(07/14)*    **Personal Liability**

- *DL2410*    *(12/02)*    **Additional Insured**

- *DL2411*    *(07/14)*    **Premises Liability (Non-Owner Occupied Dwelling)**

- *DL2471*    *(12/02)*    **Limited Fungi, Wet or Dry Rot, or Bacteria Coverage**

- *DL2489*    *(01/15)*    **Cap on Losses From Certified Acts of Terrorism, Disclosure Pursuant To Terrorism Risk Insurance Act**

- *DL2537*    *(12/14)*    **Special Provisions - Pennsylvania**

- *DP0002*    *(07/14)*    **Dwelling Property 2-broad form**

- *DP0137*    *(06/07)*    **Special Provisions - Pennsylvania**

- *DP0204*    *(12/03)*    **Cancellation and Non-Renewal**

- *DP0422*    *(07/14)*    **Limited Fungi Wet or Dry Rot or Bacteria Coverage**

- *DP0441*    *(12/02)*    **Additional Insured - Described Location**

- *DP0470*    *(12/02)*    **Premises Alarm or Fire Protection System**

- *DP0499*    *(07/14)*    **Sinkhole Collapse**

- *DP0538*    *(01/15)*    **Cap on Losses From Certified Acts of Terrorism, Disclosure Pursuant To Terrorism Risk Insurance Act**

**STATE AUTO**
Insurance Companies

*Daubert Shannon & Associates, LLC*
700 Evans St
Bethlehem, PA 18015

## Total Policy Premium
### $440.57

**Named Insured**

Kristina Travis
764 E GREEN ST
ALLENTOWN, PA 18109

| Policy Number | Policy Period | Coverage is provided by the following State Auto Company |
|---|---|---|
| 1000549345 | 07/01/19 - 07/01/20 | Milbank Insurance Company |

*Policy Period begins and ends at 12:01 a.m. standard time at the residence premises.*

**Insured Location:**

764 E GREEN ST
ALLENTOWN, PA 18109



**StateAuto.com**

*Questions?*

Visit us at **StateAuto.com**
or call **(800) 288-4425**
customer service.

**Contact your independent
agent at (610) 440-1524.**

## Your Forms and Endorsements

- *FI36* *(01/16)* **Dwelling Policy Cover Page**

- *FI36A* *(01/16)* **Your Dwelling Quick Reference**

- *FI189* *(10/00)* **Lead Contamination Liability Exclusion Endorsement**

## Mortgagee, its successors and/or assigns:

DT Capital Investments LLC
26 W Broad Street
Bethlehem, PA 18018

## Schedule Information

### Additional Insured - Described Location

*DT Capital Investments LLC, 26 W Broad Street, Bethlehem, PA 18018*

*This declaration page with policy forms and endorsements completes the policy. This policy will continue in force for the period indicated upon valid payment of the premium, when due.*

# STATE AUTO
## Insurance Companies ®

# Renewal Declaration
### Dwelling Fire Policy
*Issue Date: 05/23/2020*

*Daubert Shannon & Associates, LLC*
700 Evans St
Bethlehem, PA 18015-1864

## *Total* Policy Premium
## $473.29

**Named Insured**

Kristina Travis
703 E GREEN ST
ALLENTOWN, PA 18109

| Policy Number | Policy Period | Coverage is provided by the following State Auto Company |
|---|---|---|
| 1000549199 | 07/01/20 - 07/01/21 | Milbank Insurance Company |

*Policy Period begins and ends at 12:01 a.m. standard time at the residence premises.*

**Insured Location:**

703 E GREEN ST
ALLENTOWN, PA 18109



**StateAuto.com**

*Questions?*

Visit us at **StateAuto.com**
or call **(800) 288-4425**
customer service.

**Contact your independent
agent at (610) 440-1524.**

## Your *Coverages*

| Property Coverages | Limit | Premium |
|---|---|---|
| A. Dwelling | $188,200 | $341.53 |
| B. Other Structures | $18,820 | $17.23 |
| C. Personal Property | $1,000 | $8.53 |
| D & E. Fair Rental and Additional Living Expense | | $40.13 |
| **Liability Coverages** | **Limit** | **Premium** |
| L. Liability | $300,000 | Included |
| M. Medical Payments | $1,000 | Included |
| | **Annual Premium** | **$473.29** |

*Coverage at the above described location is provided only where a limit of liability or a premium is stated.*

## Additional Coverages

| Coverages | Limit | Premium |
|---|---|---|
| Sinkhole Collapse | | $65.87 |

# STATE AUTO
Insurance Companies

# Renewal Declaration
Dwelling Fire Policy

*Issue Date: 05/23/2020*

*Daubert Shannon & Associates, LLC*
*700 Evans St*
*Bethlehem, PA 18015-1864*

## Total **Policy Premium**
## $473.29

**Named Insured**

Kristina Travis
703 E GREEN ST
ALLENTOWN, PA 18109

| Policy Number | Policy Period | Coverage is provided by the following State Auto Company |
|---|---|---|
| 1000549199 | 07/01/20 - 07/01/21 | Milbank Insurance Company |

*Policy Period begins and ends at 12:01 a.m. standard time at the residence premises.*

**Insured Location:**

703 E GREEN ST
ALLENTOWN, PA 18109



**StateAuto.com**

**Questions?**

Visit us at **StateAuto.com**
or call **(800) 288-4425**
customer service.

**Contact your independent**
**agent at (610) 440-1524.**

## Your *Deductibles*

| Deductibles | Amount |
|---|---|
| All-Peril | $2,500 |
| Windstorm or Hail | $2,500 |

## Your **Policy Information**

Policy type: *DP2*
Construction type:
*Concreteblockpainted*
Year built: *1954*

Program: *Standard*
Protection class: *3*
Territory: *18109*

Feet from hydrant: *500*
Miles from fire station: *5*
Residence Type: *Single Family Dwelling*

## Your **Forms and Endorsements**

- DL2489      (01/15)      **Cap on Losses From Certified Acts of Terrorism, Disclosure Pursuant To Terrorism Risk Insurance Act**

- DL2411      (07/14)      **Premises Liability (Non-Owner Occupied Dwelling)**

- DL2401      (07/14)      **Personal Liability**

- FI36A       (01/16)      **Your Dwelling Quick Reference**

- DP0470      (12/02)      **Premises Alarm or Fire Protection System**

- DP0538      (01/15)      **Cap on Losses From Certified Acts of Terrorism, Disclosure Pursuant To Terrorism Risk Insurance Act**

- DP0422      (07/14)      **Limited Fungi Wet or Dry Rot or Bacteria Coverage**

- DF2073      (09/07)      **Amendment of Cancellation Provision**

- DP0137      (06/07)      **Special Provisions - Pennsylvania**

- DL2537      (12/14)      **Special Provisions - Pennsylvania**

# STATE AUTO
### Insurance Companies

# Renewal Declaration
## Dwelling Fire Policy

*Issue Date: 05/23/2020*

**Daubert Shannon & Associates, LLC**
700 Evans St
Bethlehem, PA 18015-1864

## *Total* Policy Premium

# $473.29

**Named Insured**

Kristina Travis
703 E GREEN ST
ALLENTOWN, PA 18109

| Policy Number | Policy Period | Coverage is provided by the following State Auto Company |
|---|---|---|
| 1000549199 | 07/01/20 - 07/01/21 | Milbank Insurance Company |

*Policy Period begins and ends at 12:01 a.m. standard time at the residence premises.*

**Insured Location:**

703 E GREEN ST
ALLENTOWN, PA 18109



**StateAuto.com**

*Questions?*

Visit us at **StateAuto.com**
or call **(800) 288-4425**
customer service.

**Contact your independent
agent at (610) 440-1524.**

## Your *Forms and Endorsements*

- DP0002     (07/14)     **Dwelling Property 2-broad form**

- DP0441     (12/02)     **Additional Insured - Described Location**

- DL2410     (12/02)     **Additional Insured**

- FI36     (01/16)     **Dwelling Policy Cover Page**

- DP0499     (07/14)     **Sinkhole Collapse**

- DL2471     (12/02)     **Limited Fungi, Wet or Dry Rot, or Bacteria Coverage**

- DP0204     (12/03)     **Cancellation and Non-Renewal**

- FI189     (10/00)     **Lead Contamination Liability Exclusion Endorsement**

## Mortgagee, its successors and/or assigns:

DT Capital Investments LLC
26 W Broad Street
Bethlehem, PA 18018

# STATE AUTO
## Insurance Companies

**Daubert Shannon & Associates, LLC**
700 Evans St
Bethlehem, PA 18015-1864

# Renewal Declaration
## Dwelling Fire Policy
*Issue Date: 05/23/2020*

## *Total* Policy Premium
## $473.29

**Named Insured**

Kristina Travis
703 E GREEN ST
ALLENTOWN, PA 18109

| Policy Number | Policy Period | Coverage is provided by the following State Auto Company |
|---|---|---|
| 1000549199 | 07/01/20 - 07/01/21 | Milbank Insurance Company |

*Policy Period begins and ends at 12:01 a.m. standard time at the residence premises.*

**Insured Location:**

703 E GREEN ST
ALLENTOWN, PA 18109



**StateAuto.com**

*Questions?*

Visit us at **StateAuto.com**
or call **(800) 288-4425**
customer service.

**Contact your independent
agent at (610) 440-1524.**

## *Schedule* Information

### Additional Insured - Described Location

*DT Capital Investments LLC, 26 W Broad Street, Bethlehem, PA 18018*

*This declaration page with policy forms and endorsements completes the policy. This policy will continue in force for the period indicated upon valid payment of the premium, when due.*

# STATE AUTO
## Insurance Companies

*Daubert Shannon & Associates, LLC*
700 Evans St
Bethlehem, PA 18015-1864

# Renewal Declaration
## Dwelling Fire Policy
*Issue Date: 05/23/2020*

## *Total* Policy Premium
### $473.29

**Named Insured**

Kristina Travis
706 E GREEN ST
ALLENTOWN, PA 18109

| Policy Number | Policy Period | Coverage is provided by the following State Auto Company |
|---|---|---|
| 1000549208 | 07/01/20 - 07/01/21 | Milbank Insurance Company |

*Policy Period begins and ends at 12:01 a.m. standard time at the residence premises.*

**Insured Location:**

706 E GREEN ST
ALLENTOWN, PA 18109



**StateAuto.com**

*Questions?*

Visit us at **StateAuto.com**
or call **(800) 288-4425**
customer service.

**Contact your independent
agent at (610) 440-1524.**

## Your *Coverages*

| Property Coverages | Limit | Premium |
|---|---|---|
| A. Dwelling | $188,200 | $341.53 |
| B. Other Structures | $18,820 | $17.23 |
| C. Personal Property | $1,000 | $8.53 |
| D & E. Fair Rental and Additional Living Expense | | $40.13 |
| **Liability Coverages** | **Limit** | **Premium** |
| L. Liability | $300,000 | Included |
| M. Medical Payments | $1,000 | Included |
| | **Annual Premium** | **$473.29** |

*Coverage at the above described location is provided only where a limit of liability or a premium is stated.*

## Additional Coverages

| Coverages | Limit | Premium |
|---|---|---|
| Sinkhole Collapse | | $65.87 |

# STATE AUTO
## Insurance Companies

# Renewal Declaration
## Dwelling Fire Policy

*Issue Date: 05/23/2020*

*Daubert Shannon & Associates, LLC*
*700 Evans St*
*Bethlehem, PA 18015-1864*

## Total Policy Premium
## $473.29

**Named Insured**

Kristina Travis
706 E GREEN ST
ALLENTOWN, PA 18109

| Policy Number | Policy Period | Coverage is provided by the following State Auto Company |
|---|---|---|
| 1000549208 | 07/01/20 - 07/01/21 | Milbank Insurance Company |

*Policy Period begins and ends at 12:01 a.m. standard time at the residence premises.*

**Insured Location:**

706 E GREEN ST
ALLENTOWN, PA 18109



**StateAuto.com**

*Questions?*

*Visit us at StateAuto.com or call (800) 288-4425 customer service.*

**Contact your independent agent at (610) 440-1524.**

## Your Deductibles

| Deductibles | Amount |
|---|---|
| *All-Peril* | $2,500 |
| *Windstorm or Hail* | $2,500 |

## Your Policy Information

*Policy type: DP2*
*Construction type:*
*Concreteblockpainted*
*Year built: 1954*

*Program: Standard*
*Protection class: 3*
*Territory: 18109*

*Feet from hydrant: 500*
*Miles from fire station: 5*
*Residence Type: Single Family Dwelling*

## Your Forms and Endorsements

- DP0538 (01/15) **Cap on Losses From Certified Acts of Terrorism, Disclosure Pursuant To Terrorism Risk Insurance Act**

- FI36 (01/16) **Dwelling Policy Cover Page**

- DP0470 (12/02) **Premises Alarm or Fire Protection System**

- DP0422 (07/14) **Limited Fungi Wet or Dry Rot or Bacteria Coverage**

- DL2489 (01/15) **Cap on Losses From Certified Acts of Terrorism, Disclosure Pursuant To Terrorism Risk Insurance Act**

- DL2411 (07/14) **Premises Liability (Non-Owner Occupied Dwelling)**

- DL2410 (12/02) **Additional Insured**

- DF2073 (09/07) **Amendment of Cancellation Provision**

- DP0137 (06/07) **Special Provisions - Pennsylvania**

- FI36A (01/16) **Your Dwelling Quick Reference**

# STATE AUTO
Insurance Companies

# Renewal Declaration
Dwelling Fire Policy

*Issue Date: 05/23/2020*

**Daubert Shannon & Associates, LLC**
*700 Evans St*
*Bethlehem, PA 18015-1864*

## Total Policy Premium
## $473.29

**Named Insured**

Kristina Travis
706 E GREEN ST
ALLENTOWN, PA 18109

| Policy Number | Policy Period | Coverage is provided by the following State Auto Company |
|---|---|---|
| 1000549208 | 07/01/20 - 07/01/21 | Milbank Insurance Company |

*Policy Period begins and ends at 12:01 a.m. standard time at the residence premises.*

**Insured Location:**

706 E GREEN ST
ALLENTOWN, PA 18109



**StateAuto.com**

**Questions?**

Visit us at **StateAuto.com**
or call **(800) 288-4425**
customer service.

**Contact your independent
agent at (610) 440-1524.**

## Your Forms and Endorsements

- DP0499    (07/14)    **Sinkhole Collapse**

- DP0441    (12/02)    **Additional Insured - Described Location**

- DL2537    (12/14)    **Special Provisions - Pennsylvania**

- DL2471    (12/02)    **Limited Fungi, Wet or Dry Rot, or Bacteria Coverage**

- DL2401    (07/14)    **Personal Liability**

- DP0002    (07/14)    **Dwelling Property 2-broad form**

- DP0204    (12/03)    **Cancellation and Non-Renewal**

- FI189    (10/00)    **Lead Contamination Liability Exclusion Endorsement**

## Mortgagee, its successors and/or assigns:

DT Capital Investments LLC
26 W Broad Street
Bethlehem, PA 18018

# STATE AUTO
## Insurance Companies ®

# Renewal Declaration
## Dwelling Fire Policy

*Issue Date: 05/23/2020*

**Daubert Shannon & Associates, LLC**
700 Evans St
Bethlehem, PA 18015-1864

## *Total* Policy Premium
## $473.29

**Named Insured**

Kristina Travis
706 E GREEN ST
ALLENTOWN, PA 18109

| Policy Number | Policy Period | Coverage is provided by the following State Auto Company |
|---|---|---|
| 1000549208 | 07/01/20 - 07/01/21 | Milbank Insurance Company |

*Policy Period begins and ends at 12:01 a.m. standard time at the residence premises.*

**Insured Location:**

706 E GREEN ST
ALLENTOWN, PA 18109



**StateAuto.com**

*Questions?*

Visit us at **StateAuto.com**
or call **(800) 288-4425**
customer service.

**Contact your independent
agent at (610) 440-1524.**

## *Schedule* Information

### Additional Insured - Described Location

*DT Capital Investments LLC, 26 W Broad Street, Bethlehem, PA 18018*

*This declaration page with policy forms and endorsements completes the policy. This policy will continue in force for the period indicated upon valid payment of the premium, when due.*

# STATE AUTO
## Insurance Companies
®

# Renewal Declaration
## Dwelling Fire Policy
**Issue Date: 05/23/2020**

**Daubert Shannon & Associates, LLC**
700 Evans St
Bethlehem, PA 18015-1864

## *Total* Policy Premium
## $473.29

**Named Insured**

Kristina Travis
712 E GREEN ST
ALLENTOWN, PA 18109

| Policy Number | Policy Period | Coverage is provided by the following State Auto Company |
|---|---|---|
| 1000549242 | 07/01/20 - 07/01/21 | Milbank Insurance Company |

*Policy Period begins and ends at 12:01 a.m. standard time at the residence premises.*

**Insured Location:**

712 E GREEN ST
ALLENTOWN, PA 18109



**StateAuto.com**

*Questions?*

Visit us at **StateAuto.com**
or call **(800) 288-4425**
customer service.

**Contact your independent
agent at (610) 440-1524.**

## Your *Coverages*

| Property Coverages | Limit | Premium |
|---|---|---|
| A. Dwelling | $188,200 | $341.53 |
| B. Other Structures | $18,820 | $17.23 |
| C. Personal Property | $1,000 | $8.53 |
| D & E. Fair Rental and Additional Living Expense | | $40.13 |
| **Liability Coverages** | **Limit** | **Premium** |
| L. Liability | $300,000 | Included |
| M. Medical Payments | $1,000 | Included |
| | **Annual Premium** | **$473.29** |

*Coverage at the above described location is provided only where a limit of liability or a premium is stated.*

## Additional Coverages

| Coverages | Limit | Premium |
|---|---|---|
| Sinkhole Collapse | | $65.87 |

**STATE AUTO**
Insurance Companies

# Renewal Declaration
## Dwelling Fire Policy

*Issue Date: 05/23/2020*

*Daubert Shannon & Associates, LLC*
700 Evans St
Bethlehem, PA 18015-1864

## Total **Policy Premium**
## $473.29

**Named Insured**

Kristina Travis
712 E GREEN ST
ALLENTOWN, PA 18109

| Policy Number | Policy Period | Coverage is provided by the following State Auto Company |
|---|---|---|
| 1000549242 | 07/01/20 - 07/01/21 | Milbank Insurance Company |

*Policy Period begins and ends at 12:01 a.m. standard time at the residence premises.*

**Insured Location:**

712 E GREEN ST
ALLENTOWN, PA 18109



**StateAuto.com**

*Questions?*

*Visit us at StateAuto.com or call (800) 288-4425 customer service.*

**Contact your independent agent at (610) 440-1524.**

## Your *Deductibles*

| Deductibles | Amount |
|---|---|
| *All-Peril* | $2,500 |
| *Windstorm or Hail* | $2,500 |

## Your **Policy Information**

*Policy type:* DP2
*Construction type:* Concreteblockpainted
*Year built:* 1954

*Program:* Standard
*Protection class:* 3
*Territory:* 18109

*Feet from hydrant:* 500
*Miles from fire station:* 5
*Residence Type:* Single Family Dwelling

## Your **Forms and Endorsements**

- DL2411      (07/14)      **Premises Liability (Non-Owner Occupied Dwelling)**

- DL2401      (07/14)      **Personal Liability**

- DP0137      (06/07)      **Special Provisions - Pennsylvania**

- DP0422      (07/14)      **Limited Fungi Wet or Dry Rot or Bacteria Coverage**

- FI36      (01/16)      **Dwelling Policy Cover Page**

- DP0538      (01/15)      **Cap on Losses From Certified Acts of Terrorism, Disclosure Pursuant To Terrorism Risk Insurance Act**

- DP0470      (12/02)      **Premises Alarm or Fire Protection System**

- DL2537      (12/14)      **Special Provisions - Pennsylvania**

- DL2471      (12/02)      **Limited Fungi, Wet or Dry Rot, or Bacteria Coverage**

- DL2410      (12/02)      **Additional Insured**

# STATE AUTO
## Insurance Companies

# Renewal Declaration
### Dwelling Fire Policy

*Issue Date: 05/23/2020*

**Daubert Shannon & Associates, LLC**
*700 Evans St*
*Bethlehem, PA 18015-1864*

## *Total* **Policy Premium**
## **$473.29**

**Named Insured**

Kristina Travis
712 E GREEN ST
ALLENTOWN, PA 18109

| Policy Number | Policy Period | Coverage is provided by the following State Auto Company |
|---|---|---|
| 1000549242 | 07/01/20 - 07/01/21 | Milbank Insurance Company |

*Policy Period begins and ends at 12:01 a.m. standard time at the residence premises.*

**Insured Location:**

712 E GREEN ST
ALLENTOWN, PA 18109



**StateAuto.com**

*Questions?*

Visit us at **StateAuto.com**
or call **(800) 288-4425**
customer service.

**Contact your independent
agent at (610) 440-1524.**

# Your *Forms and Endorsements*

- DP0002    (07/14)    **Dwelling Property 2-broad form**

- DP0441    (12/02)    **Additional Insured - Described Location**

- DP0204    (12/03)    **Cancellation and Non-Renewal**

- DF2073    (09/07)    **Amendment of Cancellation Provision**

- FI36A     (01/16)    **Your Dwelling Quick Reference**

- DP0499    (07/14)    **Sinkhole Collapse**

- DL2489    (01/15)    **Cap on Losses From Certified Acts of Terrorism, Disclosure Pursuant To Terrorism Risk Insurance Act**

- FI189     (10/00)    **Lead Contamination Liability Exclusion Endorsement**

# Mortgagee, its successors and/or assigns:

DT Capital Investments LLC
26 W Broad Street
Bethlehem, PA 18018

# STATE AUTO
## Insurance Companies

# Renewal Declaration
## Dwelling Fire Policy

**Issue Date: 05/23/2020**

**Daubert Shannon & Associates, LLC**
700 Evans St
Bethlehem, PA 18015-1864

## *Total* Policy Premium
## $473.29

**Named Insured**

Kristina Travis
712 E GREEN ST
ALLENTOWN, PA 18109

| Policy Number | Policy Period | Coverage is provided by the following State Auto Company |
|---|---|---|
| 1000549242 | 07/01/20 - 07/01/21 | Milbank Insurance Company |

*Policy Period begins and ends at 12:01 a.m. standard time at the residence premises.*

**Insured Location:**

712 E GREEN ST
ALLENTOWN, PA 18109



**StateAuto.com**

*Questions?*

Visit us at **StateAuto.com**
or call **(800) 288-4425**
customer service.

**Contact your independent
agent at (610) 440-1524.**

## *Schedule* Information

### Additional Insured - Described Location

*DT Capital Investments LLC, 26 W Broad Street, Bethlehem, PA 18018*

*This declaration page with policy forms and endorsements completes the policy. This policy will continue in force for the period indicated upon valid payment of the premium, when due.*

# STATE AUTO
### Insurance Companies

# Renewal Declaration
## Dwelling Fire Policy
**Issue Date: 05/23/2020**

**Daubert Shannon & Associates, LLC**
700 Evans St
Bethlehem, PA 18015-1864

## *Total* Policy Premium
## $467.24

**Named Insured**

Kristina Travis
708 E GREEN ST
ALLENTOWN, PA 18109

| Policy Number | Policy Period | Coverage is provided by the following State Auto Company |
|---|---|---|
| 1000549250 | 07/01/20 - 07/01/21 | Milbank Insurance Company |

*Policy Period begins and ends at 12:01 a.m. standard time at the residence premises.*

**Insured Location:**

708 E GREEN ST
ALLENTOWN, PA 18109



**StateAuto.com**

*Questions?*

Visit us at **StateAuto.com**
or call **(800) 288-4425**
customer service.

**Contact your independent
agent at (610) 440-1524.**

## Your *Coverages*

| Property Coverages | Limit | Premium |
|---|---|---|
| A. Dwelling | $180,800 | $340.20 |
| B. Other Structures | $18,080 | $16.50 |
| C. Personal Property | $1,000 | $8.70 |
| D & E. Fair Rental and Additional Living Expense | | $38.56 |
| **Liability Coverages** | **Limit** | **Premium** |
| L. Liability | $300,000 | Included |
| M. Medical Payments | $1,000 | Included |
| | **Annual Premium** | **$467.24** |

*Coverage at the above described location is provided only where a limit of liability or a premium is stated.*

## Additional Coverages

| Coverages | Limit | Premium |
|---|---|---|
| Sinkhole Collapse | | $63.28 |

# STATE AUTO
## Insurance Companies

# Renewal Declaration
## Dwelling Fire Policy

*Issue Date: 05/23/2020*

*Daubert Shannon & Associates, LLC*
*700 Evans St*
*Bethlehem, PA 18015-1864*

## Total Policy Premium
## $467.24

**Named Insured**

Kristina Travis
708 E GREEN ST
ALLENTOWN, PA 18109

| Policy Number | Policy Period | Coverage is provided by the following State Auto Company |
|---|---|---|
| 1000549250 | 07/01/20 - 07/01/21 | Milbank Insurance Company |

*Policy Period begins and ends at 12:01 a.m. standard time at the residence premises.*

**Insured Location:**

708 E GREEN ST
ALLENTOWN, PA 18109



**StateAuto.com**

*Questions?*

Visit us at **StateAuto.com**
or call **(800) 288-4425**
customer service.

**Contact your independent
agent at (610) 440-1524.**

## Your *Deductibles*

| Deductibles | Amount |
|---|---|
| *All-Peril* | $2,500 |
| *Windstorm or Hail* | $2,500 |

## Your Policy Information

Policy type: *DP2*
Construction type: *Concreteblockpainted*
Year built: *1954*

Program: *Standard*
Protection class: *3*
Territory: *18109*

Feet from hydrant: *500*
Miles from fire station: *5*
Residence Type: *Single Family Dwelling*

## Your *Forms and Endorsements*

- DP0499    (07/14)    **Sinkhole Collapse**

- FI36A    (01/16)    **Your Dwelling Quick Reference**

- DL2537    (12/14)    **Special Provisions - Pennsylvania**

- DL2471    (12/02)    **Limited Fungi, Wet or Dry Rot, or Bacteria Coverage**

- DL2410    (12/02)    **Additional Insured**

- DP0137    (06/07)    **Special Provisions - Pennsylvania**

- DP0470    (12/02)    **Premises Alarm or Fire Protection System**

- DF2073    (09/07)    **Amendment of Cancellation Provision**

- DP0422    (07/14)    **Limited Fungi Wet or Dry Rot or Bacteria Coverage**

- FI36    (01/16)    **Dwelling Policy Cover Page**

# STATE AUTO
## Insurance Companies

# Renewal Declaration
### Dwelling Fire Policy

*Issue Date: 05/23/2020*

**Daubert Shannon & Associates, LLC**
*700 Evans St*
*Bethlehem, PA 18015-1864*

## *Total* **Policy Premium**
### $467.24

**Named Insured**

Kristina Travis
708 E GREEN ST
ALLENTOWN, PA 18109

| Policy Number | Policy Period | Coverage is provided by the following State Auto Company |
|---|---|---|
| 1000549250 | 07/01/20 - 07/01/21 | Milbank Insurance Company |

*Policy Period begins and ends at 12:01 a.m. standard time at the residence premises.*

**Insured Location:**

708 E GREEN ST
ALLENTOWN, PA 18109



**StateAuto.com**

*Questions?*

*Visit us at* **StateAuto.com**
*or call* **(800) 288-4425**
*customer service.*

**Contact your independent
agent at (610) 440-1524.**

## Your *Forms and Endorsements*

| | | |
|---|---|---|
| • DP0538 | (01/15) | **Cap on Losses From Certified Acts of Terrorism, Disclosure Pursuant To Terrorism Risk Insurance Act** |
| • DL2489 | (01/15) | **Cap on Losses From Certified Acts of Terrorism, Disclosure Pursuant To Terrorism Risk Insurance Act** |
| • DL2401 | (07/14) | **Personal Liability** |
| • DL2411 | (07/14) | **Premises Liability (Non-Owner Occupied Dwelling)** |
| • DP0002 | (07/14) | **Dwelling Property 2-broad form** |
| • DP0441 | (12/02) | **Additional Insured - Described Location** |
| • DP0204 | (12/03) | **Cancellation and Non-Renewal** |
| • FI189 | (10/00) | **Lead Contamination Liability Exclusion Endorsement** |

## Mortgagee, its successors and/or assigns:

DT Capital Investments LLC
26 W Broad Street
Bethlehem, PA 18018

# STATE AUTO
Insurance Companies ®

# Renewal Declaration
Dwelling Fire Policy

*Issue Date: 05/23/2020*

**Daubert Shannon & Associates, LLC**
700 Evans St
Bethlehem, PA 18015-1864

## *Total* Policy Premium
## $467.24

**Named Insured**

Kristina Travis
708 E GREEN ST
ALLENTOWN, PA 18109

| Policy Number | Policy Period | Coverage is provided by the following State Auto Company |
|---|---|---|
| 1000549250 | 07/01/20 - 07/01/21 | Milbank Insurance Company |

*Policy Period begins and ends at 12:01 a.m. standard time at the residence premises.*

**Insured Location:**

708 E GREEN ST
ALLENTOWN, PA 18109



**StateAuto.com**

*Questions?*

Visit us at **StateAuto.com**
or call **(800) 288-4425**
customer service.

**Contact your independent
agent at (610) 440-1524.**

## *Schedule* Information

### Additional Insured - Described Location

*DT Capital Investments LLC, 26 W Broad Street, Bethlehem, PA 18018*

*This declaration page with policy forms and endorsements completes the policy. This policy will continue in force for the period indicated upon valid payment of the premium, when due.*

DECOV-DF (01/16)

Agency 0017727

# STATE AUTO
## Insurance Companies
®

**Daubert Shannon & Associates, LLC**
700 Evans St
Bethlehem, PA 18015-1864

# Renewal Declaration
## Dwelling Fire Policy
*Issue Date: 05/23/2020*

## *Total* Policy Premium
### $467.24

**Named Insured**

Kristina Travis
713 E GREEN ST
ALLENTOWN, PA 18109-1823

| Policy Number | Policy Period | Coverage is provided by the following State Auto Company |
|---|---|---|
| 1000549264 | 07/01/20 - 07/01/21 | Milbank Insurance Company |

*Policy Period begins and ends at 12:01 a.m. standard time at the residence premises.*

**Insured Location:**

713 E GREEN ST
ALLENTOWN, PA 18109



**StateAuto.com**

*Questions?*

Visit us at **StateAuto.com**
or call **(800) 288-4425**
customer service.

**Contact your independent
agent at (610) 440-1524.**

## Your *Coverages*

| Property Coverages | Limit | Premium |
|---|---|---|
| A. Dwelling | $180,800 | $340.20 |
| B. Other Structures | $18,080 | $16.50 |
| C. Personal Property | $1,000 | $8.70 |
| D & E. Fair Rental and Additional Living Expense | | $38.56 |
| **Liability Coverages** | **Limit** | **Premium** |
| L. Liability | $300,000 | Included |
| M. Medical Payments | $1,000 | Included |
| **Annual Premium** | | **$467.24** |

*Coverage at the above described location is provided only where a limit of liability or a premium is stated.*

## Additional Coverages

| Coverages | Limit | Premium |
|---|---|---|
| Sinkhole Collapse | | $63.28 |

# STATE AUTO
## Insurance Companies

**Daubert Shannon & Associates, LLC**
700 Evans St
Bethlehem, PA 18015-1864

# Renewal Declaration
### Dwelling Fire Policy

*Issue Date: 05/23/2020*

## Total Policy Premium
## $467.24

**Named Insured**

Kristina Travis
713 E GREEN ST
ALLENTOWN, PA 18109-1823

| Policy Number | Policy Period | Coverage is provided by the following State Auto Company |
|---|---|---|
| 1000549264 | 07/01/20 - 07/01/21 | Milbank Insurance Company |

*Policy Period begins and ends at 12:01 a.m. standard time at the residence premises.*

**Insured Location:**

713 E GREEN ST
ALLENTOWN, PA 18109



**StateAuto.com**

**Questions?**

Visit us at **StateAuto.com**
or call **(800) 288-4425**
customer service.

**Contact your independent
agent at (610) 440-1524.**

## Your *Deductibles*

| Deductibles | Amount |
|---|---|
| *All-Peril* | $2,500 |
| *Windstorm or Hail* | $2,500 |

## Your Policy Information

Policy type: *DP2*
Construction type:
*Concreteblockpainted*
Year built: *1954*

Program: *Standard*
Protection class: *3*
Territory: *18109*

Feet from hydrant: *500*
Miles from fire station: *5*
Residence Type: *Townhouse or Rowhouse*

## Your Forms and Endorsements

- FI36       (01/16)    **Dwelling Policy Cover Page**

- FI36A      (01/16)    **Your Dwelling Quick Reference**

- DL2411     (07/14)    **Premises Liability (Non-Owner Occupied Dwelling)**

- DL2489     (01/15)    **Cap on Losses From Certified Acts of Terrorism, Disclosure Pursuant To Terrorism Risk Insurance Act**

- DP0137     (06/07)    **Special Provisions - Pennsylvania**

- DP0470     (12/02)    **Premises Alarm or Fire Protection System**

- DF2073     (09/07)    **Amendment of Cancellation Provision**

- DP0422     (07/14)    **Limited Fungi Wet or Dry Rot or Bacteria Coverage**

- DP0538     (01/15)    **Cap on Losses From Certified Acts of Terrorism, Disclosure Pursuant To Terrorism Risk Insurance Act**

- DL2537     (12/14)    **Special Provisions - Pennsylvania**

# STATE AUTO
Insurance Companies

**Renewal Declaration**

Dwelling Fire Policy

*Issue Date: 05/23/2020*

**Daubert Shannon & Associates, LLC**
*700 Evans St*
*Bethlehem, PA 18015-1864*

*Total* **Policy Premium**

**$467.24**

**Named Insured**

Kristina Travis
713 E GREEN ST
ALLENTOWN, PA 18109-1823

| Policy Number | Policy Period | Coverage is provided by the following State Auto Company |
|---|---|---|
| 1000549264 | 07/01/20 - 07/01/21 | Milbank Insurance Company |

*Policy Period begins and ends at 12:01 a.m. standard time at the residence premises.*

**Insured Location:**

713 E GREEN ST
ALLENTOWN, PA 18109



**StateAuto.com**

**Questions?**

*Visit us at* **StateAuto.com**
*or call* **(800) 288-4425**
*customer service.*

**Contact your independent
agent at (610) 440-1524.**

## *Your* Forms and Endorsements

- DL2471      (12/02)      **Limited Fungi, Wet or Dry Rot, or Bacteria Coverage**

- DL2410      (12/02)      **Additional Insured**

- DP0002      (07/14)      **Dwelling Property 2-broad form**

- DL2401      (07/14)      **Personal Liability**

- DP0204      (12/03)      **Cancellation and Non-Renewal**

- DP0441      (12/02)      **Additional Insured - Described Location**

- DP0499      (07/14)      **Sinkhole Collapse**

- FI189      (10/00)      **Lead Contamination Liability Exclusion Endorsement**

## Mortgagee, its successors and/or assigns:

DT Capital Investments LLC
26 W Broad Street
Bethlehem, PA 18018

DECOV-DF (01/16)

**Page 3 of 4**

Agency 0017727

**STATE AUTO**
Insurance Companies

# Renewal Declaration
## Dwelling Fire Policy

*Issue Date: 05/23/2020*

*Daubert Shannon & Associates, LLC*
700 Evans St
Bethlehem, PA 18015-1864

## *Total* Policy Premium
# $467.24

**Named Insured**

Kristina Travis
713 E GREEN ST
ALLENTOWN, PA 18109-1823

| Policy Number | Policy Period | Coverage is provided by the following State Auto Company |
|---|---|---|
| 1000549264 | 07/01/20 - 07/01/21 | Milbank Insurance Company |

*Policy Period begins and ends at 12:01 a.m. standard time at the residence premises.*

**Insured Location:**

713 E GREEN ST
ALLENTOWN, PA 18109



**StateAuto.com**

*Questions?*

Visit us at **StateAuto.com**
or call **(800) 288-4425**
customer service.

**Contact your independent
agent at (610) 440-1524.**

## *Schedule* Information

### Additional Insured - Described Location

*DT Capital Investments LLC, 26 W Broad Street, Bethlehem, PA 18018*

*This declaration page with policy forms and endorsements completes the policy. This policy will continue in force for the period indicated upon valid payment of the premium, when due.*

**STATE AUTO**
Insurance Companies ®

**Renewal Declaration**
Dwelling Fire Policy

*Issue Date: 05/23/2020*

*Daubert Shannon & Associates, LLC*
*700 Evans St*
*Bethlehem, PA 18015-1864*

## *Total* Policy Premium

## $473.29

**Named Insured**

Kristina Travis
715 E GREEN ST
ALLENTOWN, PA 18109

| Policy Number | Policy Period | Coverage is provided by the following State Auto Company |
|---|---|---|
| 1000549274 | 07/01/20 - 07/01/21 | Milbank Insurance Company |

*Policy Period begins and ends at 12:01 a.m. standard time at the residence premises.*

**Insured Location:**

715 E GREEN ST
ALLENTOWN, PA 18109



**StateAuto.com**

*Questions?*

*Visit us at StateAuto.com or call (800) 288-4425 customer service.*

**Contact your independent agent at (610) 440-1524.**

## Your *Coverages*

| Property Coverages | Limit | Premium |
|---|---|---|
| A. Dwelling | $188,200 | $341.53 |
| B. Other Structures | $18,820 | $17.23 |
| C. Personal Property | $1,000 | $8.53 |
| D & E. Fair Rental and Additional Living Expense | | $40.13 |
| **Liability Coverages** | **Limit** | **Premium** |
| L. Liability | $300,000 | Included |
| M. Medical Payments | $1,000 | Included |
| **Annual Premium** | | **$473.29** |

*Coverage at the above described location is provided only where a limit of liability or a premium is stated.*

## Additional Coverages

| Coverages | Limit | Premium |
|---|---|---|
| Sinkhole Collapse | | $65.87 |

# STATE AUTO
Insurance Companies

## Renewal Declaration
### Dwelling Fire Policy

**Issue Date: 05/23/2020**

*Daubert Shannon & Associates, LLC*
*700 Evans St*
*Bethlehem, PA 18015-1864*

## Total Policy Premium
## $473.29

**Named Insured**

Kristina Travis
715 E GREEN ST
ALLENTOWN, PA 18109

| Policy Number | Policy Period | Coverage is provided by the following State Auto Company |
|---|---|---|
| 1000549274 | 07/01/20 - 07/01/21 | Milbank Insurance Company |

*Policy Period begins and ends at 12:01 a.m. standard time at the residence premises.*

**Insured Location:**

715 E GREEN ST
ALLENTOWN, PA 18109



**StateAuto.com**

*Questions?*

Visit us at **StateAuto.com**
or call **(800) 288-4425**
customer service.

**Contact your independent
agent at (610) 440-1524.**

## Your *Deductibles*

| Deductibles | Amount |
|---|---|
| *All-Peril* | $2,500 |
| *Windstorm or Hail* | $2,500 |

## Your Policy Information

*Policy type:* DP2
*Construction type:* Concreteblockpainted
*Year built:* 1954

*Program:* Standard
*Protection class:* 3
*Territory:* 18109

*Feet from hydrant:* 500
*Miles from fire station:* 5
*Residence Type:* Townhouse or Rowhouse

## Your Forms and Endorsements

- DL2471    (12/02)    **Limited Fungi, Wet or Dry Rot, or Bacteria Coverage**

- DF2073    (09/07)    **Amendment of Cancellation Provision**

- DL2410    (12/02)    **Additional Insured**

- DP0470    (12/02)    **Premises Alarm or Fire Protection System**

- DP0204    (12/03)    **Cancellation and Non-Renewal**

- FI36A     (01/16)    **Your Dwelling Quick Reference**

- DL2537    (12/14)    **Special Provisions - Pennsylvania**

- DP0002    (07/14)    **Dwelling Property 2-broad form**

- DL2489    (01/15)    **Cap on Losses From Certified Acts of Terrorism, Disclosure Pursuant To Terrorism Risk Insurance Act**

- DL2401    (07/14)    **Personal Liability**

# STATE AUTO
## Insurance Companies

**Daubert Shannon & Associates, LLC**
700 Evans St
Bethlehem, PA 18015-1864

# Renewal Declaration
## Dwelling Fire Policy

*Issue Date: 05/23/2020*

## *Total* Policy Premium
### $473.29

**Named Insured**

Kristina Travis
715 E GREEN ST
ALLENTOWN, PA 18109

| Policy Number | Policy Period | Coverage is provided by the following State Auto Company |
|---|---|---|
| 1000549274 | 07/01/20 - 07/01/21 | Milbank Insurance Company |

*Policy Period begins and ends at 12:01 a.m. standard time at the residence premises.*

**Insured Location:**

715 E GREEN ST
ALLENTOWN, PA 18109



**StateAuto.com**

*Questions?*

Visit us at **StateAuto.com**
or call **(800) 288-4425**
customer service.

**Contact your independent
agent at (610) 440-1524.**

## Your *Forms and Endorsements*

| | | |
|---|---|---|
| • DL2411 | (07/14) | **Premises Liability (Non-Owner Occupied Dwelling)** |
| • DP0499 | (07/14) | **Sinkhole Collapse** |
| • DP0441 | (12/02) | **Additional Insured - Described Location** |
| • FI36 | (01/16) | **Dwelling Policy Cover Page** |
| • DP0422 | (07/14) | **Limited Fungi Wet or Dry Rot or Bacteria Coverage** |
| • DP0538 | (01/15) | **Cap on Losses From Certified Acts of Terrorism, Disclosure Pursuant To Terrorism Risk Insurance Act** |
| • DP0137 | (06/07) | **Special Provisions - Pennsylvania** |
| • FI189 | (10/00) | **Lead Contamination Liability Exclusion Endorsement** |

## Mortgagee, its successors and/or assigns:

DT Capital Investments LLC
26 W Broad Street
Bethlehem, PA 18018

**STATE AUTO**
Insurance Companies

# Renewal Declaration
## Dwelling Fire Policy

*Issue Date: 05/23/2020*

*Daubert Shannon & Associates, LLC*
*700 Evans St*
*Bethlehem, PA 18015-1864*

## *Total* Policy Premium
## $473.29

**Named Insured**

Kristina Travis
715 E GREEN ST
ALLENTOWN, PA 18109

| Policy Number | Policy Period | Coverage is provided by the following State Auto Company |
|---|---|---|
| 1000549274 | 07/01/20 - 07/01/21 | Milbank Insurance Company |

*Policy Period begins and ends at 12:01 a.m. standard time at the residence premises.*

**Insured Location:**

715 E GREEN ST
ALLENTOWN, PA 18109



**StateAuto.com**

*Questions?*

*Visit us at* **StateAuto.com**
*or call* **(800) 288-4425**
*customer service.*

**Contact your independent
agent at (610) 440-1524.**

# *Schedule* Information

## *Additional Insured - Described Location*

*DT Capital Investments LLC, 26 W Broad Street, Bethlehem, PA 18018*

*This declaration page with policy forms and endorsements completes the policy. This policy will continue in force for the period indicated upon valid payment of the premium, when due.*

DECOV-DF (01/16)

Agency 0017727

# STATE AUTO
Insurance Companies

**Daubert Shannon & Associates, LLC**
700 Evans St
Bethlehem, PA 18015-1864

# Renewal Declaration
Dwelling Fire Policy

*Issue Date: 05/23/2020*

## *Total* Policy Premium
### $467.24

**Named Insured**

Kristina Travis
720 E GREEN ST
ALLENTOWN, PA 18109

| Policy Number | Policy Period | Coverage is provided by the following State Auto Company |
|---|---|---|
| 1000549282 | 07/01/20 - 07/01/21 | Milbank Insurance Company |

*Policy Period begins and ends at 12:01 a.m. standard time at the residence premises.*

**Insured Location:**

720 E GREEN ST
ALLENTOWN, PA 18109



**StateAuto.com**

*Questions?*

Visit us at **StateAuto.com**
or call **(800) 288-4425**
customer service.

**Contact your independent
agent at (610) 440-1524.**

## Your *Coverages*

| Property Coverages | Limit | Premium |
|---|---|---|
| A. Dwelling | $180,800 | $340.20 |
| B. Other Structures | $18,080 | $16.50 |
| C. Personal Property | $1,000 | $8.70 |
| D & E. Fair Rental and Additional Living Expense | | $38.56 |
| **Liability Coverages** | **Limit** | **Premium** |
| L. Liability | $300,000 | Included |
| M. Medical Payments | $1,000 | Included |
| | **Annual Premium** | **$467.24** |

*Coverage at the above described location is provided only where a limit of liability or a premium is stated.*

## Additional Coverages

| Coverages | Limit | Premium |
|---|---|---|
| Sinkhole Collapse | | $63.28 |

**STATE AUTO**
Insurance Companies

# Renewal Declaration
## Dwelling Fire Policy

*Issue Date: 05/23/2020*

*Daubert Shannon & Associates, LLC*
700 Evans St
Bethlehem, PA 18015-1864

## *Total* Policy Premium
### $467.24

**Named Insured**

Kristina Travis
720 E GREEN ST
ALLENTOWN, PA 18109

| Policy Number | Policy Period | Coverage is provided by the following State Auto Company |
|---|---|---|
| 1000549282 | 07/01/20 - 07/01/21 | Milbank Insurance Company |

*Policy Period begins and ends at 12:01 a.m. standard time at the residence premises.*

**Insured Location:**

720 E GREEN ST
ALLENTOWN, PA 18109



**StateAuto.com**

*Questions?*

Visit us at **StateAuto.com**
or call **(800) 288-4425**
customer service.

**Contact your independent
agent at (610) 440-1524.**

## *Your* Deductibles

| Deductibles | Amount |
|---|---|
| All-Peril | $2,500 |
| Windstorm or Hail | $2,500 |

## *Your* Policy Information

Policy type: *DP2*
Construction type:
*Concreteblockpainted*
Year built: *1954*

Program: *Standard*
Protection class: *3*
Territory: *18109*

Feet from hydrant: *500*
Miles from fire station: *5*
Residence Type: *Townhouse or Rowhouse*

## *Your* Forms and Endorsements

- DP0499   (07/14)   **Sinkhole Collapse**

- FI36A   (01/16)   **Your Dwelling Quick Reference**

- DP0137   (06/07)   **Special Provisions - Pennsylvania**

- DP0422   (07/14)   **Limited Fungi Wet or Dry Rot or Bacteria Coverage**

- DL2401   (07/14)   **Personal Liability**

- DL2489   (01/15)   **Cap on Losses From Certified Acts of Terrorism, Disclosure Pursuant To Terrorism Risk Insurance Act**

- DL2411   (07/14)   **Premises Liability (Non-Owner Occupied Dwelling)**

- DL2471   (12/02)   **Limited Fungi, Wet or Dry Rot, or Bacteria Coverage**

- DP0470   (12/02)   **Premises Alarm or Fire Protection System**

- DP0538   (01/15)   **Cap on Losses From Certified Acts of Terrorism, Disclosure Pursuant To Terrorism Risk Insurance Act**

# STATE AUTO
Insurance Companies

# Renewal Declaration
Dwelling Fire Policy

*Issue Date: 05/23/2020*

**Daubert Shannon & Associates, LLC**
700 Evans St
Bethlehem, PA 18015-1864

## *Total* **Policy Premium**
## $467.24

**Named Insured**

Kristina Travis
720 E GREEN ST
ALLENTOWN, PA 18109

| Policy Number | Policy Period | Coverage is provided by the following State Auto Company |
|---|---|---|
| 1000549282 | 07/01/20 - 07/01/21 | Milbank Insurance Company |

*Policy Period begins and ends at 12:01 a.m. standard time at the residence premises.*

**Insured Location:**

720 E GREEN ST
ALLENTOWN, PA 18109



**StateAuto.com**

*Questions?*

Visit us at **StateAuto.com**
or call **(800) 288-4425**
customer service.

**Contact your independent
agent at (610) 440-1524.**

## **Your** *Forms and Endorsements*

| | | |
|---|---|---|
| • FI36 | (01/16) | **Dwelling Policy Cover Page** |
| • DP0204 | (12/03) | **Cancellation and Non-Renewal** |
| • DF2073 | (09/07) | **Amendment of Cancellation Provision** |
| • DP0441 | (12/02) | **Additional Insured - Described Location** |
| • DL2410 | (12/02) | **Additional Insured** |
| • DL2537 | (12/14) | **Special Provisions - Pennsylvania** |
| • DP0002 | (07/14) | **Dwelling Property 2-broad form** |
| • FI189 | (10/00) | **Lead Contamination Liability Exclusion Endorsement** |

## *Mortgagee, its successors and/or assigns:*

DT Capital Investments LLC
26 W Broad Street
Bethlehem, PA 18018

# STATE AUTO
Insurance Companies

**Daubert Shannon & Associates, LLC**
700 Evans St
Bethlehem, PA 18015-1864

## Renewal Declaration
Dwelling Fire Policy

*Issue Date: 05/23/2020*

**Named Insured**

Kristina Travis
720 E GREEN ST
ALLENTOWN, PA 18109

## *Total* Policy Premium
## $467.24

| Policy Number | Policy Period | Coverage is provided by the following State Auto Company |
|---|---|---|
| 1000549282 | 07/01/20 - 07/01/21 | Milbank Insurance Company |

*Policy Period begins and ends at 12:01 a.m. standard time at the residence premises.*

**Insured Location:**

720 E GREEN ST
ALLENTOWN, PA 18109



**StateAuto.com**

*Questions?*

Visit us at **StateAuto.com**
or call **(800) 288-4425**
customer service.

**Contact your independent
agent at (610) 440-1524.**

## *Schedule* Information

### Additional Insured - Described Location

*DT Capital Investments LLC, 26 W Broad Street, Bethlehem, PA 18018*

*This declaration page with policy forms and endorsements completes the policy. This policy will continue in force for the period indicated upon valid payment of the premium, when due.*

# STATE AUTO
## Insurance Companies

### Renewal Declaration
Dwelling Fire Policy

*Issue Date: 05/23/2020*

**Daubert Shannon & Associates, LLC**
700 Evans St
Bethlehem, PA 18015-1864

## *Total* Policy Premium
## $473.29

**Named Insured**

Kristina Travis
750 E GREEN ST
ALLENTOWN, PA 18109

| Policy Number | Policy Period | Coverage is provided by the following State Auto Company |
|---|---|---|
| 1000549289 | 07/01/20 - 07/01/21 | Milbank Insurance Company |

*Policy Period begins and ends at 12:01 a.m. standard time at the residence premises.*

**Insured Location:**

750 E GREEN ST
ALLENTOWN, PA 18109



**StateAuto.com**

*Questions?*

Visit us at **StateAuto.com**
or call **(800) 288-4425**
customer service.

**Contact your independent
agent at (610) 440-1524.**

## Your *Coverages*

| Property Coverages | Limit | Premium |
|---|---|---|
| A. Dwelling | $188,200 | $341.53 |
| B. Other Structures | $18,820 | $17.23 |
| C. Personal Property | $1,000 | $8.53 |
| D & E. Fair Rental and Additional Living Expense | | $40.13 |
| **Liability Coverages** | **Limit** | **Premium** |
| L. Liability | $300,000 | Included |
| M. Medical Payments | $1,000 | Included |
| | **Annual Premium** | **$473.29** |

*Coverage at the above described location is provided only where a limit of liability or a premium is stated.*

## Additional Coverages

| Coverages | Limit | Premium |
|---|---|---|
| Sinkhole Collapse | | $65.87 |

# STATE AUTO
Insurance Companies

## Renewal Declaration
Dwelling Fire Policy

*Issue Date: 05/23/2020*

**Daubert Shannon & Associates, LLC**
700 Evans St
Bethlehem, PA 18015-1864

## *Total* **Policy Premium**
### $473.29

**Named Insured**

Kristina Travis
750 E GREEN ST
ALLENTOWN, PA 18109

| Policy Number | Policy Period | Coverage is provided by the following State Auto Company |
|---|---|---|
| 1000549289 | 07/01/20 - 07/01/21 | Milbank Insurance Company |

*Policy Period begins and ends at 12:01 a.m. standard time at the residence premises.*

**Insured Location:**

750 E GREEN ST
ALLENTOWN, PA 18109



**StateAuto.com**

*Questions?*

Visit us at **StateAuto.com**
or call **(800) 288-4425**
customer service.

**Contact your independent
agent at (610) 440-1524.**

## *Your* **Deductibles**

| Deductibles | Amount |
|---|---|
| *All-Peril* | $2,500 |
| *Windstorm or Hail* | $2,500 |

## *Your* **Policy Information**

Policy type: *DP2*
Construction type:
*Concreteblockpainted*
Year built: *1954*

Program: *Standard*
Protection class: *3*
Territory: *18109*

Feet from hydrant: *500*
Miles from fire station: *5*
Residence Type: *Townhouse or Rowhouse*

## *Your* **Forms and Endorsements**

- DP0002    (07/14)    **Dwelling Property 2-broad form**

- FI36    (01/16)    **Dwelling Policy Cover Page**

- DL2537    (12/14)    **Special Provisions - Pennsylvania**

- DP0538    (01/15)    **Cap on Losses From Certified Acts of Terrorism, Disclosure Pursuant To Terrorism Risk Insurance Act**

- DP0422    (07/14)    **Limited Fungi Wet or Dry Rot or Bacteria Coverage**

- DL2401    (07/14)    **Personal Liability**

- DP0470    (12/02)    **Premises Alarm or Fire Protection System**

- DL2411    (07/14)    **Premises Liability (Non-Owner Occupied Dwelling)**

- DP0137    (06/07)    **Special Provisions - Pennsylvania**

- DL2489    (01/15)    **Cap on Losses From Certified Acts of Terrorism, Disclosure Pursuant To Terrorism Risk Insurance Act**

# STATE AUTO
## Insurance Companies

# Renewal Declaration
## Dwelling Fire Policy
### Issue Date: 05/23/2020

**Daubert Shannon & Associates, LLC**
700 Evans St
Bethlehem, PA 18015-1864

## *Total* Policy Premium
## $473.29

**Named Insured**

Kristina Travis
750 E GREEN ST
ALLENTOWN, PA 18109

| Policy Number | Policy Period | Coverage is provided by the following State Auto Company |
|---|---|---|
| 1000549289 | 07/01/20 - 07/01/21 | Milbank Insurance Company |

*Policy Period begins and ends at 12:01 a.m. standard time at the residence premises.*

**Insured Location:**

750 E GREEN ST
ALLENTOWN, PA 18109



**StateAuto.com**

**Questions?**

Visit us at **StateAuto.com**
or call **(800) 288-4425**
customer service.

**Contact your independent
agent at (610) 440-1524.**

# Your *Forms and Endorsements*

- FI36A        (01/16)        **Your Dwelling Quick Reference**

- DP0499        (07/14)        **Sinkhole Collapse**

- DP0441        (12/02)        **Additional Insured - Described Location**

- DL2471        (12/02)        **Limited Fungi, Wet or Dry Rot, or Bacteria Coverage**

- DL2410        (12/02)        **Additional Insured**

- DP0204        (12/03)        **Cancellation and Non-Renewal**

- DF2073        (09/07)        **Amendment of Cancellation Provision**

- FI189        (10/00)        **Lead Contamination Liability Exclusion Endorsement**

# Mortgagee, its successors and/or assigns:

DT Capital Investments LLC
26 W Broad Street
Bethlehem, PA 18018

# STATE AUTO
## Insurance Companies

**Daubert Shannon & Associates, LLC**
700 Evans St
Bethlehem, PA 18015-1864

# Renewal Declaration
## Dwelling Fire Policy

*Issue Date: 05/23/2020*

## *Total* Policy Premium
### $473.29

**Named Insured**

Kristina Travis
750 E GREEN ST
ALLENTOWN, PA 18109

| Policy Number | Policy Period | Coverage is provided by the following State Auto Company |
|---|---|---|
| 1000549289 | 07/01/20 - 07/01/21 | Milbank Insurance Company |

*Policy Period begins and ends at 12:01 a.m. standard time at the residence premises.*

**Insured Location:**

750 E GREEN ST
ALLENTOWN, PA 18109



**StateAuto.com**

*Questions?*

Visit us at **StateAuto.com**
or call **(800) 288-4425**
customer service.

**Contact your independent
agent at (610) 440-1524.**

## *Schedule* Information

### Additional Insured - Described Location

*DT Capital Investments LLC, 26 W Broad Street, Bethlehem, PA 18018*

*This declaration page with policy forms and endorsements completes the policy. This policy will continue in force for the period indicated upon valid payment of the premium, when due.*

**STATE AUTO**
Insurance Companies

# Renewal Declaration
## Dwelling Fire Policy
*Issue Date: 05/23/2020*

**Daubert Shannon & Associates, LLC**
700 Evans St
Bethlehem, PA 18015-1864

## *Total* Policy Premium
### $467.24

**Named Insured**

Kristina Travis
751 N HALSTEAD ST
ALLENTOWN, PA 18109

| Policy Number | Policy Period | Coverage is provided by the following State Auto Company |
|---|---|---|
| 1000549302 | 07/01/20 - 07/01/21 | Milbank Insurance Company |

*Policy Period begins and ends at 12:01 a.m. standard time at the residence premises.*

**Insured Location:**

751 N HALSTEAD ST
ALLENTOWN, PA 18109



**StateAuto.com**

*Questions?*

Visit us at **StateAuto.com**
or call **(800) 288-4425**
customer service.

**Contact your independent
agent at (610) 440-1524.**

## Your *Coverages*

| Property Coverages | Limit | Premium |
|---|---|---|
| A. Dwelling | $180,800 | $340.20 |
| B. Other Structures | $18,080 | $16.50 |
| C. Personal Property | $1,000 | $8.70 |
| D & E. Fair Rental and Additional Living Expense | | $38.56 |
| **Liability Coverages** | **Limit** | **Premium** |
| L. Liability | $300,000 | Included |
| M. Medical Payments | $1,000 | Included |
| | **Annual Premium** | **$467.24** |

*Coverage at the above described location is provided only where a limit of liability or a premium is stated.*

## Additional Coverages

| Coverages | Limit | Premium |
|---|---|---|
| Sinkhole Collapse | | $63.28 |

**STATE AUTO**
Insurance Companies

# Renewal Declaration
## Dwelling Fire Policy

*Issue Date: 05/23/2020*

*Daubert Shannon & Associates, LLC*
*700 Evans St*
*Bethlehem, PA 18015-1864*

## *Total* **Policy Premium**
## **$467.24**

**Named Insured**

Kristina Travis
751 N HALSTEAD ST
ALLENTOWN, PA 18109

| Policy Number | Policy Period | Coverage is provided by the following State Auto Company |
|---|---|---|
| 1000549302 | 07/01/20 - 07/01/21 | Milbank Insurance Company |

*Policy Period begins and ends at 12:01 a.m. standard time at the residence premises.*

**Insured Location:**

751 N HALSTEAD ST
ALLENTOWN, PA 18109



**StateAuto.com**

*Questions?*

*Visit us at StateAuto.com or call (800) 288-4425 customer service.*

**Contact your independent agent at (610) 440-1524.**

# *Your Deductibles*

| Deductibles | Amount |
|---|---|
| *All-Peril* | $2,500 |
| *Windstorm or Hail* | $2,500 |

# *Your Policy Information*

*Policy type:* DP2
*Construction type:*
*Concreteblockpainted*
*Year built:* 1954

*Program:* Standard
*Protection class:* 3
*Territory:* 18109

*Feet from hydrant:* 500
*Miles from fire station:* 5
*Residence Type:* Single Family Dwelling

# *Your Forms and Endorsements*

- DL2489    (01/15)    **Cap on Losses From Certified Acts of Terrorism, Disclosure Pursuant To Terrorism Risk Insurance Act**

- DL2411    (07/14)    **Premises Liability (Non-Owner Occupied Dwelling)**

- DF2073    (09/07)    **Amendment of Cancellation Provision**

- FI36A    (01/16)    **Your Dwelling Quick Reference**

- DP0137    (06/07)    **Special Provisions - Pennsylvania**

- DP0499    (07/14)    **Sinkhole Collapse**

- DP0204    (12/03)    **Cancellation and Non-Renewal**

- DL2410    (12/02)    **Additional Insured**

- DP0441    (12/02)    **Additional Insured - Described Location**

- DL2471    (12/02)    **Limited Fungi, Wet or Dry Rot, or Bacteria Coverage**

**STATE AUTO**
Insurance Companies

*Daubert Shannon & Associates, LLC*
*700 Evans St*
*Bethlehem, PA 18015-1864*

# Renewal Declaration
## Dwelling Fire Policy
*Issue Date: 05/23/2020*

## *Total* **Policy Premium**
## $467.24

**Named Insured**

Kristina Travis
751 N HALSTEAD ST
ALLENTOWN, PA 18109

| Policy Number | Policy Period | Coverage is provided by the following State Auto Company |
|---|---|---|
| 1000549302 | 07/01/20 - 07/01/21 | Milbank Insurance Company |

*Policy Period begins and ends at 12:01 a.m. standard time at the residence premises.*

**Insured Location:**

751 N HALSTEAD ST
ALLENTOWN, PA 18109



*StateAuto.com*

*Questions?*

*Visit us at **StateAuto.com***
*or call **(800) 288-4425***
*customer service.*

**Contact your independent**
**agent at (610) 440-1524.**

## *Your* Forms and Endorsements

- DL2537   (12/14)   **Special Provisions - Pennsylvania**
- DP0002   (07/14)   **Dwelling Property 2-broad form**
- FI36   (01/16)   **Dwelling Policy Cover Page**
- DP0538   (01/15)   **Cap on Losses From Certified Acts of Terrorism, Disclosure Pursuant To Terrorism Risk Insurance Act**
- DL2401   (07/14)   **Personal Liability**
- DP0422   (07/14)   **Limited Fungi Wet or Dry Rot or Bacteria Coverage**
- DP0470   (12/02)   **Premises Alarm or Fire Protection System**
- FI189   (10/00)   **Lead Contamination Liability Exclusion Endorsement**

## Mortgagee, its successors and/or assigns:

DT Capital Investments LLC
26 W Broad Street
Bethlehem, PA 18018

# STATE AUTO
## Insurance Companies

# Renewal Declaration
## Dwelling Fire Policy

**Issue Date: 05/23/2020**

**Daubert Shannon & Associates, LLC**
700 Evans St
Bethlehem, PA 18015-1864

## *Total* Policy Premium
## $467.24

**Named Insured**

Kristina Travis
751 N HALSTEAD ST
ALLENTOWN, PA 18109

| Policy Number | Policy Period | Coverage is provided by the following State Auto Company |
|---|---|---|
| 1000549302 | 07/01/20 - 07/01/21 | Milbank Insurance Company |

*Policy Period begins and ends at 12:01 a.m. standard time at the residence premises.*

**Insured Location:**

751 N HALSTEAD ST
ALLENTOWN, PA 18109



**StateAuto.com**

*Questions?*

Visit us at **StateAuto.com**
or call **(800) 288-4425**
customer service.

**Contact your independent
agent at (610) 440-1524.**

## *Schedule* Information

### Additional Insured - Described Location

*DT Capital Investments LLC, 26 W Broad Street, Bethlehem, PA 18018*

*This declaration page with policy forms and endorsements completes the policy. This policy will continue in force for the period indicated upon valid payment of the premium, when due.*

# STATE AUTO
## Insurance Companies

# Renewal Declaration
## Dwelling Fire Policy

**Issue Date: 05/23/2020**

**Daubert Shannon & Associates, LLC**
700 Evans St
Bethlehem, PA 18015-1864

## Total Policy Premium
## $467.24

**Named Insured**

Kristina Travis
752 E GREEN ST
ALLENTOWN, PA 18109

| Policy Number | Policy Period | Coverage is provided by the following State Auto Company |
|---|---|---|
| 1000549312 | 07/01/20 - 07/01/21 | Milbank Insurance Company |

*Policy Period begins and ends at 12:01 a.m. standard time at the residence premises.*

**Insured Location:**

752 E GREEN ST
ALLENTOWN, PA 18109



**StateAuto.com**

**Questions?**

*Visit us at* **StateAuto.com**
*or call* **(800) 288-4425**
customer service.

**Contact your independent
agent at (610) 440-1524.**

## Your Coverages

| Property Coverages | Limit | Premium |
|---|---|---|
| A. Dwelling | $180,800 | $340.20 |
| B. Other Structures | $18,080 | $16.50 |
| C. Personal Property | $1,000 | $8.70 |
| D & E. Fair Rental and Additional Living Expense | | $38.56 |
| **Liability Coverages** | **Limit** | **Premium** |
| L. Liability | $300,000 | Included |
| M. Medical Payments | $1,000 | Included |
| | **Annual Premium** | **$467.24** |

*Coverage at the above described location is provided only where a limit of liability or a premium is stated.*

## Additional Coverages

| Coverages | Limit | Premium |
|---|---|---|
| Sinkhole Collapse | | $63.28 |

# STATE AUTO
## Insurance Companies

# Renewal Declaration
## Dwelling Fire Policy

**Issue Date: 05/23/2020**

*Daubert Shannon & Associates, LLC*
*700 Evans St*
*Bethlehem, PA 18015-1864*

## Total Policy Premium
## $467.24

**Named Insured**

Kristina Travis
752 E GREEN ST
ALLENTOWN, PA 18109

| Policy Number | Policy Period | Coverage is provided by the following State Auto Company |
|---|---|---|
| 1000549312 | 07/01/20 - 07/01/21 | Milbank Insurance Company |

*Policy Period begins and ends at 12:01 a.m. standard time at the residence premises.*

**Insured Location:**

752 E GREEN ST
ALLENTOWN, PA 18109



**StateAuto.com**

*Questions?*

Visit us at **StateAuto.com**
or call **(800) 288-4425**
customer service.

**Contact your independent
agent at (610) 440-1524.**

## Your *Deductibles*

| Deductibles | Amount |
|---|---|
| *All-Peril* | $2,500 |
| *Windstorm or Hail* | $2,500 |

## Your Policy Information

*Policy type:* DP2
*Construction type:*
*Concreteblockpainted*
*Year built:* 1954

*Program: Standard*
*Protection class: 3*
*Territory:* 18109

*Feet from hydrant:* 500
*Miles from fire station:* 5
*Residence Type: Single Family Dwelling*

## Your Forms and Endorsements

- DP0499 (07/14) **Sinkhole Collapse**

- DL2471 (12/02) **Limited Fungi, Wet or Dry Rot, or Bacteria Coverage**

- DL2410 (12/02) **Additional Insured**

- FI36 (01/16) **Dwelling Policy Cover Page**

- DL2537 (12/14) **Special Provisions - Pennsylvania**

- DP0204 (12/03) **Cancellation and Non-Renewal**

- DP0441 (12/02) **Additional Insured - Described Location**

- DP0002 (07/14) **Dwelling Property 2-broad form**

- DP0470 (12/02) **Premises Alarm or Fire Protection System**

- DL2401 (07/14) **Personal Liability**

# STATE AUTO
Insurance Companies

# Renewal Declaration
## Dwelling Fire Policy

*Issue Date: 05/23/2020*

*Daubert Shannon & Associates, LLC*
700 Evans St
Bethlehem, PA 18015-1864

## *Total* **Policy Premium**
### $467.24

**Named Insured**

Kristina Travis
752 E GREEN ST
ALLENTOWN, PA 18109

| Policy Number | Policy Period | Coverage is provided by the following State Auto Company |
|---|---|---|
| 1000549312 | 07/01/20 - 07/01/21 | Milbank Insurance Company |

*Policy Period begins and ends at 12:01 a.m. standard time at the residence premises.*

**Insured Location:**

752 E GREEN ST
ALLENTOWN, PA 18109



**StateAuto.com**

*Questions?*

Visit us at **StateAuto.com**
or call **(800) 288-4425**
customer service.

**Contact your independent
agent at (610) 440-1524.**

# Your *Forms and Endorsements*

- *DL2411*　　(07/14)　　**Premises Liability (Non-Owner Occupied Dwelling)**

- *DP0538*　　(01/15)　　**Cap on Losses From Certified Acts of Terrorism, Disclosure Pursuant To Terrorism Risk Insurance Act**

- *DL2489*　　(01/15)　　**Cap on Losses From Certified Acts of Terrorism, Disclosure Pursuant To Terrorism Risk Insurance Act**

- *FI36A*　　(01/16)　　**Your Dwelling Quick Reference**

- *DP0422*　　(07/14)　　**Limited Fungi Wet or Dry Rot or Bacteria Coverage**

- *DP0137*　　(06/07)　　**Special Provisions - Pennsylvania**

- *DF2073*　　(09/07)　　**Amendment of Cancellation Provision**

- *FI189*　　(10/00)　　**Lead Contamination Liability Exclusion Endorsement**

# Mortgagee, its successors and/or assigns:

DT Capital Investments LLC
26 W Broad Street
Bethlehem, PA 18018

# STATE AUTO
## Insurance Companies

# Renewal Declaration
## Dwelling Fire Policy

*Issue Date: 05/23/2020*

**Daubert Shannon & Associates, LLC**
700 Evans St
Bethlehem, PA 18015-1864

## *Total* Policy Premium
## $467.24

**Named Insured**

Kristina Travis
752 E GREEN ST
ALLENTOWN, PA 18109

| Policy Number | Policy Period | Coverage is provided by the following State Auto Company |
|---|---|---|
| 1000549312 | 07/01/20 - 07/01/21 | Milbank Insurance Company |

*Policy Period begins and ends at 12:01 a.m. standard time at the residence premises.*

**Insured Location:**

752 E GREEN ST
ALLENTOWN, PA 18109



**StateAuto.com**

*Questions?*

Visit us at **StateAuto.com**
or call **(800) 288-4425**
customer service.

**Contact your independent
agent at (610) 440-1524.**

## *Schedule* Information

### Additional Insured - Described Location

*DT Capital Investments LLC, 26 W Broad Street, Bethlehem, PA 18018*

*This declaration page with policy forms and endorsements completes the policy. This policy will continue in force for the period indicated upon valid payment of the premium, when due.*

DECOV-DF (01/16)

Agency 0017727

# STATE AUTO
## Insurance Companies

**Daubert Shannon & Associates, LLC**
700 Evans St
Bethlehem, PA 18015-1864

# Renewal Declaration
## Dwelling Fire Policy

*Issue Date: 05/23/2020*

## *Total* Policy Premium
# $467.24

**Named Insured**

Kristina Travis
753 N HALSTEAD ST
ALLENTOWN, PA 18109

| Policy Number | Policy Period | Coverage is provided by the following State Auto Company |
|---|---|---|
| 1000549326 | 07/01/20 - 07/01/21 | Milbank Insurance Company |

*Policy Period begins and ends at 12:01 a.m. standard time at the residence premises.*

**Insured Location:**

753 N HALSTEAD ST
ALLENTOWN, PA 18109



**StateAuto.com**

*Questions?*

Visit us at **StateAuto.com**
or call **(800) 288-4425**
customer service.

**Contact your independent
agent at (610) 440-1524.**

## Your *Coverages*

| Property Coverages | Limit | Premium |
|---|---|---|
| A. Dwelling | $180,800 | $340.20 |
| B. Other Structures | $18,080 | $16.50 |
| C. Personal Property | $1,000 | $8.70 |
| D & E. Fair Rental and Additional Living Expense | | $38.56 |
| **Liability Coverages** | **Limit** | **Premium** |
| L. Liability | $300,000 | Included |
| M. Medical Payments | $1,000 | Included |
| | **Annual Premium** | **$467.24** |

*Coverage at the above described location is provided only where a limit of liability or a premium is stated.*

## Additional Coverages

| Coverages | Limit | Premium |
|---|---|---|
| Sinkhole Collapse | | $63.28 |

# STATE AUTO
## Insurance Companies
®

**Daubert Shannon & Associates, LLC**
700 Evans St
Bethlehem, PA 18015-1864

# Renewal Declaration
### Dwelling Fire Policy

*Issue Date: 05/23/2020*

## *Total* Policy Premium
# $467.24

**Named Insured**

Kristina Travis
753 N HALSTEAD ST
ALLENTOWN, PA 18109

| Policy Number | Policy Period | Coverage is provided by the following State Auto Company |
|---|---|---|
| 1000549326 | 07/01/20 - 07/01/21 | Milbank Insurance Company |

*Policy Period begins and ends at 12:01 a.m. standard time at the residence premises.*

**Insured Location:**

753 N HALSTEAD ST
ALLENTOWN, PA 18109



**StateAuto.com**

*Questions?*

Visit us at **StateAuto.com**
or call **(800) 288-4425**
customer service.

**Contact your independent
agent at (610) 440-1524.**

## Your *Deductibles*

| Deductibles | Amount |
|---|---|
| All-Peril | $2,500 |
| Windstorm or Hail | $2,500 |

## Your Policy Information

Policy type: *DP2*
Construction type:
*Concreteblockpainted*
Year built: *1954*

Program: *Standard*
Protection class: *3*
Territory: *18109*

Feet from hydrant: *500*
Miles from fire station: *5*
Residence Type: *Single Family Dwelling*

## Your Forms and Endorsements

- DP0470      (12/02)      **Premises Alarm or Fire Protection System**

- FI36        (01/16)      **Dwelling Policy Cover Page**

- DP0538      (01/15)      **Cap on Losses From Certified Acts of Terrorism, Disclosure Pursuant To Terrorism Risk Insurance Act**

- DL2489      (01/15)      **Cap on Losses From Certified Acts of Terrorism, Disclosure Pursuant To Terrorism Risk Insurance Act**

- DL2410      (12/02)      **Additional Insured**

- DL2471      (12/02)      **Limited Fungi, Wet or Dry Rot, or Bacteria Coverage**

- DP0422      (07/14)      **Limited Fungi Wet or Dry Rot or Bacteria Coverage**

- DP0137      (06/07)      **Special Provisions - Pennsylvania**

- DF2073      (09/07)      **Amendment of Cancellation Provision**

- DP0499      (07/14)      **Sinkhole Collapse**

# STATE AUTO
Insurance Companies

# Renewal Declaration
Dwelling Fire Policy

**Issue Date: 05/23/2020**

**Daubert Shannon & Associates, LLC**
700 Evans St
Bethlehem, PA 18015-1864

## *Total* Policy Premium
## $467.24

**Named Insured**

Kristina Travis
753 N HALSTEAD ST
ALLENTOWN, PA 18109

| Policy Number | Policy Period | Coverage is provided by the following State Auto Company |
|---|---|---|
| 1000549326 | 07/01/20 - 07/01/21 | Milbank Insurance Company |

*Policy Period begins and ends at 12:01 a.m. standard time at the residence premises.*

**Insured Location:**

753 N HALSTEAD ST
ALLENTOWN, PA 18109



**StateAuto.com**

*Questions?*

Visit us at **StateAuto.com**
or call **(800) 288-4425**
customer service.

**Contact your independent
agent at (610) 440-1524.**

## Your *Forms and Endorsements*

- *FI36A*        (01/16)        **Your Dwelling Quick Reference**

- *DL2537*        (12/14)        **Special Provisions - Pennsylvania**

- *DP0002*        (07/14)        **Dwelling Property 2-broad form**

- *DL2401*        (07/14)        **Personal Liability**

- *DL2411*        (07/14)        **Premises Liability (Non-Owner Occupied Dwelling)**

- *DP0441*        (12/02)        **Additional Insured - Described Location**

- *DP0204*        (12/03)        **Cancellation and Non-Renewal**

- *FI189*        (10/00)        **Lead Contamination Liability Exclusion Endorsement**

## Mortgagee, its successors and/or assigns:

DT Capital Investments LLC
26 W Broad Street
Bethlehem, PA 18018

# STATE AUTO
## Insurance Companies

# Renewal Declaration
### Dwelling Fire Policy

*Issue Date: 05/23/2020*

**Daubert Shannon & Associates, LLC**
700 Evans St
Bethlehem, PA 18015-1864

## *Total* Policy Premium
## $467.24

**Named Insured**

Kristina Travis
753 N HALSTEAD ST
ALLENTOWN, PA 18109

| Policy Number | Policy Period | Coverage is provided by the following State Auto Company |
|---|---|---|
| 1000549326 | 07/01/20 - 07/01/21 | Milbank Insurance Company |

*Policy Period begins and ends at 12:01 a.m. standard time at the residence premises.*

**Insured Location:**

753 N HALSTEAD ST
ALLENTOWN, PA 18109



**StateAuto.com**

## *Schedule* Information

### Additional Insured - Described Location

*DT Capital Investments LLC, 26 W Broad Street, Bethlehem, PA 18018*

*This declaration page with policy forms and endorsements completes the policy. This policy will continue in force for the period indicated upon valid payment of the premium, when due.*

**Questions?**

*Visit us at* **StateAuto.com**
*or call* **(800) 288-4425**
*customer service.*

**Contact your independent agent at (610) 440-1524.**

# STATE AUTO
## Insurance Companies

# Renewal Declaration
## Dwelling Fire Policy

*Issue Date: 05/23/2020*

*Daubert Shannon & Associates, LLC*
700 Evans St
Bethlehem, PA 18015-1864

## *Total* Policy Premium
## $473.29

**Named Insured**

Kristina Travis
754 E GREEN ST
ALLENTOWN, PA 18109

| Policy Number | Policy Period | Coverage is provided by the following State Auto Company |
|---|---|---|
| 1000549337 | 07/01/20 - 07/01/21 | Milbank Insurance Company |

*Policy Period begins and ends at 12:01 a.m. standard time at the residence premises.*

**Insured Location:**

754 E GREEN ST
ALLENTOWN, PA 18109



**StateAuto.com**

*Questions?*

Visit us at **StateAuto.com**
or call **(800) 288-4425**
customer service.

**Contact your independent
agent at (610) 440-1524.**

## Your *Coverages*

| Property Coverages | Limit | Premium |
|---|---|---|
| A. Dwelling | $188,200 | $341.53 |
| B. Other Structures | $18,820 | $17.23 |
| C. Personal Property | $1,000 | $8.53 |
| D & E. Fair Rental and Additional Living Expense | | $40.13 |
| **Liability Coverages** | **Limit** | **Premium** |
| L. Liability | $300,000 | Included |
| M. Medical Payments | $1,000 | Included |
| **Annual Premium** | | **$473.29** |

*Coverage at the above described location is provided only where a limit of liability or a premium is stated.*

## Additional Coverages

| Coverages | Limit | Premium |
|---|---|---|
| Sinkhole Collapse | | $65.87 |

# STATE AUTO
## Insurance Companies

# Renewal Declaration
## Dwelling Fire Policy

*Issue Date: 05/23/2020*

**Daubert Shannon & Associates, LLC**
*700 Evans St*
*Bethlehem, PA 18015-1864*

## Total Policy Premium
## $473.29

**Named Insured**

Kristina Travis
754 E GREEN ST
ALLENTOWN, PA 18109

| Policy Number | Policy Period | Coverage is provided by the following State Auto Company |
|---|---|---|
| 1000549337 | 07/01/20 - 07/01/21 | Milbank Insurance Company |

*Policy Period begins and ends at 12:01 a.m. standard time at the residence premises.*

**Insured Location:**

754 E GREEN ST
ALLENTOWN, PA 18109



**StateAuto.com**

*Questions?*

Visit us at **StateAuto.com**
or call **(800) 288-4425**
customer service.

**Contact your independent
agent at (610) 440-1524.**

## Your *Deductibles*

| Deductibles | Amount |
|---|---|
| *All-Peril* | $2,500 |
| *Windstorm or Hail* | $2,500 |

## Your Policy Information

*Policy type:* DP2
*Construction type:*
*Concreteblockpainted*
*Year built:* 1954

*Program:* Standard
*Protection class:* 3
*Territory:* 18109

*Feet from hydrant:* 500
*Miles from fire station:* 5
*Residence Type:* Single Family Dwelling

## Your Forms and Endorsements

- DL2411    (07/14)    **Premises Liability (Non-Owner Occupied Dwelling)**

- DP0499    (07/14)    **Sinkhole Collapse**

- FI36A    (01/16)    **Your Dwelling Quick Reference**

- DP0204    (12/03)    **Cancellation and Non-Renewal**

- DL2537    (12/14)    **Special Provisions - Pennsylvania**

- DP0002    (07/14)    **Dwelling Property 2-broad form**

- DF2073    (09/07)    **Amendment of Cancellation Provision**

- DL2410    (12/02)    **Additional Insured**

- DP0441    (12/02)    **Additional Insured - Described Location**

- DL2471    (12/02)    **Limited Fungi, Wet or Dry Rot, or Bacteria Coverage**

# STATE AUTO
## Insurance Companies

### Renewal Declaration
Dwelling Fire Policy

*Issue Date: 05/23/2020*

*Daubert Shannon & Associates, LLC*
*700 Evans St*
*Bethlehem, PA 18015-1864*

## *Total* Policy Premium
## $473.29

**Named Insured**

Kristina Travis
754 E GREEN ST
ALLENTOWN, PA 18109

| Policy Number | Policy Period | Coverage is provided by the following State Auto Company |
|---|---|---|
| 1000549337 | 07/01/20 - 07/01/21 | *Milbank Insurance Company* |

*Policy Period begins and ends at 12:01 a.m. standard time at the residence premises.*

**Insured Location:**

754 E GREEN ST
ALLENTOWN, PA 18109



**StateAuto.com**

*Questions?*

Visit us at **StateAuto.com**
or call **(800) 288-4425**
customer service.

**Contact your independent
agent at (610) 440-1524.**

## *Your* Forms and Endorsements

- DP0470        (12/02)        **Premises Alarm or Fire Protection System**

- DP0538        (01/15)        **Cap on Losses From Certified Acts of Terrorism, Disclosure Pursuant To Terrorism Risk Insurance Act**

- FI36        (01/16)        **Dwelling Policy Cover Page**

- DP0137        (06/07)        **Special Provisions - Pennsylvania**

- DL2489        (01/15)        **Cap on Losses From Certified Acts of Terrorism, Disclosure Pursuant To Terrorism Risk Insurance Act**

- DL2401        (07/14)        **Personal Liability**

- DP0422        (07/14)        **Limited Fungi Wet or Dry Rot or Bacteria Coverage**

- FI189        (10/00)        **Lead Contamination Liability Exclusion Endorsement**

## Mortgagee, its successors and/or assigns:

DT Capital Investments LLC
26 W Broad Street
Bethlehem, PA 18018

**STATE AUTO**
Insurance Companies

# Renewal Declaration
Dwelling Fire Policy

*Issue Date: 05/23/2020*

*Daubert Shannon & Associates, LLC*
*700 Evans St*
*Bethlehem, PA 18015-1864*

## *Total* Policy Premium
### $473.29

**Named Insured**

Kristina Travis
754 E GREEN ST
ALLENTOWN, PA 18109

| Policy Number | Policy Period | Coverage is provided by the following State Auto Company |
|---|---|---|
| 1000549337 | 07/01/20 - 07/01/21 | Milbank Insurance Company |

*Policy Period begins and ends at 12:01 a.m. standard time at the residence premises.*

**Insured Location:**

754 E GREEN ST
ALLENTOWN, PA 18109



**StateAuto.com**

*Questions?*

Visit us at **StateAuto.com**
or call **(800) 288-4425**
customer service.

**Contact your independent**
**agent at (610) 440-1524.**

## *Schedule* Information

### Additional Insured - Described Location

*DT Capital Investments LLC, 26 W Broad Street, Bethlehem, PA 18018*

*This declaration page with policy forms and endorsements completes the policy. This policy will continue in force for the period indicated upon valid payment of the premium, when due.*

# STATE AUTO
## Insurance Companies

**Daubert Shannon & Associates, LLC**
700 Evans St
Bethlehem, PA 18015-1864

# Renewal Declaration
## Dwelling Fire Policy

*Issue Date: 05/23/2020*

## *Total* **Policy Premium**

### $473.29

**Named Insured**

Kristina Travis
764 E GREEN ST
ALLENTOWN, PA 18109

| Policy Number | Policy Period | Coverage is provided by the following State Auto Company |
|---|---|---|
| 1000549345 | 07/01/20 - 07/01/21 | Milbank Insurance Company |

*Policy Period begins and ends at 12:01 a.m. standard time at the residence premises.*

**Insured Location:**

764 E GREEN ST
ALLENTOWN, PA 18109



**StateAuto.com**

*Questions?*

Visit us at **StateAuto.com**
or call **(800) 288-4425**
customer service.

**Contact your independent
agent at (610) 440-1524.**

## Your *Coverages*

| Property Coverages | Limit | Premium |
|---|---|---|
| A. Dwelling | $188,200 | $341.53 |
| B. Other Structures | $18,820 | $17.23 |
| C. Personal Property | $1,000 | $8.53 |
| D & E. Fair Rental and Additional Living Expense | | $40.13 |
| **Liability Coverages** | **Limit** | **Premium** |
| L. Liability | $300,000 | Included |
| M. Medical Payments | $1,000 | Included |
| **Annual Premium** | | **$473.29** |

*Coverage at the above described location is provided only where a limit of liability or a premium is stated.*

## Additional Coverages

| Coverages | Limit | Premium |
|---|---|---|
| Sinkhole Collapse | | $65.87 |

DECOV-DF (01/16)

Agency 0017727

# STATE AUTO
Insurance Companies ®

# Renewal Declaration
## Dwelling Fire Policy
### Issue Date: 05/23/2020

*Daubert Shannon & Associates, LLC*
*700 Evans St*
*Bethlehem, PA 18015-1864*

## *Total* Policy Premium
## $473.29

**Named Insured**

Kristina Travis
764 E GREEN ST
ALLENTOWN, PA 18109

| Policy Number | Policy Period | Coverage is provided by the following State Auto Company |
|---|---|---|
| 1000549345 | 07/01/20 - 07/01/21 | Milbank Insurance Company |

*Policy Period begins and ends at 12:01 a.m. standard time at the residence premises.*

**Insured Location:**

764 E GREEN ST
ALLENTOWN, PA 18109



**StateAuto.com**

*Questions?*

Visit us at **StateAuto.com**
or call **(800) 288-4425**
customer service.

**Contact your independent
agent at (610) 440-1524.**

## Your *Deductibles*

| Deductibles | Amount |
|---|---|
| *All-Peril* | $2,500 |
| *Windstorm or Hail* | $2,500 |

## Your Policy Information

Policy type: *DP2*
Construction type:
*Concreteblockpainted*
Year built: *1954*

Program: *Standard*
Protection class: *3*
Territory: *18109*

Feet from hydrant: *500*
Miles from fire station: *5*
Residence Type: *Single Family Dwelling*

## Your Forms and Endorsements

| | | |
|---|---|---|
| • DL2537 | (12/14) | **Special Provisions - Pennsylvania** |
| • DF2073 | (09/07) | **Amendment of Cancellation Provision** |
| • DP0002 | (07/14) | **Dwelling Property 2-broad form** |
| • DL2410 | (12/02) | **Additional Insured** |
| • DP0441 | (12/02) | **Additional Insured - Described Location** |
| • DP0204 | (12/03) | **Cancellation and Non-Renewal** |
| • DL2471 | (12/02) | **Limited Fungi, Wet or Dry Rot, or Bacteria Coverage** |
| • DL2489 | (01/15) | **Cap on Losses From Certified Acts of Terrorism, Disclosure Pursuant To Terrorism Risk Insurance Act** |
| • FI36A | (01/16) | **Your Dwelling Quick Reference** |
| • DP0499 | (07/14) | **Sinkhole Collapse** |

# STATE AUTO
## Insurance Companies

**Daubert Shannon & Associates, LLC**
700 Evans St
Bethlehem, PA 18015-1864

# Renewal Declaration
## Dwelling Fire Policy

*Issue Date: 05/23/2020*

## *Total* **Policy Premium**
### $473.29

**Named Insured**

Kristina Travis
764 E GREEN ST
ALLENTOWN, PA 18109

| Policy Number | Policy Period | Coverage is provided by the following State Auto Company |
|---|---|---|
| 1000549345 | 07/01/20 - 07/01/21 | Milbank Insurance Company |

*Policy Period begins and ends at 12:01 a.m. standard time at the residence premises.*

**Insured Location:**

764 E GREEN ST
ALLENTOWN, PA 18109



**StateAuto.com**

*Questions?*

Visit us at **StateAuto.com**
or call **(800) 288-4425**
customer service.

**Contact your independent
agent at (610) 440-1524.**

# Your *Forms and Endorsements*

| | | |
|---|---|---|
| • DP0137 | (06/07) | **Special Provisions - Pennsylvania** |
| • DP0470 | (12/02) | **Premises Alarm or Fire Protection System** |
| • DL2401 | (07/14) | **Personal Liability** |
| • DL2411 | (07/14) | **Premises Liability (Non-Owner Occupied Dwelling)** |
| • DP0422 | (07/14) | **Limited Fungi Wet or Dry Rot or Bacteria Coverage** |
| • FI36 | (01/16) | **Dwelling Policy Cover Page** |
| • DP0538 | (01/15) | **Cap on Losses From Certified Acts of Terrorism, Disclosure Pursuant To Terrorism Risk Insurance Act** |
| • FI189 | (10/00) | **Lead Contamination Liability Exclusion Endorsement** |

# Mortgagee, its successors and/or assigns:

DT Capital Investments LLC
26 W Broad Street
Bethlehem, PA 18018

# STATE AUTO
## Insurance Companies

# Renewal Declaration
### Dwelling Fire Policy

*Issue Date: 05/23/2020*

**Daubert Shannon & Associates, LLC**
*700 Evans St*
*Bethlehem, PA 18015-1864*

## *Total* Policy Premium
## $473.29

**Named Insured**

Kristina Travis
764 E GREEN ST
ALLENTOWN, PA 18109

| Policy Number | Policy Period | Coverage is provided by the following State Auto Company |
|---|---|---|
| 1000549345 | 07/01/20 - 07/01/21 | Milbank Insurance Company |

*Policy Period begins and ends at 12:01 a.m. standard time at the residence premises.*

**Insured Location:**

764 E GREEN ST
ALLENTOWN, PA 18109



**StateAuto.com**

*Questions?*

Visit us at **StateAuto.com**
or call **(800) 288-4425**
customer service.

**Contact your independent
agent at (610) 440-1524.**

## *Schedule* Information

### Additional Insured - Described Location

*DT Capital Investments LLC, 26 W Broad Street, Bethlehem, PA 18018*

*This declaration page with policy forms and endorsements completes the policy. This policy will continue in force for the period indicated upon valid payment of the premium, when due.*

# STATE AUTO
## Insurance Companies

**Daubert Shannon & Associates, LLC**
700 Evans St
Bethlehem, PA 18015-1864

# Renewal Declaration
## Dwelling Fire Policy

*Issue Date: 04/19/2021*

## *Total* **Policy Premium**
## $484.99

**Named Insured**

Kristina Travis
26 W Broad Street
BETHLEHEM, PA 18018

| Policy Number | Policy Period | Coverage is provided by the following State Auto Company |
|---|---|---|
| 1000549289 | 07/01/21 - 07/01/22 | Milbank Insurance Company |

*Policy Period begins and ends at 12:01 a.m. standard time at the residence premises.*

**Insured Location:**

750 E GREEN ST
ALLENTOWN, PA 18109



**StateAuto.com**

*Questions?*

Visit us at **StateAuto.com**
or call **(800) 288-4425**
customer service.

**Contact your independent
agent at (610) 440-1524.**

## Your *Coverages*

| Property Coverages | Limit | Premium |
|---|---|---|
| A. Dwelling | $190,500 | $355.68 |
| B. Other Structures | $19,050 | $15.93 |
| C. Personal Property | $1,000 | $9.64 |
| D & E. Fair Rental and Additional Living Expense | | $37.06 |

| Liability Coverages | Limit | Premium |
|---|---|---|
| L. Liability | $300,000 | Included |
| M. Medical Payments | $1,000 | Included |

*Coverage at the above described location is provided only where a limit of liability or a premium is stated.*

## *Additional Coverages*

| Coverages | Limit | Premium |
|---|---|---|
| Sinkhole Collapse | | $66.68 |
| **Total Premium** | | **$484.99** |

## Your *Deductibles*

| Deductibles | Amount |
|---|---|
| All-Peril | $2,500 |
| Windstorm or Hail | $2,500 |

## Your *Policy Information*

Policy type: *DP2*
Construction type:
*Concreteblockpainted*
Year built: *1954*

Program: *Standard*
Protection class: *3*
Territory: *18109*

Feet from hydrant: *500*
Miles from fire station: *5*
Residence Type: *Townhouse or Rowhouse*

**STATE AUTO**
Insurance Companies

# Renewal Declaration
## Dwelling Fire Policy

*Issue Date: 04/19/2021*

*Daubert Shannon & Associates, LLC*
*700 Evans St*
*Bethlehem, PA 18015-1864*

## *Total* **Policy Premium**
## **$484.99**

**Named Insured**

Kristina Travis
26 W Broad Street
BETHLEHEM, PA 18018

| Policy Number | Policy Period | Coverage is provided by the following State Auto Company |
|---|---|---|
| *1000549289* | *07/01/21 - 07/01/22* | *Milbank Insurance Company* |

*Policy Period begins and ends at 12:01 a.m. standard time at the residence premises.*

**Insured Location:**

750 E GREEN ST
ALLENTOWN, PA 18109



**StateAuto.com**

*Questions?*

Visit us at **StateAuto.com**
or call **(800) 288-4425**
customer service.

**Contact your independent
agent at (610) 440-1524.**

# Your *Forms and Endorsements*

- DP0204    (12/03)    **Cancellation and Non-Renewal**

- DP0137    (06/07)    **Special Provisions - Pennsylvania**

- DP0002    (07/14)    **Dwelling Property 2-broad form**

- FI36    (01/16)    **Dwelling Policy Cover Page**

- FI36A    (01/16)    **Your Dwelling Quick Reference**

- DP0422    (07/14)    **Limited Fungi Wet or Dry Rot or Bacteria Coverage**

- DP0441    (12/02)    **Additional Insured - Described Location**

- DP0470    (12/02)    **Premises Alarm or Fire Protection System**

- DL2471    (12/02)    **Limited Fungi, Wet or Dry Rot, or Bacteria Coverage**

- DP0538    (01/15)    **Cap on Losses From Certified Acts of Terrorism, Disclosure Pursuant To Terrorism Risk Insurance Act**

- DL2411    (07/14)    **Premises Liability (Non-Owner Occupied Dwelling)**

- DP0499    (07/14)    **Sinkhole Collapse**

- DL2401    (07/14)    **Personal Liability**

- DF2073    (09/07)    **Amendment of Cancellation Provision**

- DL2410    (12/02)    **Additional Insured**

# STATE AUTO
Insurance Companies

## Renewal Declaration
### Dwelling Fire Policy

**Issue Date: 04/19/2021**

*Daubert Shannon & Associates, LLC*
*700 Evans St*
*Bethlehem, PA 18015-1864*

## Total Policy Premium
## $484.99

**Named Insured**

Kristina Travis
26 W Broad Street
BETHLEHEM, PA 18018

| Policy Number | Policy Period | Coverage is provided by the following State Auto Company |
|---|---|---|
| *1000549289* | *07/01/21 - 07/01/22* | *Milbank Insurance Company* |

*Policy Period begins and ends at 12:01 a.m. standard time at the residence premises.*

**Insured Location:**

750 E GREEN ST
ALLENTOWN, PA 18109



**StateAuto.com**

*Questions?*

Visit us at **StateAuto.com**
or call **(800) 288-4425**
customer service.

**Contact your independent
agent at (610) 440-1524.**

## Your Forms and Endorsements

- *DL2489*    *(01/15)*    **Cap on Losses From Certified Acts of Terrorism, Disclosure Pursuant To Terrorism Risk Insurance Act**

- *DL2537*    *(12/14)*    **Special Provisions - Pennsylvania**

- *FI189*    *(10/00)*    **Lead Contamination Liability Exclusion Endorsement**

## Mortgagee, its successors and/or assigns:

**LN#None**
FIRST COMMONWEALTH
FEDERAL CREDIT UNION
ISAOA
PO Box 20450
Lehigh Valley, PA 18002

DT Capital Investments LLC
26 W Broad Street
Bethlehem, PA 18018

## Schedule Information

### Additional Insured - Described Location

*DT Capital Investments LLC, 26 W Broad Street, Bethlehem, PA 18018*

*This declarations page with policy forms and endorsements completes the Policy. This Policy will continue in force for the period indicated upon valid payment of the premium, when due.*

**STATE AUTO**
Insurance Companies

# Renewal Declaration
Dwelling Fire Policy

*Issue Date: 04/19/2021*

*Daubert Shannon & Associates, LLC*
*700 Evans St*
*Bethlehem, PA 18015-1864*

## *Total* **Policy Premium**

### $463.11

**Named Insured**

Kristina Travis
26 W Broad Street
BETHLEHEM, PA 18018

| Policy Number | Policy Period | Coverage is provided by the following State Auto Company |
|---|---|---|
| 1000549199 | 07/01/21 - 07/01/22 | Milbank Insurance Company |

*Policy Period begins and ends at 12:01 a.m. standard time at the residence premises.*

**Insured Location:**

703 E GREEN ST
ALLENTOWN, PA 18109



**StateAuto.com**

*Questions?*

Visit us at **StateAuto.com**
or call **(800) 288-4425**
customer service.

**Contact your independent
agent at (610) 440-1524.**

## Your *Coverages*

| Property Coverages | Limit | Premium |
|---|---|---|
| A. Dwelling | $190,500 | $333.80 |
| B. Other Structures | $19,050 | $15.93 |
| C. Personal Property | $1,000 | $9.64 |
| D & E. Fair Rental and Additional Living Expense | | $37.06 |

| Liability Coverages | Limit | Premium |
|---|---|---|
| L. Liability | $300,000 | Included |
| M. Medical Payments | $1,000 | Included |

*Coverage at the above described location is provided only where a limit of liability or a premium is stated.*

## *Additional Coverages*

| Coverages | Limit | Premium |
|---|---|---|
| Sinkhole Collapse | | $66.68 |
| **Total Premium** | | **$463.11** |

## Your *Deductibles*

| Deductibles | Amount |
|---|---|
| All-Peril | $2,500 |
| Windstorm or Hail | $2,500 |

## Your *Policy Information*

*Policy type:* DP2
*Construction type:* Concreteblockpainted
*Year built:* 1954

*Program:* Standard
*Protection class:* 3
*Territory:* 18109

*Feet from hydrant:* 500
*Miles from fire station:* 5
*Residence Type:* Single Family Dwelling

DECOV-DF (01/16)

Agency 0017727

# STATE AUTO
Insurance Companies

# Renewal Declaration
### Dwelling Fire Policy

*Issue Date: 04/19/2021*

*Daubert Shannon & Associates, LLC*
*700 Evans St*
*Bethlehem, PA 18015-1864*

## *Total* Policy Premium
## $463.11

**Named Insured**

Kristina Travis
26 W Broad Street
BETHLEHEM, PA 18018

| Policy Number | Policy Period | Coverage is provided by the following State Auto Company |
|---|---|---|
| *1000549199* | *07/01/21 - 07/01/22* | *Milbank Insurance Company* |

*Policy Period begins and ends at 12:01 a.m. standard time at the residence premises.*

**Insured Location:**

703 E GREEN ST
ALLENTOWN, PA 18109



**StateAuto.com**

*Questions?*

*Visit us at **StateAuto.com**
or call **(800) 288-4425**
customer service.*

**Contact your independent
agent at (610) 440-1524.**

## *Your* Forms and Endorsements

- *DP0002*   *(07/14)*   **Dwelling Property 2-broad form**

- *DP0137*   *(06/07)*   **Special Provisions - Pennsylvania**

- *DP0422*   *(07/14)*   **Limited Fungi Wet or Dry Rot or Bacteria Coverage**

- *DP0204*   *(12/03)*   **Cancellation and Non-Renewal**

- *DP0538*   *(01/15)*   **Cap on Losses From Certified Acts of Terrorism, Disclosure Pursuant To Terrorism Risk Insurance Act**

- *DL2401*   *(07/14)*   **Personal Liability**

- *FI36*   *(01/16)*   **Dwelling Policy Cover Page**

- *FI36A*   *(01/16)*   **Your Dwelling Quick Reference**

- *DL2410*   *(12/02)*   **Additional Insured**

- *DP0499*   *(07/14)*   **Sinkhole Collapse**

- *DL2411*   *(07/14)*   **Premises Liability (Non-Owner Occupied Dwelling)**

- *DP0441*   *(12/02)*   **Additional Insured - Described Location**

- *DP0470*   *(12/02)*   **Premises Alarm or Fire Protection System**

- *DL2489*   *(01/15)*   **Cap on Losses From Certified Acts of Terrorism, Disclosure Pursuant To Terrorism Risk Insurance Act**

- *DL2471*   *(12/02)*   **Limited Fungi, Wet or Dry Rot, or Bacteria Coverage**

**STATE AUTO**
Insurance Companies

# Renewal Declaration
### Dwelling Fire Policy

*Issue Date: 04/19/2021*

*Daubert Shannon & Associates, LLC*
*700 Evans St*
*Bethlehem, PA 18015-1864*

## *Total* Policy Premium
## $463.11

**Named Insured**

Kristina Travis
26 W Broad Street
BETHLEHEM, PA 18018

| Policy Number | Policy Period | Coverage is provided by the following State Auto Company |
|---|---|---|
| 1000549199 | 07/01/21 - 07/01/22 | Milbank Insurance Company |

*Policy Period begins and ends at 12:01 a.m. standard time at the residence premises.*

**Insured Location:**

703 E GREEN ST
ALLENTOWN, PA 18109



**StateAuto.com**

*Questions?*

*Visit us at **StateAuto.com** or call **(800) 288-4425** customer service.*

**Contact your independent agent at (610) 440-1524.**

## *Your* Forms and Endorsements

- *DL2537*     *(12/14)*     **Special Provisions - Pennsylvania**

- *DF2073*     *(09/07)*     **Amendment of Cancellation Provision**

- *FI189*     *(10/00)*     **Lead Contamination Liability Exclusion Endorsement**

## Mortgagee, its successors and/or assigns:

DT Capital Investments LLC
26 W Broad Street
Bethlehem, PA 18018

*LN#None*
FIRST COMMONWEALTH
FEDERAL CREDIT UNION
ISAOA
PO Box 20450
Lehigh Valley, PA 18002

## *Schedule* Information

### *Additional Insured - Described Location*

*DT Capital Investments LLC, 26 W Broad Street, Bethlehem, PA 18018*

*This declarations page with policy forms and endorsements completes the Policy.  This Policy will continue in force for the period indicated upon valid payment of the premium, when due.*

# STATE AUTO
## Insurance Companies

# Renewal Declaration
## Dwelling Fire Policy

*Issue Date: 04/19/2021*

*Daubert Shannon & Associates, LLC*
*700 Evans St*
*Bethlehem, PA 18015-1864*

## *Total* Policy Premium
## $449.38

**Named Insured**

Kristina Travis
26 W Broad Street
BETHLEHEM, PA 18018

| Policy Number | Policy Period | Coverage is provided by the following State Auto Company |
|---|---|---|
| *1000549208* | *07/01/21 - 07/01/22* | *Milbank Insurance Company* |

*Policy Period begins and ends at 12:01 a.m. standard time at the residence premises.*

**Insured Location:**

706 E GREEN ST
ALLENTOWN, PA 18109



**StateAuto.com**

*Questions?*

*Visit us at StateAuto.com or call (800) 288-4425 customer service.*

**Contact your independent agent at (610) 440-1524.**

## Your *Coverages*

| Property Coverages | Limit | Premium |
|---|---|---|
| A. Dwelling | $190,500 | $320.07 |
| B. Other Structures | $19,050 | $15.93 |
| C. Personal Property | $1,000 | $9.64 |
| D & E. Fair Rental and Additional Living Expense | | $37.06 |
| Liability Coverages | Limit | Premium |
| L. Liability | $300,000 | Included |
| M. Medical Payments | $1,000 | Included |

*Coverage at the above described location is provided only where a limit of liability or a premium is stated.*

## Additional Coverages

| Coverages | Limit | Premium |
|---|---|---|
| Sinkhole Collapse | | $66.68 |
| **Total Premium** | | **$449.38** |

## Your *Deductibles*

| Deductibles | Amount |
|---|---|
| *All-Peril* | $2,500 |
| *Windstorm or Hail* | $2,500 |

## Your *Policy Information*

*Policy type:* DP2
*Construction type:*
*Concreteblockpainted*
*Year built:* 1954

*Program:* Standard
*Protection class:* 3
*Territory:* 18109

*Feet from hydrant:* 500
*Miles from fire station:* 5
*Residence Type:* Single Family Dwelling

# STATE AUTO
Insurance Companies

## Renewal Declaration
### Dwelling Fire Policy

**Issue Date: 04/19/2021**

**Daubert Shannon & Associates, LLC**
700 Evans St
Bethlehem, PA 18015-1864

## *Total* **Policy Premium**
## $449.38

**Named Insured**

Kristina Travis
26 W Broad Street
BETHLEHEM, PA 18018

| Policy Number | Policy Period | Coverage is provided by the following State Auto Company |
|---|---|---|
| 1000549208 | 07/01/21 - 07/01/22 | Milbank Insurance Company |

*Policy Period begins and ends at 12:01 a.m. standard time at the residence premises.*

**Insured Location:**

706 E GREEN ST
ALLENTOWN, PA 18109


**StateAuto.com**

**Questions?**

*Visit us at* **StateAuto.com**
*or call* **(800) 288-4425**
*customer service.*

**Contact your independent
agent at (610) 440-1524.**

## *Your* Forms and Endorsements

| | | |
|---|---|---|
| • DP0470 | (12/02) | **Premises Alarm or Fire Protection System** |
| • DP0499 | (07/14) | **Sinkhole Collapse** |
| • DP0204 | (12/03) | **Cancellation and Non-Renewal** |
| • DP0538 | (01/15) | **Cap on Losses From Certified Acts of Terrorism, Disclosure Pursuant To Terrorism Risk Insurance Act** |
| • DP0422 | (07/14) | **Limited Fungi Wet or Dry Rot or Bacteria Coverage** |
| • DP0441 | (12/02) | **Additional Insured - Described Location** |
| • DL2537 | (12/14) | **Special Provisions - Pennsylvania** |
| • DP0137 | (06/07) | **Special Provisions - Pennsylvania** |
| • DP0002 | (07/14) | **Dwelling Property 2-broad form** |
| • DF2073 | (09/07) | **Amendment of Cancellation Provision** |
| • FI36A | (01/16) | **Your Dwelling Quick Reference** |
| • DL2401 | (07/14) | **Personal Liability** |
| • DL2411 | (07/14) | **Premises Liability (Non-Owner Occupied Dwelling)** |
| • DL2471 | (12/02) | **Limited Fungi, Wet or Dry Rot, or Bacteria Coverage** |
| • FI36 | (01/16) | **Dwelling Policy Cover Page** |

# STATE AUTO
Insurance Companies ®

## Renewal Declaration
### Dwelling Fire Policy

*Issue Date: 04/19/2021*

*Daubert Shannon & Associates, LLC*
*700 Evans St*
*Bethlehem, PA 18015-1864*

### Total **Policy Premium**
## $449.38

**Named Insured**

Kristina Travis
26 W Broad Street
BETHLEHEM, PA 18018

| Policy Number | Policy Period | Coverage is provided by the following State Auto Company |
|---|---|---|
| 1000549208 | 07/01/21 - 07/01/22 | Milbank Insurance Company |

*Policy Period begins and ends at 12:01 a.m. standard time at the residence premises.*

**Insured Location:**

706 E GREEN ST
ALLENTOWN, PA 18109



*StateAuto.com*

*Questions?*

Visit us at **StateAuto.com**
or call **(800) 288-4425**
customer service.

**Contact your independent**
**agent at (610) 440-1524.**

## Your *Forms and Endorsements*

- DL2489 (01/15) **Cap on Losses From Certified Acts of Terrorism, Disclosure Pursuant To Terrorism Risk Insurance Act**

- DL2410 (12/02) **Additional Insured**

- FI189 (10/00) **Lead Contamination Liability Exclusion Endorsement**

## Mortgagee, its successors and/or assigns:

DT Capital Investments LLC
26 W Broad Street
Bethlehem, PA 18018

*LN#None*
FIRST COMMONWEALTH
FEDERAL CREDIT UNION
ISAOA
PO Box 20450
Lehigh Valley, PA 18002

## Schedule *Information*

### *Additional Insured - Described Location*

*DT Capital Investments LLC, 26 W Broad Street, Bethlehem, PA 18018*

*This declarations page with policy forms and endorsements completes the Policy.  This Policy will continue in force for the period indicated upon valid payment of the premium, when due.*

# STATE AUTO
Insurance Companies

**Renewal Declaration**
Dwelling Fire Policy

*Issue Date: 04/19/2021*

*Daubert Shannon & Associates, LLC*
*700 Evans St*
*Bethlehem, PA 18015-1864*

## *Total* Policy Premium
### $484.99

**Named Insured**

Kristina Travis
26 W Broad Street
BETHLEHEM, PA 18018

| Policy Number | Policy Period | Coverage is provided by the following State Auto Company |
|---|---|---|
| 1000549242 | 07/01/21 - 07/01/22 | Milbank Insurance Company |

*Policy Period begins and ends at 12:01 a.m. standard time at the residence premises.*

**Insured Location:**

712 E GREEN ST
ALLENTOWN, PA 18109



**StateAuto.com**

*Questions?*

*Visit us at StateAuto.com*
*or call (800) 288-4425*
*customer service.*

**Contact your independent**
**agent at (610) 440-1524.**

## Your *Coverages*

| Property Coverages | Limit | Premium |
|---|---|---|
| A. Dwelling | $190,500 | $355.68 |
| B. Other Structures | $19,050 | $15.93 |
| C. Personal Property | $1,000 | $9.64 |
| D & E. Fair Rental and Additional Living Expense | | $37.06 |

| Liability Coverages | Limit | Premium |
|---|---|---|
| L. Liability | $300,000 | Included |
| M. Medical Payments | $1,000 | Included |

*Coverage at the above described location is provided only where a limit of liability or a premium is stated.*

## Additional Coverages

| Coverages | Limit | Premium |
|---|---|---|
| Sinkhole Collapse | | $66.68 |
| **Total Premium** | | **$484.99** |

## Your *Deductibles*

| Deductibles | Amount |
|---|---|
| All-Peril | $2,500 |
| Windstorm or Hail | $2,500 |

## Your *Policy Information*

*Policy type: DP2*
*Construction type:*
*Concreteblockpainted*
*Year built: 1954*

*Program: Standard*
*Protection class: 3*
*Territory: 18109*

*Feet from hydrant: 500*
*Miles from fire station: 5*
*Residence Type: Single Family Dwelling*

# STATE AUTO
Insurance Companies

**Daubert Shannon & Associates, LLC**
700 Evans St
Bethlehem, PA 18015-1864

## Renewal Declaration
Dwelling Fire Policy

*Issue Date: 04/19/2021*

### *Total* **Policy Premium**
### $484.99

**Named Insured**

Kristina Travis
26 W Broad Street
BETHLEHEM, PA 18018

| Policy Number | Policy Period | Coverage is provided by the following State Auto Company |
|---|---|---|
| 1000549242 | 07/01/21 - 07/01/22 | Milbank Insurance Company |

*Policy Period begins and ends at 12:01 a.m. standard time at the residence premises.*

**Insured Location:**

712 E GREEN ST
ALLENTOWN, PA 18109



**StateAuto.com**

*Questions?*

Visit us at **StateAuto.com**
or call **(800) 288-4425**
customer service.

**Contact your independent
agent at (610) 440-1524.**

## Your *Forms and Endorsements*

| | | |
|---|---|---|
| • *DL2471* | *(12/02)* | **Limited Fungi, Wet or Dry Rot, or Bacteria Coverage** |
| • *DP0137* | *(06/07)* | **Special Provisions - Pennsylvania** |
| • *DP0499* | *(07/14)* | **Sinkhole Collapse** |
| • *DP0538* | *(01/15)* | **Cap on Losses From Certified Acts of Terrorism, Disclosure Pursuant To Terrorism Risk Insurance Act** |
| • *DL2489* | *(01/15)* | **Cap on Losses From Certified Acts of Terrorism, Disclosure Pursuant To Terrorism Risk Insurance Act** |
| • *DP0002* | *(07/14)* | **Dwelling Property 2-broad form** |
| • *DP0470* | *(12/02)* | **Premises Alarm or Fire Protection System** |
| • *DP0204* | *(12/03)* | **Cancellation and Non-Renewal** |
| • *DL2537* | *(12/14)* | **Special Provisions - Pennsylvania** |
| • *DP0422* | *(07/14)* | **Limited Fungi Wet or Dry Rot or Bacteria Coverage** |
| • *DP0441* | *(12/02)* | **Additional Insured - Described Location** |
| • *FI36* | *(01/16)* | **Dwelling Policy Cover Page** |
| • *FI36A* | *(01/16)* | **Your Dwelling Quick Reference** |
| • *DL2411* | *(07/14)* | **Premises Liability (Non-Owner Occupied Dwelling)** |
| • *DL2410* | *(12/02)* | **Additional Insured** |

**STATE AUTO**
Insurance Companies

# Renewal Declaration
### Dwelling Fire Policy

*Issue Date: 04/19/2021*

*Daubert Shannon & Associates, LLC*
*700 Evans St*
*Bethlehem, PA 18015-1864*

## *Total* **Policy Premium**
## $484.99

**Named Insured**

Kristina Travis
26 W Broad Street
BETHLEHEM, PA 18018

| Policy Number | Policy Period | Coverage is provided by the following State Auto Company |
|---|---|---|
| 1000549242 | 07/01/21 - 07/01/22 | Milbank Insurance Company |

*Policy Period begins and ends at 12:01 a.m. standard time at the residence premises.*

**Insured Location:**

712 E GREEN ST
ALLENTOWN, PA 18109



**STATE AUTO**
Insurance Companies

**StateAuto.com**

*Questions?*

*Visit us at* **StateAuto.com**
*or call* **(800) 288-4425**
*customer service.*

**Contact your independent**
**agent at (610) 440-1524.**

## *Your* **Forms and Endorsements**

- *DF2073*      (09/07)      **Amendment of Cancellation Provision**

- *DL2401*      (07/14)      **Personal Liability**

- *FI189*      (10/00)      **Lead Contamination Liability Exclusion Endorsement**

## Mortgagee, its successors and/or assigns:

DT Capital Investments LLC
26 W Broad Street
Bethlehem, PA 18018

*LN#None*
FIRST COMMONWEALTH
FEDERAL CREDIT UNION
ISAOA
PO Box 20450
Lehigh Valley, PA 18002

## *Schedule* **Information**

### *Additional Insured - Described Location*

*DT Capital Investments LLC, 26 W Broad Street, Bethlehem, PA 18018*

*This declarations page with policy forms and endorsements completes the Policy. This Policy will continue in force for the period indicated upon valid payment of the premium, when due.*

DECOV-DF (01/16)

Agency 0017727

**STATE AUTO**
Insurance Companies

# Renewal Declaration
## Dwelling Fire Policy

*Issue Date: 04/20/2021*

*Daubert Shannon & Associates, LLC*
*700 Evans St*
*Bethlehem, PA 18015-1864*

## *Total* **Policy Premium**
### $478.90

**Named Insured**

Kristina Travis
26 W Broad Street
BETHLEHEM, PA 18018

| Policy Number | Policy Period | Coverage is provided by the following State Auto Company |
|---|---|---|
| 1000549250 | 07/01/21 - 07/01/22 | Milbank Insurance Company |

*Policy Period begins and ends at 12:01 a.m. standard time at the residence premises.*

**Insured Location:**

708 E GREEN ST
ALLENTOWN, PA 18109



**StateAuto.com**

*Questions?*

Visit us at **StateAuto.com**
or call **(800) 288-4425**
customer service.

**Contact your independent
agent at (610) 440-1524.**

# Your *Coverages*

| Property Coverages | Limit | Premium |
|---|---|---|
| A. Dwelling | $183,000 | $354.16 |
| B. Other Structures | $18,300 | $15.26 |
| C. Personal Property | $1,000 | $9.83 |
| D & E. Fair Rental and Additional Living Expense | | $35.60 |

| Liability Coverages | Limit | Premium |
|---|---|---|
| L. Liability | $300,000 | Included |
| M. Medical Payments | $1,000 | Included |

*Coverage at the above described location is provided only where a limit of liability or a premium is stated.*

## *Additional Coverages*

| Coverages | Limit | Premium |
|---|---|---|
| Sinkhole Collapse | | $64.05 |
| **Total Premium** | | **$478.90** |

# Your *Deductibles*

| Deductibles | Amount |
|---|---|
| All-Peril | $2,500 |
| Windstorm or Hail | $2,500 |

# Your *Policy Information*

*Policy type:* DP2
*Construction type:*
*Concreteblockpainted*
*Year built:* 1954

*Program:* Standard
*Protection class:* 3
*Territory:* 18109

*Feet from hydrant:* 500
*Miles from fire station:* 5
*Residence Type:* Single Family Dwelling

# STATE AUTO
Insurance Companies

# Renewal Declaration
Dwelling Fire Policy

*Issue Date: 04/20/2021*

*Daubert Shannon & Associates, LLC*
*700 Evans St*
*Bethlehem, PA 18015-1864*

## *Total* Policy Premium
## $478.90

**Named Insured**

Kristina Travis
26 W Broad Street
BETHLEHEM, PA 18018

| Policy Number | Policy Period | Coverage is provided by the following State Auto Company |
|---|---|---|
| *1000549250* | *07/01/21 - 07/01/22* | *Milbank Insurance Company* |

*Policy Period begins and ends at 12:01 a.m. standard time at the residence premises.*

**Insured Location:**

708 E GREEN ST
ALLENTOWN, PA 18109



**StateAuto.com**

*Questions?*

Visit us at **StateAuto.com**
or call **(800) 288-4425**
customer service.

**Contact your independent
agent at (610) 440-1524.**

# Your *Forms and Endorsements*

| | | |
|---|---|---|
| • *FI36* | *(01/16)* | **Dwelling Policy Cover Page** |
| • *FI36A* | *(01/16)* | **Your Dwelling Quick Reference** |
| • *DP0002* | *(07/14)* | **Dwelling Property 2-broad form** |
| • *DF2073* | *(09/07)* | **Amendment of Cancellation Provision** |
| • *DP0538* | *(01/15)* | **Cap on Losses From Certified Acts of Terrorism, Disclosure Pursuant To Terrorism Risk Insurance Act** |
| • *DL2401* | *(07/14)* | **Personal Liability** |
| • *DL2411* | *(07/14)* | **Premises Liability (Non-Owner Occupied Dwelling)** |
| • *DL2410* | *(12/02)* | **Additional Insured** |
| • *DP0499* | *(07/14)* | **Sinkhole Collapse** |
| • *DP0470* | *(12/02)* | **Premises Alarm or Fire Protection System** |
| • *DP0441* | *(12/02)* | **Additional Insured - Described Location** |
| • *DP0137* | *(06/07)* | **Special Provisions - Pennsylvania** |
| • *DL2537* | *(12/14)* | **Special Provisions - Pennsylvania** |
| • *DP0204* | *(12/03)* | **Cancellation and Non-Renewal** |
| • *DP0422* | *(07/14)* | **Limited Fungi Wet or Dry Rot or Bacteria Coverage** |

**STATE AUTO**
Insurance Companies

**Renewal Declaration**

Dwelling Fire Policy

*Issue Date: 04/20/2021*

*Daubert Shannon & Associates, LLC*
*700 Evans St*
*Bethlehem, PA 18015-1864*

### *Total* **Policy Premium**

### **$478.90**

**Named Insured**

Kristina Travis
26 W Broad Street
BETHLEHEM, PA 18018

| Policy Number | Policy Period | Coverage is provided by the following State Auto Company |
|---|---|---|
| *1000549250* | *07/01/21 - 07/01/22* | *Milbank Insurance Company* |

*Policy Period begins and ends at 12:01 a.m. standard time at the residence premises.*

**Insured Location:**

708 E GREEN ST
ALLENTOWN, PA 18109



**StateAuto.com**

*Questions?*

Visit us at **StateAuto.com**
or call **(800) 288-4425**
customer service.

**Contact your independent
agent at (610) 440-1524.**

## Your *Forms and Endorsements*

- *DL2471*   *(12/02)*   **Limited Fungi, Wet or Dry Rot, or Bacteria Coverage**

- *DL2489*   *(01/15)*   **Cap on Losses From Certified Acts of Terrorism, Disclosure Pursuant To Terrorism Risk Insurance Act**

- *FI189*   *(10/00)*   **Lead Contamination Liability Exclusion Endorsement**

## Mortgagee, its successors and/or assigns:

*LN#None*
FIRST COMMONWEALTH
FEDERAL CREDIT UNION
ISAOA
PO Box 20450
Lehigh Valley, PA 18002

DT Capital Investments LLC
26 W Broad Street
Bethlehem, PA 18018

## Schedule *Information*

### *Additional Insured - Described Location*

*DT Capital Investments LLC, 26 W Broad Street, Bethlehem, PA 18018*

*This declarations page with policy forms and endorsements completes the Policy. This Policy will continue in force for the period indicated upon valid payment of the premium, when due.*

# STATE AUTO
## Insurance Companies

# Renewal Declaration
## Dwelling Fire Policy

*Issue Date: 04/19/2021*

**Daubert Shannon & Associates, LLC**
*700 Evans St*
*Bethlehem, PA 18015-1864*

## *Total* **Policy Premium**

### $551.37

**Named Insured**

Kristina Travis
26 W BROAD ST
BETHLEHEM, PA 18018-5732

| Policy Number | Policy Period | Coverage is provided by the following State Auto Company |
|---|---|---|
| 1000549264 | 07/01/21 - 07/01/22 | Milbank Insurance Company |

*Policy Period begins and ends at 12:01 a.m. standard time at the residence premises.*

**Insured Location:**

713 E GREEN ST
ALLENTOWN, PA 18109


**StateAuto.com**

*Questions?*

Visit us at **StateAuto.com**
or call **(800) 288-4425**
**customer service.**

**Contact your independent
agent at (610) 440-1524.**

## *Your* **Coverages**

| Property Coverages | Limit | Premium |
|---|---|---|
| A. Dwelling | $183,000 | $422.07 |
| B. Other Structures | $18,300 | $15.26 |
| C. Personal Property | $1,000 | $14.39 |
| D & E. Fair Rental and Additional Living Expense | | $35.60 |

| Liability Coverages | Limit | Premium |
|---|---|---|
| L. Liability | $300,000 | Included |
| M. Medical Payments | $1,000 | Included |

*Coverage at the above described location is provided only where a limit of liability or a premium is stated.*

## **Additional Coverages**

| Coverages | Limit | Premium |
|---|---|---|
| Sinkhole Collapse | | $64.05 |
| **Total Premium** | | **$551.37** |

## *Your* **Deductibles**

| Deductibles | Amount |
|---|---|
| All-Peril | $2,500 |
| Windstorm or Hail | $2,500 |

## *Your* **Policy Information**

| | | |
|---|---|---|
| Policy type: *DP2* | Program: *Standard* | Feet from hydrant: *500* |
| Construction type: *Concreteblockpainted* | Protection class: *3* | Miles from fire station: *5* |
| Year built: *1954* | Territory: *18109* | Residence Type: *Townhouse or Rowhouse* |

# STATE AUTO
### Insurance Companies

**Daubert Shannon & Associates, LLC**
*700 Evans St*
*Bethlehem, PA 18015-1864*

## Renewal Declaration
### Dwelling Fire Policy
*Issue Date: 04/19/2021*

## *Total* Policy Premium
## $551.37

**Named Insured**

Kristina Travis
26 W BROAD ST
BETHLEHEM, PA 18018-5732

| Policy Number | Policy Period | Coverage is provided by the following State Auto Company |
|---|---|---|
| 1000549264 | 07/01/21 - 07/01/22 | Milbank Insurance Company |

*Policy Period begins and ends at 12:01 a.m. standard time at the residence premises.*

**Insured Location:**

713 E GREEN ST
ALLENTOWN, PA 18109



**StateAuto.com**

*Questions?*

*Visit us at* **StateAuto.com**
*or call* **(800) 288-4425**
*customer service.*

**Contact your independent
agent at (610) 440-1524.**

## Your *Forms and Endorsements*

| | | |
|---|---|---|
| • DP0204 | (12/03) | **Cancellation and Non-Renewal** |
| • DP0137 | (06/07) | **Special Provisions - Pennsylvania** |
| • DP0499 | (07/14) | **Sinkhole Collapse** |
| • DP0538 | (01/15) | **Cap on Losses From Certified Acts of Terrorism, Disclosure Pursuant To Terrorism Risk Insurance Act** |
| • DP0470 | (12/02) | **Premises Alarm or Fire Protection System** |
| • DL2410 | (12/02) | **Additional Insured** |
| • DP0422 | (07/14) | **Limited Fungi Wet or Dry Rot or Bacteria Coverage** |
| • DP0441 | (12/02) | **Additional Insured - Described Location** |
| • DF2073 | (09/07) | **Amendment of Cancellation Provision** |
| • DL2401 | (07/14) | **Personal Liability** |
| • DL2471 | (12/02) | **Limited Fungi, Wet or Dry Rot, or Bacteria Coverage** |
| • DL2411 | (07/14) | **Premises Liability (Non-Owner Occupied Dwelling)** |
| • DP0002 | (07/14) | **Dwelling Property 2-broad form** |
| • FI36 | (01/16) | **Dwelling Policy Cover Page** |
| • DL2489 | (01/15) | **Cap on Losses From Certified Acts of Terrorism, Disclosure Pursuant To Terrorism Risk Insurance Act** |

**STATE AUTO**
Insurance Companies

**Renewal Declaration**
Dwelling Fire Policy

*Issue Date: 04/19/2021*

*Daubert Shannon & Associates, LLC*
*700 Evans St*
*Bethlehem, PA 18015-1864*

*Total* **Policy Premium**

**$551.37**

**Named Insured**

Kristina Travis
26 W BROAD ST
BETHLEHEM, PA 18018-5732

| Policy Number | Policy Period | Coverage is provided by the following State Auto Company |
|---|---|---|
| 1000549264 | 07/01/21 - 07/01/22 | Milbank Insurance Company |

*Policy Period begins and ends at 12:01 a.m. standard time at the residence premises.*

**Insured Location:**

713 E GREEN ST
ALLENTOWN, PA 18109



*StateAuto.com*

*Questions?*

*Visit us at* **StateAuto.com**
*or call* **(800) 288-4425**
*customer service.*

**Contact your independent**
**agent at (610) 440-1524.**

## *Your* Forms and Endorsements

- • *DL2537*        *(12/14)*        **Special Provisions - Pennsylvania**

- • *FI36A*         *(01/16)*        **Your Dwelling Quick Reference**

- • *FI189*         *(10/00)*        **Lead Contamination Liability Exclusion Endorsement**

## Mortgagee, its successors and/or assigns:

DT Capital Investments LLC
26 W Broad Street
Bethlehem, PA 18018

*LN#None*
FIRST COMMONWEALTH
FEDERAL CREDIT UNION
ISAOA
PO Box 20450
Lehigh Valley, PA 18002

## Schedule Information

**Additional Insured - Described Location**

*DT Capital Investments LLC, 26 W Broad Street, Bethlehem, PA 18018*

*This declarations page with policy forms and endorsements completes the Policy.  This Policy will continue in force for the period indicated upon valid payment of the premium, when due.*

# STATE AUTO
## Insurance Companies

# Renewal Declaration
## Dwelling Fire Policy

*Issue Date: 04/19/2021*

*Daubert Shannon & Associates, LLC*
*700 Evans St*
*Bethlehem, PA 18015-1864*

## *Total* Policy Premium
## $463.11

**Named Insured**

Kristina Travis
26 W Broad Street
BETHLEHEM, PA 18018

| Policy Number | Policy Period | Coverage is provided by the following State Auto Company |
|---|---|---|
| 1000549274 | 07/01/21 - 07/01/22 | Milbank Insurance Company |

*Policy Period begins and ends at 12:01 a.m. standard time at the residence premises.*

**Insured Location:**

715 E GREEN ST
ALLENTOWN, PA 18109



**StateAuto.com**

*Questions?*

Visit us at **StateAuto.com**
or call **(800) 288-4425**
customer service.

**Contact your independent
agent at (610) 440-1524.**

## Your *Coverages*

| Property Coverages | Limit | Premium |
|---|---|---|
| A. Dwelling | $190,500 | $333.80 |
| B. Other Structures | $19,050 | $15.93 |
| C. Personal Property | $1,000 | $9.64 |
| D & E. Fair Rental and Additional Living Expense | | $37.06 |

| Liability Coverages | Limit | Premium |
|---|---|---|
| L. Liability | $300,000 | Included |
| M. Medical Payments | $1,000 | Included |

*Coverage at the above described location is provided only where a limit of liability or a premium is stated.*

## Additional Coverages

| Coverages | Limit | Premium |
|---|---|---|
| Sinkhole Collapse | | $66.68 |
| **Total Premium** | | **$463.11** |

## Your *Deductibles*

| Deductibles | Amount |
|---|---|
| All-Peril | $2,500 |
| Windstorm or Hail | $2,500 |

## Your *Policy Information*

*Policy type:* DP2
*Construction type:*
*Concreteblockpainted*
*Year built:* 1954

*Program:* Standard
*Protection class:* 3
*Territory:* 18109

*Feet from hydrant:* 500
*Miles from fire station:* 5
*Residence Type:* Townhouse or Rowhouse

**STATE AUTO**
Insurance Companies

**Renewal Declaration**
Dwelling Fire Policy

*Issue Date: 04/19/2021*

*Daubert Shannon & Associates, LLC*
700 Evans St
Bethlehem, PA 18015-1864

## *Total* **Policy Premium**

### $463.11

**Named Insured**

Kristina Travis
26 W Broad Street
BETHLEHEM, PA 18018

| Policy Number | Policy Period | Coverage is provided by the following State Auto Company |
|---|---|---|
| 1000549274 | 07/01/21 - 07/01/22 | Milbank Insurance Company |

*Policy Period begins and ends at 12:01 a.m. standard time at the residence premises.*

**Insured Location:**

715 E GREEN ST
ALLENTOWN, PA 18109



**StateAuto.com**

*Questions?*

Visit us at **StateAuto.com**
or call **(800) 288-4425**
customer service.

**Contact your independent
agent at (610) 440-1524.**

## *Your* **Forms and Endorsements**

| | | |
|---|---|---|
| • DP0002 | (07/14) | **Dwelling Property 2-broad form** |
| • FI36 | (01/16) | **Dwelling Policy Cover Page** |
| • FI36A | (01/16) | **Your Dwelling Quick Reference** |
| • DL2410 | (12/02) | **Additional Insured** |
| • DP0499 | (07/14) | **Sinkhole Collapse** |
| • DP0470 | (12/02) | **Premises Alarm or Fire Protection System** |
| • DL2411 | (07/14) | **Premises Liability (Non-Owner Occupied Dwelling)** |
| • DL2401 | (07/14) | **Personal Liability** |
| • DF2073 | (09/07) | **Amendment of Cancellation Provision** |
| • DP0538 | (01/15) | **Cap on Losses From Certified Acts of Terrorism, Disclosure Pursuant To Terrorism Risk Insurance Act** |
| • DL2471 | (12/02) | **Limited Fungi, Wet or Dry Rot, or Bacteria Coverage** |
| • DL2489 | (01/15) | **Cap on Losses From Certified Acts of Terrorism, Disclosure Pursuant To Terrorism Risk Insurance Act** |
| • DL2537 | (12/14) | **Special Provisions - Pennsylvania** |
| • DP0204 | (12/03) | **Cancellation and Non-Renewal** |
| • DP0422 | (07/14) | **Limited Fungi Wet or Dry Rot or Bacteria Coverage** |

**STATE AUTO**
Insurance Companies ®

**Renewal Declaration**
Dwelling Fire Policy

*Issue Date: 04/19/2021*

*Daubert Shannon & Associates, LLC*
*700 Evans St*
*Bethlehem, PA 18015-1864*

**Total Policy Premium**

**$463.11**

**Named Insured**

Kristina Travis
26 W Broad Street
BETHLEHEM, PA 18018

| Policy Number | Policy Period | Coverage is provided by the following State Auto Company |
|---|---|---|
| 1000549274 | 07/01/21 - 07/01/22 | Milbank Insurance Company |

*Policy Period begins and ends at 12:01 a.m. standard time at the residence premises.*

**Insured Location:**

715 E GREEN ST
ALLENTOWN, PA 18109



**StateAuto.com**

*Questions?*

Visit us at **StateAuto.com**
or call **(800) 288-4425**
customer service.

**Contact your independent
agent at (610) 440-1524.**

## Your *Forms and Endorsements*

- *DP0441* (12/02) **Additional Insured - Described Location**

- *DP0137* (06/07) **Special Provisions - Pennsylvania**

- *FI189* (10/00) **Lead Contamination Liability Exclusion Endorsement**

## Mortgagee, its successors and/or assigns:

DT Capital Investments LLC
26 W Broad Street
Bethlehem, PA 18018

*LN#None*
FIRST COMMONWEALTH
FEDERAL CREDIT UNION
ISAOA
PO Box 20450
Lehigh Valley, PA 18002

## Schedule *Information*

*Additional Insured - Described Location*

*DT Capital Investments LLC, 26 W Broad Street, Bethlehem, PA 18018*

*This declarations page with policy forms and endorsements completes the Policy.  This Policy will continue in force for the period indicated upon valid payment of the premium, when due.*

# STATE AUTO
## Insurance Companies

# Renewal Declaration
## Dwelling Fire Policy
### Issue Date: 04/19/2021

*Daubert Shannon & Associates, LLC*
*700 Evans St*
*Bethlehem, PA 18015-1864*

## Total Policy Premium
### $478.90

**Named Insured**

Kristina Travis
26 W Broad Street
BETHLEHEM, PA 18018

| Policy Number | Policy Period | Coverage is provided by the following State Auto Company |
|---|---|---|
| 1000549282 | 07/01/21 - 07/01/22 | Milbank Insurance Company |

*Policy Period begins and ends at 12:01 a.m. standard time at the residence premises.*

**Insured Location:**

720 E GREEN ST
ALLENTOWN, PA 18109



**StateAuto.com**

*Questions?*

Visit us at **StateAuto.com**
or call **(800) 288-4425**
customer service.

**Contact your independent
agent at (610) 440-1524.**

# Your *Coverages*

| Property Coverages | Limit | Premium |
|---|---|---|
| A. Dwelling | $183,000 | $354.16 |
| B. Other Structures | $18,300 | $15.26 |
| C. Personal Property | $1,000 | $9.83 |
| D & E. Fair Rental and Additional Living Expense | | $35.60 |
| Liability Coverages | Limit | Premium |
| L. Liability | $300,000 | Included |
| M. Medical Payments | $1,000 | Included |

*Coverage at the above described location is provided only where a limit of liability or a premium is stated.*

## Additional Coverages

| Coverages | Limit | Premium |
|---|---|---|
| Sinkhole Collapse | | $64.05 |
| **Total Premium** | | **$478.90** |

# Your *Deductibles*

| Deductibles | Amount |
|---|---|
| All-Peril | $2,500 |
| Windstorm or Hail | $2,500 |

# Your *Policy Information*

Policy type: *DP2*
Construction type:
*Concreteblockpainted*
Year built: *1954*

Program: *Standard*
Protection class: *3*
Territory: *18109*

Feet from hydrant: *500*
Miles from fire station: *5*
Residence Type: *Townhouse or Rowhouse*

# STATE AUTO
Insurance Companies

## Renewal Declaration
### Dwelling Fire Policy

*Issue Date: 04/19/2021*

**Daubert Shannon & Associates, LLC**
700 Evans St
Bethlehem, PA 18015-1864

## *Total* Policy Premium
## $478.90

**Named Insured**

Kristina Travis
26 W Broad Street
BETHLEHEM, PA 18018

| Policy Number | Policy Period | Coverage is provided by the following State Auto Company |
|---|---|---|
| *1000549282* | *07/01/21 - 07/01/22* | *Milbank Insurance Company* |

*Policy Period begins and ends at 12:01 a.m. standard time at the residence premises.*

**Insured Location:**

720 E GREEN ST
ALLENTOWN, PA 18109



**StateAuto.com**

**Questions?**

Visit us at **StateAuto.com**
or call **(800) 288-4425**
customer service.

**Contact your independent
agent at (610) 440-1524.**

## Your *Forms and Endorsements*

- *FI36A*     *(01/16)*     **Your Dwelling Quick Reference**

- *DL2537*     *(12/14)*     **Special Provisions - Pennsylvania**

- *DL2471*     *(12/02)*     **Limited Fungi, Wet or Dry Rot, or Bacteria Coverage**

- *FI36*     *(01/16)*     **Dwelling Policy Cover Page**

- *DL2489*     *(01/15)*     **Cap on Losses From Certified Acts of Terrorism, Disclosure Pursuant To Terrorism Risk Insurance Act**

- *DP0470*     *(12/02)*     **Premises Alarm or Fire Protection System**

- *DP0002*     *(07/14)*     **Dwelling Property 2-broad form**

- *DP0137*     *(06/07)*     **Special Provisions - Pennsylvania**

- *DP0441*     *(12/02)*     **Additional Insured - Described Location**

- *DP0422*     *(07/14)*     **Limited Fungi Wet or Dry Rot or Bacteria Coverage**

- *DP0499*     *(07/14)*     **Sinkhole Collapse**

- *DP0538*     *(01/15)*     **Cap on Losses From Certified Acts of Terrorism, Disclosure Pursuant To Terrorism Risk Insurance Act**

- *DP0204*     *(12/03)*     **Cancellation and Non-Renewal**

- *DL2401*     *(07/14)*     **Personal Liability**

- *DF2073*     *(09/07)*     **Amendment of Cancellation Provision**

**STATE AUTO**
Insurance Companies

# Renewal Declaration
## Dwelling Fire Policy

*Issue Date: 04/19/2021*

*Daubert Shannon & Associates, LLC*
*700 Evans St*
*Bethlehem, PA 18015-1864*

## *Total* **Policy Premium**
## **$478.90**

**Named Insured**

Kristina Travis
26 W Broad Street
BETHLEHEM, PA 18018

| Policy Number | Policy Period | Coverage is provided by the following State Auto Company |
|---|---|---|
| 1000549282 | 07/01/21 - 07/01/22 | Milbank Insurance Company |

*Policy Period begins and ends at 12:01 a.m. standard time at the residence premises.*

**Insured Location:**

720 E GREEN ST
ALLENTOWN, PA 18109



**STATE AUTO**
Insurance Companies

**StateAuto.com**

*Questions?*

Visit us at **StateAuto.com**
or call **(800) 288-4425**
customer service.

**Contact your independent
agent at (610) 440-1524.**

## *Your* Forms and Endorsements

- *DL2410*   *(12/02)*   **Additional Insured**

- *DL2411*   *(07/14)*   **Premises Liability (Non-Owner Occupied Dwelling)**

- *FI189*   *(10/00)*   **Lead Contamination Liability Exclusion Endorsement**

## Mortgagee, its successors and/or assigns:

**LN#None**
FIRST COMMONWEALTH
FEDERAL CREDIT UNION
ISAOA
PO Box 20450
Lehigh Valley, PA 18002

DT Capital Investments LLC
26 W Broad Street
Bethlehem, PA 18018

## Schedule Information

*Additional Insured - Described Location*

*DT Capital Investments LLC, 26 W Broad Street, Bethlehem, PA 18018*

*This declarations page with policy forms and endorsements completes the Policy.  This Policy will continue in force for the period indicated upon valid payment of the premium, when due.*

# STATE AUTO
Insurance Companies ®

**Daubert Shannon & Associates, LLC**
700 Evans St
Bethlehem, PA 18015-1864

# Renewal Declaration
## Dwelling Fire Policy

*Issue Date: 04/19/2021*

## *Total* Policy Premium
### $445.32

**Named Insured**

Kristina Travis
26 W Broad Street
BETHLEHEM, PA 18018

| Policy Number | Policy Period | Coverage is provided by the following State Auto Company |
|---|---|---|
| 1000549302 | 07/01/21 - 07/01/22 | Milbank Insurance Company |

*Policy Period begins and ends at 12:01 a.m. standard time at the residence premises.*

**Insured Location:**

751 N HALSTEAD ST
ALLENTOWN, PA 18109



**StateAuto.com**

*Questions?*

*Visit us at* **StateAuto.com**
*or call* **(800) 288-4425**
**customer service.**

**Contact your independent agent at (610) 440-1524.**

## Your *Coverages*

| Property Coverages | Limit | Premium |
|---|---|---|
| A. Dwelling | $183,000 | $320.58 |
| B. Other Structures | $18,300 | $15.26 |
| C. Personal Property | $1,000 | $9.83 |
| D & E. Fair Rental and Additional Living Expense | | $35.60 |

| Liability Coverages | Limit | Premium |
|---|---|---|
| L. Liability | $300,000 | Included |
| M. Medical Payments | $1,000 | Included |

*Coverage at the above described location is provided only where a limit of liability or a premium is stated.*

## Additional Coverages

| Coverages | Limit | Premium |
|---|---|---|
| Sinkhole Collapse | | $64.05 |
| **Total Premium** | | **$445.32** |

## Your *Deductibles*

| Deductibles | Amount |
|---|---|
| All-Peril | $2,500 |
| Windstorm or Hail | $2,500 |

## Your Policy Information

*Policy type:* DP2
*Construction type:* Concreteblockpainted
*Year built:* 1954

*Program:* Standard
*Protection class:* 3
*Territory:* 18109

*Feet from hydrant:* 500
*Miles from fire station:* 5
*Residence Type:* Single Family Dwelling

# STATE AUTO
## Insurance Companies

*Daubert Shannon & Associates, LLC*
*700 Evans St*
*Bethlehem, PA 18015-1864*

# Renewal Declaration
## Dwelling Fire Policy

*Issue Date: 04/19/2021*

## *Total* **Policy Premium**
### $445.32

**Named Insured**

Kristina Travis
26 W Broad Street
BETHLEHEM, PA 18018

| Policy Number | Policy Period | Coverage is provided by the following State Auto Company |
|---|---|---|
| 1000549302 | 07/01/21 - 07/01/22 | Milbank Insurance Company |

*Policy Period begins and ends at 12:01 a.m. standard time at the residence premises.*

**Insured Location:**

751 N HALSTEAD ST
ALLENTOWN, PA 18109



**StateAuto.com**

*Questions?*

Visit us at **StateAuto.com**
or call **(800) 288-4425**
customer service.

**Contact your independent
agent at (610) 440-1524.**

## Your *Forms and Endorsements*

| | | |
|---|---|---|
| • DL2471 | (12/02) | **Limited Fungi, Wet or Dry Rot, or Bacteria Coverage** |
| • DP0499 | (07/14) | **Sinkhole Collapse** |
| • FI36 | (01/16) | **Dwelling Policy Cover Page** |
| • DP0538 | (01/15) | **Cap on Losses From Certified Acts of Terrorism, Disclosure Pursuant To Terrorism Risk Insurance Act** |
| • DL2489 | (01/15) | **Cap on Losses From Certified Acts of Terrorism, Disclosure Pursuant To Terrorism Risk Insurance Act** |
| • DP0470 | (12/02) | **Premises Alarm or Fire Protection System** |
| • FI36A | (01/16) | **Your Dwelling Quick Reference** |
| • DL2537 | (12/14) | **Special Provisions - Pennsylvania** |
| • DP0441 | (12/02) | **Additional Insured - Described Location** |
| • DL2410 | (12/02) | **Additional Insured** |
| • DF2073 | (09/07) | **Amendment of Cancellation Provision** |
| • DL2411 | (07/14) | **Premises Liability (Non-Owner Occupied Dwelling)** |
| • DL2401 | (07/14) | **Personal Liability** |
| • DP0422 | (07/14) | **Limited Fungi Wet or Dry Rot or Bacteria Coverage** |
| • DP0204 | (12/03) | **Cancellation and Non-Renewal** |

**STATE AUTO**
Insurance Companies

*Daubert Shannon & Associates, LLC*
*700 Evans St*
*Bethlehem, PA 18015-1864*

# Renewal Declaration
## Dwelling Fire Policy
*Issue Date: 04/19/2021*

## *Total* **Policy Premium**
### $445.32

**Named Insured**

Kristina Travis
26 W Broad Street
BETHLEHEM, PA 18018

| Policy Number | Policy Period | Coverage is provided by the following State Auto Company |
|---|---|---|
| 1000549302 | 07/01/21 - 07/01/22 | Milbank Insurance Company |

*Policy Period begins and ends at 12:01 a.m. standard time at the residence premises.*

**Insured Location:**

751 N HALSTEAD ST
ALLENTOWN, PA 18109



**StateAuto.com**

*Questions?*

*Visit us at **StateAuto.com** or call **(800) 288-4425** customer service.*

**Contact your independent agent at (610) 440-1524.**

## *Your* Forms and Endorsements

- *DP0002*       (07/14)    **Dwelling Property 2-broad form**

- *DP0137*       (06/07)    **Special Provisions - Pennsylvania**

- *FI189*        (10/00)    **Lead Contamination Liability Exclusion Endorsement**

## Mortgagee, its successors and/or assigns:

DT Capital Investments LLC
26 W Broad Street
Bethlehem, PA 18018

*LN#None*
FIRST COMMONWEALTH
FEDERAL CREDIT UNION
ISAOA
PO Box 20450
Lehigh Valley, PA 18002

## Schedule *Information*

### Additional Insured - Described Location

*DT Capital Investments LLC, 26 W Broad Street, Bethlehem, PA 18018*

*This declarations page with policy forms and endorsements completes the Policy.  This Policy will continue in force for the period indicated upon valid payment of the premium, when due.*

DECOV-DF (01/16)

Agency 0017727

# STATE AUTO
Insurance Companies

**Renewal Declaration**

Dwelling Fire Policy

*Issue Date: 04/19/2021*

*Daubert Shannon & Associates, LLC*
*700 Evans St*
*Bethlehem, PA 18015-1864*

## *Total* **Policy Premium**

## $478.90

**Named Insured**

Kristina Travis
26 W Broad Street
BETHLEHEM, PA 18018

| Policy Number | Policy Period | Coverage is provided by the following State Auto Company |
|---|---|---|
| 1000549312 | 07/01/21 - 07/01/22 | Milbank Insurance Company |

*Policy Period begins and ends at 12:01 a.m. standard time at the residence premises.*

**Insured Location:**

752 E GREEN ST
ALLENTOWN, PA 18109



**StateAuto.com**

*Questions?*

Visit us at **StateAuto.com**
or call **(800) 288-4425**
customer service.

**Contact your independent
agent at (610) 440-1524.**

## Your *Coverages*

| Property Coverages | Limit | Premium |
|---|---|---|
| A. Dwelling | $183,000 | $354.16 |
| B. Other Structures | $18,300 | $15.26 |
| C. Personal Property | $1,000 | $9.83 |
| D & E. Fair Rental and Additional Living Expense | | $35.60 |

| Liability Coverages | Limit | Premium |
|---|---|---|
| L. Liability | $300,000 | Included |
| M. Medical Payments | $1,000 | Included |

*Coverage at the above described location is provided only where a limit of liability or a premium is stated.*

## *Additional Coverages*

| Coverages | Limit | Premium |
|---|---|---|
| Sinkhole Collapse | | $64.05 |
| **Total Premium** | | **$478.90** |

## Your *Deductibles*

| Deductibles | Amount |
|---|---|
| All-Peril | $2,500 |
| Windstorm or Hail | $2,500 |

## Your *Policy Information*

Policy type: *DP2*
Construction type:
*Concreteblockpainted*
Year built: *1954*

Program: *Standard*
Protection class: *3*
Territory: *18109*

Feet from hydrant: *500*
Miles from fire station: *5*
Residence Type: *Single Family Dwelling*

# STATE AUTO
Insurance Companies

## Renewal Declaration
### Dwelling Fire Policy

*Issue Date: 04/19/2021*

*Daubert Shannon & Associates, LLC*
*700 Evans St*
*Bethlehem, PA 18015-1864*

## *Total* Policy Premium
### $478.90

**Named Insured**

Kristina Travis
26 W Broad Street
BETHLEHEM, PA 18018

| Policy Number | Policy Period | Coverage is provided by the following State Auto Company |
|---|---|---|
| 1000549312 | 07/01/21 - 07/01/22 | Milbank Insurance Company |

*Policy Period begins and ends at 12:01 a.m. standard time at the residence premises.*

**Insured Location:**

752 E GREEN ST
ALLENTOWN, PA 18109



**StateAuto.com**

*Questions?*

Visit us at **StateAuto.com**
or call **(800) 288-4425**
customer service.

**Contact your independent
agent at (610) 440-1524.**

## Your *Forms and Endorsements*

| | | |
|---|---|---|
| • DP0137 | (06/07) | **Special Provisions - Pennsylvania** |
| • DP0204 | (12/03) | **Cancellation and Non-Renewal** |
| • DP0441 | (12/02) | **Additional Insured - Described Location** |
| • DP0422 | (07/14) | **Limited Fungi Wet or Dry Rot or Bacteria Coverage** |
| • FI36 | (01/16) | **Dwelling Policy Cover Page** |
| • DL2410 | (12/02) | **Additional Insured** |
| • FI36A | (01/16) | **Your Dwelling Quick Reference** |
| • DL2401 | (07/14) | **Personal Liability** |
| • DF2073 | (09/07) | **Amendment of Cancellation Provision** |
| • DL2411 | (07/14) | **Premises Liability (Non-Owner Occupied Dwelling)** |
| • DL2471 | (12/02) | **Limited Fungi, Wet or Dry Rot, or Bacteria Coverage** |
| • DP0499 | (07/14) | **Sinkhole Collapse** |
| • DP0002 | (07/14) | **Dwelling Property 2-broad form** |
| • DP0470 | (12/02) | **Premises Alarm or Fire Protection System** |
| • DL2489 | (01/15) | **Cap on Losses From Certified Acts of Terrorism, Disclosure Pursuant To Terrorism Risk Insurance Act** |

# STATE AUTO
Insurance Companies

**Daubert Shannon & Associates, LLC**
700 Evans St
Bethlehem, PA 18015-1864

## Renewal Declaration
### Dwelling Fire Policy

*Issue Date: 04/19/2021*

## *Total* Policy Premium
### $478.90

**Named Insured**

Kristina Travis
26 W Broad Street
BETHLEHEM, PA 18018

| Policy Number | Policy Period | Coverage is provided by the following State Auto Company |
|---|---|---|
| 1000549312 | 07/01/21 - 07/01/22 | Milbank Insurance Company |

*Policy Period begins and ends at 12:01 a.m. standard time at the residence premises.*

**Insured Location:**

752 E GREEN ST
ALLENTOWN, PA 18109



**StateAuto.com**

*Questions?*

*Visit us at **StateAuto.com** or call **(800) 288-4425** customer service.*

**Contact your independent agent at (610) 440-1524.**

## Your *Forms and Endorsements*

- *DP0538*      (01/15)      **Cap on Losses From Certified Acts of Terrorism, Disclosure Pursuant To Terrorism Risk Insurance Act**

- *DL2537*      (12/14)      **Special Provisions - Pennsylvania**

- *FI189*      (10/00)      **Lead Contamination Liability Exclusion Endorsement**

## Mortgagee, its successors and/or assigns:

**LN#None**
FIRST COMMONWEALTH
FEDERAL CREDIT UNION
ISAOA
PO Box 20450
Lehigh Valley, PA 18002

DT Capital Investments LLC
26 W Broad Street
Bethlehem, PA 18018

## Schedule *Information*

### *Additional Insured - Described Location*

*DT Capital Investments LLC, 26 W Broad Street, Bethlehem, PA 18018*

*This declarations page with policy forms and endorsements completes the Policy. This Policy will continue in force for the period indicated upon valid payment of the premium, when due.*

# STATE AUTO
Insurance Companies

**Renewal Declaration**
Dwelling Fire Policy

*Issue Date: 04/19/2021*

*Daubert Shannon & Associates, LLC*
*700 Evans St*
*Bethlehem, PA 18015-1864*

## *Total* **Policy Premium**

### $454.31

**Named Insured**

Kristina Travis
26 W Broad Street
BETHLEHEM, PA 18018

| Policy Number | Policy Period | Coverage is provided by the following State Auto Company |
|---|---|---|
| 1000549326 | 07/01/21 - 07/01/22 | Milbank Insurance Company |

*Policy Period begins and ends at 12:01 a.m. standard time at the residence premises.*

**Insured Location:**

753 N HALSTEAD ST
ALLENTOWN, PA 18109



**StateAuto.com**

*Questions?*

Visit us at **StateAuto.com**
or call **(800) 288-4425**
**customer service.**

**Contact your independent**
**agent at (610) 440-1524.**

## Your *Coverages*

| Property Coverages | Limit | Premium |
|---|---|---|
| A. Dwelling | $183,000 | $329.57 |
| B. Other Structures | $18,300 | $15.26 |
| C. Personal Property | $1,000 | $9.83 |
| D & E. Fair Rental and Additional Living Expense | | $35.60 |

| Liability Coverages | Limit | Premium |
|---|---|---|
| L. Liability | $300,000 | Included |
| M. Medical Payments | $1,000 | Included |

*Coverage at the above described location is provided only where a limit of liability or a premium is stated.*

## *Additional Coverages*

| Coverages | Limit | Premium |
|---|---|---|
| Sinkhole Collapse | | $64.05 |
| **Total Premium** | | **$454.31** |

## Your *Deductibles*

| Deductibles | Amount |
|---|---|
| All-Peril | $2,500 |
| Windstorm or Hail | $2,500 |

## Your *Policy Information*

*Policy type:* DP2
*Construction type:* Concreteblockpainted
*Year built:* 1954

*Program:* Standard
*Protection class:* 3
*Territory:* 18109

*Feet from hydrant:* 500
*Miles from fire station:* 5
*Residence Type:* Single Family Dwelling

DECOV-DF (01/16)

Agency 0017727

**STATE AUTO**
Insurance Companies

# Renewal Declaration
### Dwelling Fire Policy

*Issue Date: 04/19/2021*

*Daubert Shannon & Associates, LLC*
*700 Evans St*
*Bethlehem, PA 18015-1864*

## *Total* Policy Premium
## $454.31

**Named Insured**

Kristina Travis
26 W Broad Street
BETHLEHEM, PA 18018

| Policy Number | Policy Period | Coverage is provided by the following State Auto Company |
|---|---|---|
| 1000549326 | 07/01/21 - 07/01/22 | Milbank Insurance Company |

*Policy Period begins and ends at 12:01 a.m. standard time at the residence premises.*

**Insured Location:**

753 N HALSTEAD ST
ALLENTOWN, PA 18109



**StateAuto.com**

*Questions?*

Visit us at **StateAuto.com**
or call **(800) 288-4425**
customer service.

**Contact your independent
agent at (610) 440-1524.**

# *Your* Forms and Endorsements

- *DP0204*    *(12/03)*    **Cancellation and Non-Renewal**

- *DP0002*    *(07/14)*    **Dwelling Property 2-broad form**

- *DL2411*    *(07/14)*    **Premises Liability (Non-Owner Occupied Dwelling)**

- *DP0137*    *(06/07)*    **Special Provisions - Pennsylvania**

- *DL2537*    *(12/14)*    **Special Provisions - Pennsylvania**

- *DL2489*    *(01/15)*    **Cap on Losses From Certified Acts of Terrorism, Disclosure Pursuant To Terrorism Risk Insurance Act**

- *DL2401*    *(07/14)*    **Personal Liability**

- *DL2410*    *(12/02)*    **Additional Insured**

- *DP0422*    *(07/14)*    **Limited Fungi Wet or Dry Rot or Bacteria Coverage**

- *FI36A*    *(01/16)*    **Your Dwelling Quick Reference**

- *DL2471*    *(12/02)*    **Limited Fungi, Wet or Dry Rot, or Bacteria Coverage**

- *DP0538*    *(01/15)*    **Cap on Losses From Certified Acts of Terrorism, Disclosure Pursuant To Terrorism Risk Insurance Act**

- *DP0499*    *(07/14)*    **Sinkhole Collapse**

- *FI36*    *(01/16)*    **Dwelling Policy Cover Page**

- *DP0441*    *(12/02)*    **Additional Insured - Described Location**

**STATE AUTO**
Insurance Companies

# Renewal Declaration
### Dwelling Fire Policy

*Issue Date: 04/19/2021*

*Daubert Shannon & Associates, LLC*
*700 Evans St*
*Bethlehem, PA 18015-1864*

## *Total* Policy Premium
## $454.31

**Named Insured**

Kristina Travis
26 W Broad Street
BETHLEHEM, PA 18018

| Policy Number | Policy Period | Coverage is provided by the following State Auto Company |
|---|---|---|
| 1000549326 | 07/01/21 - 07/01/22 | Milbank Insurance Company |

*Policy Period begins and ends at 12:01 a.m. standard time at the residence premises.*

**Insured Location:**

753 N HALSTEAD ST
ALLENTOWN, PA 18109



**StateAuto.com**

*Questions?*

Visit us at **StateAuto.com**
or call **(800) 288-4425**
customer service.

**Contact your independent
agent at (610) 440-1524.**

# Your *Forms and Endorsements*

- *DF2073*      (09/07)     **Amendment of Cancellation Provision**

- *DP0470*      (12/02)     **Premises Alarm or Fire Protection System**

- *FI189*      (10/00)     **Lead Contamination Liability Exclusion Endorsement**

# Mortgagee, its successors and/or assigns:

*LN#None*
FIRST COMMONWEALTH
FEDERAL CREDIT UNION
ISAOA
PO Box 20450
Lehigh Valley, PA 18002

DT Capital Investments LLC
26 W Broad Street
Bethlehem, PA 18018

# Schedule Information

## *Additional Insured - Described Location*

*DT Capital Investments LLC, 26 W Broad Street, Bethlehem, PA 18018*

*This declarations page with policy forms and endorsements completes the Policy.  This Policy will
continue in force for the period indicated upon valid payment of the premium, when due.*

# STATE AUTO
## Insurance Companies

**Daubert Shannon & Associates, LLC**
*700 Evans St*
*Bethlehem, PA 18015-1864*

# Renewal Declaration
## Dwelling Fire Policy

*Issue Date: 04/19/2021*

## *Total* Policy Premium
## $484.99

**Named Insured**

Kristina Travis
26 W Broad Street
BETHLEHEM, PA 18018

| Policy Number | Policy Period | Coverage is provided by the following State Auto Company |
|---|---|---|
| 1000549337 | 07/01/21 - 07/01/22 | Milbank Insurance Company |

*Policy Period begins and ends at 12:01 a.m. standard time at the residence premises.*

**Insured Location:**

754 E GREEN ST
ALLENTOWN, PA 18109



**StateAuto.com**

**Questions?**

*Visit us at* **StateAuto.com** *or call* **(800) 288-4425** *customer service.*

**Contact your independent agent at (610) 440-1524.**

## Your *Coverages*

| Property Coverages | Limit | Premium |
|---|---|---|
| A. Dwelling | $190,500 | $355.68 |
| B. Other Structures | $19,050 | $15.93 |
| C. Personal Property | $1,000 | $9.64 |
| D & E. Fair Rental and Additional Living Expense | | $37.06 |

| Liability Coverages | Limit | Premium |
|---|---|---|
| L. Liability | $300,000 | Included |
| M. Medical Payments | $1,000 | Included |

*Coverage at the above described location is provided only where a limit of liability or a premium is stated.*

## Additional Coverages

| Coverages | Limit | Premium |
|---|---|---|
| Sinkhole Collapse | | $66.68 |
| **Total Premium** | | **$484.99** |

## Your *Deductibles*

| Deductibles | Amount |
|---|---|
| All-Peril | $2,500 |
| Windstorm or Hail | $2,500 |

## Your *Policy Information*

*Policy type:* *DP2*
*Construction type:*
*Concreteblockpainted*
*Year built:* *1954*

*Program:* *Standard*
*Protection class:* *3*
*Territory:* *18109*

*Feet from hydrant:* *500*
*Miles from fire station:* *5*
*Residence Type:* *Single Family Dwelling*

DECOV-DF (01/16)

Agency 0017727

# STATE AUTO
## Insurance Companies

**Daubert Shannon & Associates, LLC**
700 Evans St
Bethlehem, PA 18015-1864

# Renewal Declaration
## Dwelling Fire Policy
*Issue Date: 04/19/2021*

## *Total* **Policy Premium**
### $484.99

**Named Insured**

Kristina Travis
26 W Broad Street
BETHLEHEM, PA 18018

| Policy Number | Policy Period | Coverage is provided by the following State Auto Company |
|---|---|---|
| 1000549337 | 07/01/21 - 07/01/22 | Milbank Insurance Company |

*Policy Period begins and ends at 12:01 a.m. standard time at the residence premises.*

**Insured Location:**

754 E GREEN ST
ALLENTOWN, PA 18109



**StateAuto.com**

**Questions?**

Visit us at **StateAuto.com**
or call **(800) 288-4425**
customer service.

**Contact your independent
agent at (610) 440-1524.**

## Your *Forms and Endorsements*

| | | |
|---|---|---|
| • FI36A | (01/16) | **Your Dwelling Quick Reference** |
| • DL2401 | (07/14) | **Personal Liability** |
| • DL2410 | (12/02) | **Additional Insured** |
| • DL2411 | (07/14) | **Premises Liability (Non-Owner Occupied Dwelling)** |
| • DL2471 | (12/02) | **Limited Fungi, Wet or Dry Rot, or Bacteria Coverage** |
| • DL2489 | (01/15) | **Cap on Losses From Certified Acts of Terrorism, Disclosure Pursuant To Terrorism Risk Insurance Act** |
| • DF2073 | (09/07) | **Amendment of Cancellation Provision** |
| • DP0470 | (12/02) | **Premises Alarm or Fire Protection System** |
| • DP0441 | (12/02) | **Additional Insured - Described Location** |
| • DP0499 | (07/14) | **Sinkhole Collapse** |
| • FI36 | (01/16) | **Dwelling Policy Cover Page** |
| • DP0538 | (01/15) | **Cap on Losses From Certified Acts of Terrorism, Disclosure Pursuant To Terrorism Risk Insurance Act** |
| • DP0002 | (07/14) | **Dwelling Property 2-broad form** |
| • DP0204 | (12/03) | **Cancellation and Non-Renewal** |
| • DP0137 | (06/07) | **Special Provisions - Pennsylvania** |

DECOV-DF (01/16)

Agency 0017727

# STATE AUTO
## Insurance Companies

**Daubert Shannon & Associates, LLC**
700 Evans St
Bethlehem, PA 18015-1864

## Renewal Declaration
### Dwelling Fire Policy

*Issue Date: 04/19/2021*

## *Total* Policy Premium
### $484.99

**Named Insured**

Kristina Travis
26 W Broad Street
BETHLEHEM, PA 18018

| Policy Number | Policy Period | Coverage is provided by the following State Auto Company |
|---|---|---|
| 1000549337 | 07/01/21 - 07/01/22 | Milbank Insurance Company |

*Policy Period begins and ends at 12:01 a.m. standard time at the residence premises.*

**Insured Location:**

754 E GREEN ST
ALLENTOWN, PA 18109



**StateAuto.com**

*Questions?*

Visit us at **StateAuto.com**
or call **(800) 288-4425**
customer service.

**Contact your independent
agent at (610) 440-1524.**

## Your *Forms and Endorsements*

- DP0422    (07/14)    **Limited Fungi Wet or Dry Rot or Bacteria Coverage**

- DL2537    (12/14)    **Special Provisions - Pennsylvania**

- FI189    (10/00)    **Lead Contamination Liability Exclusion Endorsement**

## Mortgagee, its successors and/or assigns:

**LN#None**
FIRST COMMONWEALTH
FEDERAL CREDIT UNION
ISAOA
PO Box 20450
Lehigh Valley, PA 18002

DT Capital Investments LLC
26 W Broad Street
Bethlehem, PA 18018

## Schedule *Information*

### *Additional Insured - Described Location*

*DT Capital Investments LLC, 26 W Broad Street, Bethlehem, PA 18018*

*This declarations page with policy forms and endorsements completes the Policy.  This Policy will continue in force for the period indicated upon valid payment of the premium, when due.*

# STATE AUTO
## Insurance Companies

**Daubert Shannon & Associates, LLC**
*700 Evans St*
*Bethlehem, PA 18015-1864*

# Renewal Declaration
## Dwelling Fire Policy

*Issue Date: 04/19/2021*

## *Total* **Policy Premium**

## **$463.11**

**Named Insured**

Kristina Travis
26 W Broad Street
BETHLEHEM, PA 18018

| Policy Number | Policy Period | Coverage is provided by the following State Auto Company |
|---|---|---|
| 1000549345 | 07/01/21 - 07/01/22 | Milbank Insurance Company |

*Policy Period begins and ends at 12:01 a.m. standard time at the residence premises.*

**Insured Location:**

764 E GREEN ST
ALLENTOWN, PA 18109



**StateAuto.com**

*Questions?*

*Visit us at* **StateAuto.com**
*or call* **(800) 288-4425**
*customer service.*

**Contact your independent
agent at (610) 440-1524.**

# Your *Coverages*

| Property Coverages | Limit | Premium |
|---|---|---|
| A. Dwelling | $190,500 | $333.80 |
| B. Other Structures | $19,050 | $15.93 |
| C. Personal Property | $1,000 | $9.64 |
| D & E. Fair Rental and Additional Living Expense | | $37.06 |
| **Liability Coverages** | **Limit** | **Premium** |
| L. Liability | $300,000 | Included |
| M. Medical Payments | $1,000 | Included |

*Coverage at the above described location is provided only where a limit of liability or a premium is stated.*

## Additional Coverages

| Coverages | Limit | Premium |
|---|---|---|
| Sinkhole Collapse | | $66.68 |
| **Total Premium** | | **$463.11** |

# Your *Deductibles*

| Deductibles | Amount |
|---|---|
| All-Peril | $2,500 |
| Windstorm or Hail | $2,500 |

# Your *Policy Information*

*Policy type:* *DP2*
*Construction type:*
*Concreteblockpainted*
*Year built:* *1954*

*Program:* *Standard*
*Protection class:* *3*
*Territory:* *18109*

*Feet from hydrant:* *500*
*Miles from fire station:* *5*
*Residence Type:* *Single Family Dwelling*

# STATE AUTO
## Insurance Companies

**Daubert Shannon & Associates, LLC**
700 Evans St
Bethlehem, PA 18015-1864

# Renewal Declaration
## Dwelling Fire Policy

*Issue Date: 04/19/2021*

## *Total* Policy Premium
### $463.11

**Named Insured**

Kristina Travis
26 W Broad Street
BETHLEHEM, PA 18018

| Policy Number | Policy Period | Coverage is provided by the following State Auto Company |
|---|---|---|
| 1000549345 | 07/01/21 - 07/01/22 | Milbank Insurance Company |

*Policy Period begins and ends at 12:01 a.m. standard time at the residence premises.*

**Insured Location:**

764 E GREEN ST
ALLENTOWN, PA 18109



**StateAuto.com**

*Questions?*

Visit us at **StateAuto.com**
or call **(800) 288-4425**
customer service.

**Contact your independent
agent at (610) 440-1524.**

# Your *Forms and Endorsements*

| | | |
|---|---|---|
| • DL2411 | (07/14) | **Premises Liability (Non-Owner Occupied Dwelling)** |
| • DL2471 | (12/02) | **Limited Fungi, Wet or Dry Rot, or Bacteria Coverage** |
| • DL2410 | (12/02) | **Additional Insured** |
| • FI36A | (01/16) | **Your Dwelling Quick Reference** |
| • DP0137 | (06/07) | **Special Provisions - Pennsylvania** |
| • FI36 | (01/16) | **Dwelling Policy Cover Page** |
| • DL2537 | (12/14) | **Special Provisions - Pennsylvania** |
| • DL2401 | (07/14) | **Personal Liability** |
| • DP0538 | (01/15) | **Cap on Losses From Certified Acts of Terrorism, Disclosure Pursuant To Terrorism Risk Insurance Act** |
| • DF2073 | (09/07) | **Amendment of Cancellation Provision** |
| • DP0422 | (07/14) | **Limited Fungi Wet or Dry Rot or Bacteria Coverage** |
| • DP0441 | (12/02) | **Additional Insured - Described Location** |
| • DP0470 | (12/02) | **Premises Alarm or Fire Protection System** |
| • DL2489 | (01/15) | **Cap on Losses From Certified Acts of Terrorism, Disclosure Pursuant To Terrorism Risk Insurance Act** |
| • DP0204 | (12/03) | **Cancellation and Non-Renewal** |

# STATE AUTO
Insurance Companies ®

# Renewal Declaration
## Dwelling Fire Policy

*Issue Date: 04/19/2021*

**Daubert Shannon & Associates, LLC**
*700 Evans St*
*Bethlehem, PA 18015-1864*

## Total Policy Premium
## $463.11

**Named Insured**

Kristina Travis
26 W Broad Street
BETHLEHEM, PA 18018

| Policy Number | Policy Period | Coverage is provided by the following State Auto Company |
|---|---|---|
| 1000549345 | 07/01/21 - 07/01/22 | Milbank Insurance Company |

*Policy Period begins and ends at 12:01 a.m. standard time at the residence premises.*

**Insured Location:**

764 E GREEN ST
ALLENTOWN, PA 18109



**StateAuto.com**

*Questions?*

*Visit us at **StateAuto.com** or call **(800) 288-4425** customer service.*

**Contact your independent agent at (610) 440-1524.**

## Your *Forms and Endorsements*

- DP0002      *(07/14)*      **Dwelling Property 2-broad form**

- DP0499      *(07/14)*      **Sinkhole Collapse**

- FI189       *(10/00)*      **Lead Contamination Liability Exclusion Endorsement**

## Mortgagee, its successors and/or assigns:

DT Capital Investments LLC
26 W Broad Street
Bethlehem, PA 18018

*LN#None*
FIRST COMMONWEALTH
FEDERAL CREDIT UNION
ISAOA
PO Box 20450
Lehigh Valley, PA 18002

## Schedule *Information*

### Additional Insured - Described Location

*DT Capital Investments LLC, 26 W Broad Street, Bethlehem, PA 18018*

*This declarations page with policy forms and endorsements completes the Policy. This Policy will continue in force for the period indicated upon valid payment of the premium, when due.*