IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| KRISTINA TRAVIS, individually and on behalf of all others similarly situated, | : : |
| vs. | : CASE NO.: 5:21-cv- 05395-JLS : : |
| STATE AUTOMOBILE MUTUAL INSURANCE COMPANY, INC., d/b/a State Auto Insurance Companies; | : JURY TRIAL DEMANDED : : |
| MILBANK INSURANCE COMPANY, and JANE DOES 1-10 | : : : : |

**STIPULATION FOR EXTENSION OF TIME**

AND NOW this 16th day of May, 2022, it is hereby STIPULATED and AGREED between counsel for Plaintiff and counsel for Defendants, State Automobile Mutual Insurance Company, Inc. and Milbank Insurance Company as follows:

WHEREAS Defendants have filed a Motion to Dismiss Plaintiff's Amended Complaint [Doc. 19];

WHEREAS Plaintiff has filed a Response in Opposition to Defendants' Motion to Dismiss Plaintiff's Amended Complaint [Doc. 21];

WHEREAS given the complexity of the issues raised in Plaintiff's Response in Opposition to Defendants' Motion to Dismiss Plaintiff's Amended Complaint, Defendants have requested Plaintiff permit a brief seven day extension in order to file their reply brief, and Plaintiff has agreed;

It is STIPULATED that Defendants, State Automobile Mutual Insurance Company, Inc. and Milbank Insurance Company, shall have an extension of time in which to file and serve a reply brief until May 25, 2022.

[SIGNATURES TO FOLLOW NEXT PAGE]

| | |
|---|---|
| **GOLOMB SPIRT GRUNFELD, P.C.** | **MARSHALL DENNEHEY WARNER COLEMAN & GOGGIN** |
| By: /s/ Kevin W. Fay<br>Richard M. Golomb, Esquire<br>Kenneth J. Grunfeld, Esquire<br>Kevin W. Fay, Esquire<br>Counsel for Plaintiff and the Class Members | By: _____<br>Vlada Tasich, Esquire<br>Attorney for Defendants,<br>State Automobile Mutual Insurance Company, Inc. and Milbank Insurance Company |

GRANTED this 17th day of May, 2022

IT IS SO ORDERED

/s/ Jeffrey L. Schmehl
J.